**EXHIBIT 1**

CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Isabel Rose Masanque, Esq., SBN 292673
Ariel Vento, Esq., SBN 311070
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
arielv@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Andres Gomez**,<br><br>    Plaintiff,<br><br>v.<br><br>**Tribecca, Inc.**, a California Corporation; and Does 1-10,<br>    Defendants. | Case: 2:20-CV-06894-DSF-AFM<br><br>**Declaration of Andres Gomez in Support of Plaintiff's Motion for Summary Judgment** |

1. I am the plaintiff in this matter and, based on my own experience and knowledge, I can competently declare the following:
2. I am substantially limited in my ability to see. I have a visual acuity of less than 20/200. Therefore, I consider myself "visually-impaired" or "blind" and I understand that I meet the definition for those terms.
3. I rely on screen reader software ("SRS") to access the internet and read internet content on my computer and mobile device. The SRS helps me navigate a webpage by translating into speech all of the text, links and images that appear on the webpage. I am proficient at using SRS and cannot use a computer without SRS.

4. I access the internet on a PC using SRS called "JAWS." To browse webpages using this software, I have to use the "Tab" key and the up/down/left/right arrow, space, "Backspace" and "Enter" keys on my keyboard to jump to the different places on the webpage.

5. The "Tab" key takes me to the fields on the webpage that require me to input information or make a selection. The SRS will announce what I need to input or select in that field. I use "Enter" to make a selection.

6. I use the arrow keys to navigate the different places on the webpage where there is text and images. When I land on text, the SRS will read the text for me. When I land on images, the SRS will describe the image for me.

7. I use the spacebar to pause the speech and I use the Backspace button to go back to the previous information or element on the webpage.

8. I also access the internet on my Samsung mobile device using SRS called "TalkBack." Similar to JAWS, Talkback also provides spoken feedback so that I could understand what is on the webpage and help me navigate it. However, instead of using a keyboard, I use finger gestures on the screen to take me to the different places on the webpage.

9. On July 1, 2020, I visited the website for the 699 Rent A Car, which had a URL of https://www.699rentacar.com ("Website").

10. I intended to look at the vehicle rental prices, browse car rental information, and look for any special offers and promotions.

11. I have residences in both Florida and California. In California, I lease a room in the City of El Monte. I live in California between 5 and 6 months out of the year. I regularly maintain a residence in California because I have several family members all over the state whom I visit frequently.

Ex. No. 1, Decl. of Gomez                    Case: 2:20-CV-06894-DSF-AFM

12. At the time that I visited the Website, I was planning to go back to my home in California and needed to find a rental car for my girlfriend to drive me and her around while we are in California.

13. I first tried to access the Website on my PC. However, when I attempted to navigate the Website, I found that there were numerous features on the Website that I could not use and understand using my SRS.

14. For example, I am able to see some of the text on a webpage if I am able to enlarge the font to a big enough size. However, when I first landed on the Website, I could not find a button, link, or function to adjust the font.

15. Additionally, I immediately noticed the colors on the webpage provided very low contrast, which made it even more difficult for me to differentiate the background of the Website from the text and images. The more contrast the colors provide, the more I am able to differentiate the various parts of the webpage. For example, websites that have a dark background and white text are easier for me to navigate.

16. I went ahead and tried to navigate the webpage using the directional arrows on my keyboard. However, I found that there were several images, links and buttons on the Website that did not have any information for my SRS to describe to me. As a result, I could not figure out what information the images were conveying—if anything—or what the different links and buttons led to.

17. I encountered similar issues when I tried to use the Tab key to find the input/selection fields.

18. For example, when I tried to do a search for a rental vehicle, I could not tell where I was on the webpage. Usually, when I land on a field that requires me to input information or make a selection, that field will be highlighted with a bright red or blue border. It is different for every website that I visit, but generally, something will happen to make the

field stand out visually, so that I have a general idea of where I am typing or selecting. This did not happen on the Website when I tried to do a search.

19. Additionally, when I tried to make a selection in the search fields, the Website did not tell my SRS what I was selecting.

20. Because of all these issues, I could not meaningfully navigate the Website to get information or conduct a search.

21. Afterwards, I tried to use the Website on my Samsung phone using Talkback but encountered the same issues.

22. As a result of my experience with the Website, I have been deterred from returning to the Website to get information about the rental vehicles available. I travel back and forth between my homes in Florida and California on a regular basis. I want to visit the Website again so I can search for rental cars when we return to California. However, if the issues with the Website are not resolved, I will be unable to do so.

23. I am a tester in this litigation and seek to have the Website brought into compliance with disability access laws, and consistently maintained in compliance with disability access laws in the future.

24. Once it is represented to me that the Website is accessible, I will visit the Website again to obtain information rental vehicles available at the 699 Rent A Car. I will also return to assess the Website's compliance with disability access laws.

25. I declare, under the penalty of perjury in the State of California, that the foregoing is true and accurate.

Dated: August 16, 2021         By: _/s/ Andres Gomez_____

                                               Andres Gomez