1

1    UNITED STATES DISTRICT COURT

2    CENTRAL DISTRICT OF CALIFORNIA

3    WESTERN DIVISION

4    THE HONORABLE DALE S. FISCHER, JUDGE PRESIDING

5

6    ANDRES GOMEZ,                         )
                                           )
7                        Plaintiff,        )
                                           )
8                                          )
             vs.                           )   No. CV 20-6894-DSF-AFM
9                                          )
     TRIBECCA, INC., a California          )
10   Corporation and DOES 1-1,            )
                                           )
11                       Defendants.       )
     _____)

12

13

14           REPORTER'S TRANSCRIPT OF PROCEEDINGS

15

16                  Los Angeles, California

17          Tuesday, December 14, 2021, 8:30 A.M.

18

19                  Day 1 of Court Trial

20
                                 PAT CUNEO CSR 1600, CRR-CM
21                               Official Reporter
                                 First Street Courthouse
22                               Room 4311
                                 350 West 1st Street
23                               Los Angeles, California 90012
                                 213-894-1782
24                               patcuneo1600@gmail.com
                                 www.patcuneo.com
25

1    APPEARANCES OF COUNSEL:

2    FOR THE PLAINTIFF:    CENTER FOR DISABILITY ACCESS
                           BY:  RAYMOND BALLISTER JR., ESQ.
3                               ATTORNEY AT LAW
                           8033 Linda Vista Road
4                          Suite 200
                           San Diego, California  92111
5                          858-375-7385

6    FOR THE DEFENDANTS:   LEWIS BRISBOIS BISGAARD & SMITH LLP
                           BY:  STEPHEN E. ABRAHAM, ATTORNEY AT LAW
7                          650 Town Center Drive
                           Suite 1400
8                          Costa Mesa, California  92626
                           714-668-92626
9                          stephen.abraham@lewisbrisbois.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Day 1 of Court Trial, December 14, 2021*

```
 1                           I N D E X

 2    PROCEEDINGS                                        PAGE

 3    OPENING STATEMENT BY MR. BALLISTER                    6

 4    OPENING STATEMENT BY MR. ABRAHAM                      7

 5    PLAINTIFF'S CASE-IN-CHIEF                            14

 6    DEFENSE                                              56

 7

 8              CHRONOLOGICAL INDEX OF WITNESSES

 9
      PLAINTIFF'S                                     VOIR
10    WITNESS          DIRECT CROSS REDIRECT RECROSS DIRE VOL

11    MICHAEL SILVERMAN     15    30      44      52        1

12    ANDRES GOMEZ          56    81     126               1

13

14              ALPHABETICAL INDEX OF WITNESSES

15
                                                     VOIR
16    WITNESS          DIRECT CROSS REDIRECT RECROSS DIRE VOL

17    GOMEZ, ANDRES         56    81     126               1

18    MICHAEL SILVERMAN     15    30      44      52        1

19

20

21

22

23

24

25
```

4

**EXHIBITS**

| PLAINTIFF'S EXHIBIT | DESCRIPTION | FOR IDENTIFICATION | IN EVIDENCE | VOL |
|---|---|---|---|---|
| 1 | Document . . . . . . . . . . . . . . . | | .129 | 1 |

| DEFENDANT'S EXHIBIT | DESCRIPTION | FOR IDENTIFICATION | IN EVIDENCE | VOL |
|---|---|---|---|---|
| 101 | Interrogatories . . . . . . . . . . . | | .132 | 1 |
| 102 | Response to . . . . . . . . . . . Interrogatories | | .132 | 1 |
| 103 | Request for Production . . . . . . . . | | .132 | 1 |
| 104 | Response to Requests for . . . . . . . Production | | .132 | 1 |
| 105 | Plaintiff's Declaration . . . . . . . | | .132 | 1 |
| 108 | Map of La Brea . . . . . . . . . . . . | | .132 | 1 |
| 109 | Map of Victory . . . . . . . . . . . . | | .132 | 1 |
| 110 thru 114 | Complaints . . . . . . . . . . . | | .132 | 1 |

*Day 1 of Court Trial, December 14, 2021*

```
 1   LOS ANGELES, CALIF.; TUESDAY, DECEMBER 14, 2021; 8:28 A.M.
 2                          -oOo-
 3           THE COURT:  Good morning.
 4           MR. BALLISTER:  Good morning, Your Honor.
 5           MR. ABRAHAM:  Good morning, Your Honor.
 6           THE COURT:  Aren't you all glad we're doing this
 7   by Zoom instead of getting out in the rain here to get to
 8   Downtown LA?
 9           MR. ABRAHAM:  I've got my annual cold so you're
10   all even doubly happy by me not being there.
11           THE COURT:  Are you ready to go, Mr. Ballister?
12           MR. BALLISTER:  Ready, Your Honor.
13           THE COURT:  All right.
14           Ms. Fisher, would you call the case?
15           THE CLERK:  Case No. CV 20-6894-DSF, Andres Gomez
16   vs. Tribecca, Inc., et al.
17           Please state your appearances.
18           MR. BALLISTER:  Good morning.  Ray Ballister,
19   Center for Disability Access, for the plaintiff
20   Andres Gomez.
21           MR. ABRAHAM:  Stephen Abraham, Lewis Brisbois, on
22   behalf of defendant Tribecca.
23           THE COURT:  Mr. Ballister, would you like to make
24   an opening statement or just get to evidence?
25           MR. BALLISTER:  Briefly.
```

```
 1              OPENING STATEMENT BY MR. BALLISTER

 2         MR. BALLISTER:  This case concerns Andres Gomez, a

 3   person with limited sight.  He's visually impaired.  In July

 4   of 2020, July 1st, 2020, while at his home in Florida,

 5   Mr. Gomez logged on to the defendant's website.

 6         The defendant operates a car rental agency in the

 7   Los Angeles area.  Mr. Gomez attempted to use his

 8   screen-reading software to view the defendant's website and

 9   found that the website did not contain the encoding which is

10   necessary for screen-reading software to read the website.

11         He was unable to use the website.  He attempted to

12   access the website with his laptop computer and also with

13   his Samsung Galaxy android phone; and in either instance,

14   his screen-reading software was unable to read the

15   defendant's website.

16         Plaintiff contends this is a denial of equal

17   access to the goods and services provided by defendant to

18   the public at large.

19         Screen-reading software is designed and intended

20   to assist persons with limited or impaired vision to, in

21   effect, read websites whereby the screen-reading software

22   audibly speaks to the user when the website is readable by

23   screen-reading software.

24         In this instance, the website did not speak to

25   Mr. Gomez.  His screen-reading software did not speak to him
```

1    because the website was not encoded with the information

2    necessary to allow it to be read by screen-reading software.

3           And for that reason, again, Mr. Gomez is denied

4    equal access to the goods and services provided by the

5    defendant to the public at large.

6           Plaintiff will call two witnesses.  Both the

7    plaintiff himself and Mike Silverman who is a specialist in

8    computer access to the blind; and we would call

9    Mr. Silverman as our first witness.

10           THE COURT:  For the court reporter, would the

11    spell the reference to "encoding"?

12           MR. BALLISTER:  Pardon me?

13           THE COURT:  Spell "encoding" for our court

14    reporter, please.

15           MR. BALLISTER:  E-n-c-o-d-i-n-g.

16           THE COURT:  Thank you.

17           And, Mr. Abraham, did you want to make an opening

18    statement?

19           MR. ABRAHAM:  Very brief statement, Your Honor.

20    Thank you.

21             **OPENING STATEMENT BY MR. ABRAHAM**

22           MR. ABRAHAM:  You've heard this morning the

23    plaintiff's counsel giving an opening statement but there

24    are a few more details here regarding renting a car.

25           You also heard and the evidence will show that the

1    plaintiff was located in Florida and the only thing

2    presumably separating him from the ability to avail himself

3    of the goods and services offered by the defendant is not

4    the encoding of a webpage but 2700 miles.

5            The plaintiff was located in Florida and no

6    evidence will demonstrate his having traveled to California

7    to rent a car for any other purpose in the year in which he

8    allegedly visited the website.

9            The ADA, for all of its good purposes, does not

10   exist simply to provide a forum for people who want to sue

11   over compliance of a website where the goods and services

12   are not of the sort or quality that they intend to purchase

13   or of which they will avail themselves.

14           Plaintiff never went to California, not in 2020,

15   not until 2021 as the testimony will show.  He did not rent

16   a car and, interestingly enough, he was driven to California

17   by his girlfriend which does of course underscore the point.

18           If plaintiff is visually impaired and he has

19   limited sight, visually impaired, if he cannot drive, then

20   he is not the person ultimately the beneficiary of the

21   offering of goods and services.  Perhaps the driver happens

22   to be a girlfriend.  Perhaps it's someone else.

23           But he is an agent or a proxy for that individual

24   and plaintiff thereby lacks standing to prosecute this

25   action.

1           As the Court is aware of the other cases on the

2   same subject, the plaintiff cannot prevail on the Unruh Act

3   claim where the act of encountering the website occurred

4   outside of the territory of the state.  The Unruh Act is not

5   extraterritorial.

6           And on that basis, as the evidence will show, that

7   plaintiff lacks standing to prosecute this claim whether in

8   federal or state law.

9           THE COURT:  All right.  It seems to me that

10  Mr. Gomez is here by phone.  Anybody have any concern about

11  that?

12          MR. BALLISTER:  I expected him to link into the

13  video portion of the transaction, this appearance, Your

14  Honor.  Let me text him and see if I can find out what's

15  going on with him.

16          *(Technical problem with the audio.)*

17          MR. BALLISTER:  Can we admit Mr. Silverman?

18          THE CLERK:  He's admitted.

19          MR. BALLISTER:  Okay.  I don't see him because

20  he's not admitted visually only by --

21          THE COURT:  He needs to turn on his video.

22          MR. BALLISTER:  Andres, are you hearing us?

23          THE COURT:  There he is.

24          MR. BALLISTER:  Mr. Gomez, can you hear me?

25          THE COURT:  Put on your audio, sir, as well.

```
 1          THE CLERK:  I turned it on but his is not working
 2   for some reason.  We cannot hear you.  Maybe you need to
 3   sign off and sign back on.
 4          He needs to make sure the privacy settings for the
 5   microphone are turned on otherwise his microphone will be
 6   activated.
 7                    (Pause in the proceedings.)
 8          THE CLERK:  If you just sign off and sign back on
 9   it will work.
10                    (Pause in the proceedings.)
11          THE CLERK:  He's got to sign all the way off.
12                    (Pause in the proceedings.)
13          MR. ABRAHAM:  Well, Your Honor, I appreciate the
14   comment this morning about getting out of the rain.
15   Mr. Ballister and I were at trial recently, the only other
16   day in months that it has rained.
17          The judge said the same thing.  We stopped shortly
18   before lunch.  We had rested our cases.  And then he looked
19   at the clock, he looked at the weather and said:  Do your
20   closing by brief.  Get out of here.
21                      (Laughter.)
22          MR. ABRAHAM:  It was not Mr. Ballister.  It was
23   the same firm.  It was a case in Long Beach.
24          MR. BALLISTER:  That was another attorney.
25          MR. ABRAHAM:  Right.
```

1            *(Pause in the proceedings.)*

2            MR. BALLISTER:  I don't see any change in

3    Mr. Gomez' status.  Can you tell, Madam Courtroom Deputy?

4            THE CLERK:  He's not signed off.  He's still on.

5    I can still see him signed on.  So he needs to close his

6    connection completely and then re-sign back on so I need to

7    admit him again.

8            And when he signs on, he needs to use whatever

9    he's using, if he's using a computer or phone, he needs to

10   sign on with his audio connection because it asks you for

11   that.

12           MR. BALLISTER:  I'm going to try calling him.

13           *(Pause in the proceedings.)*

14           THE CLERK:  If I disconnect him, he won't be able

15   to come back in.

16           MR. BALLISTER:  I spoke to him and he says he

17   can't figure out how to disengage his connection so he's

18   just going to shut his phone off and turn it back on and

19   start again.

20           THE CLERK:  The end button at the bottom in the

21   corner, that's what he needs to hit.  The end button.

22           MR. BALLISTER:  End.

23           THE CLERK:  Or leave.  Mine says "end" but his

24   says "leave."

25           MR. ABRAHAM:  That's because you have the power

1  button.

2          THE COURT:  Yes.  Mine says "leave."

3          MR. ABRAHAM:  We get to walk out.  You get to kick

4  us out.

5          THE CLERK:  And if I kick him out, he can't get

6  back in and I know that for sure.

7                  *(Pause in the proceedings.)*

8          MR. BALLISTER:  Well, I gave him the good news.

9  The end button or leave button at the bottom of the window

10  and he's exploring that potentiality.

11          THE COURT:  Ah, so he's gone.

12          You're on mute, Renee.

13          THE CLERK:  I moved him to an attendee so I can

14  put him back that way; but if I kick him out, then he won't

15  be able to come back in.  So he's still there, though.

16                  *(Pause in the proceedings.)*

17          THE CLERK:  I could close us all out and everyone

18  could join again if that's an option.

19          MR. BALLISTER:  If that might work, that would

20  probably be better than what we're doing now.

21          THE CLERK:  I mean, we all know how to sign back

22  in.  It's up to you, Your Honor.

23          THE COURT:  Are you in contact, Mr. Ballister?

24  What does it look like?

25          MR. BALLISTER:  I just spoke to him.  I telephoned

1    him and he's using his cellphone for this process; and so I

2    did get through to him and I told him as Madam Courtroom

3    Deputy indicated that there was a button at the bottom of

4    the application that says "leave" or "end."

5              When I look at it, it says "leave" and he said he

6    would look for that but I don't see any movement.

7              Let me try to call him again.

8                    *(Pause in the proceedings.)*

9                   *(Counsel and his client conferred.)*

10             MR. BALLISTER:  I spoke with him.  He's getting

11   nowhere with disengaging himself and he heard the Courtroom

12   Deputy indicate that she could close and we'd all relink in

13   so maybe that's what we need to try.

14             Can we do that, please.

15             THE COURT:  All right.  Shall we all just leave,

16   Renee?  I'll just close it and then everybody has to come

17   back in.

18             All right.  Thank you.

19                    *(Pause in the proceedings.)*

20             THE CLERK:  Now you need to turn on your video.

21   Mute your sound and turn on your video, Mr. Gomez.

22                    *(Pause in the proceedings.)*

23             THE CLERK:  I can hear you.

24             THE PLAINTIFF:  Can you see me as well?

25             THE CLERK:  No.

```
 1              THE PLAINTIFF:  No?

 2              THE CLERK:  Turn on your video.

 3              THE PLAINTIFF:  All righty.  We're getting there.

 4    Give me one second.  Sorry about that.  Technical

 5    difficulties.

 6              Okay.  Can you guys see me now?

 7              THE CLERK:  No.

 8              THE PLAINTIFF:  Not yet?  Okay.  It gave me start

 9    video.  It's strange.

10              THE CLERK:  There you go.

11              THE PLAINTIFF:  Okay.

12              THE COURT:  All right.

13              So I think we're now where you're calling your

14    first witness, Mr. Ballister.

15              MR. BALLISTER:  Plaintiff calls Mike Silverman.

16              THE PLAINTIFF:  Good morning, Your Honor, by the

17    way.

18              THE COURT:  Good morning.

19              THE CLERK:  He's coming.

20              THE WITNESS:  Good morning, Your Honor.

21              THE COURT:  Good morning.

22                      PLAINTIFF'S CASE-IN-CHIEF

23              THE COURT:  All right.  Will you swear in the

24    witness, Ms. Fisher.

25    / / /
```

```
 1              MICHAEL SILVERMAN, PLAINTIFF'S WITNESS, SWORN

 2              THE CLERK:  Please raise your right hand.

 3              Do you solemnly swear that the testimony you shall

 4   give in the cause now before this Court shall be the truth,

 5   the whole truth, and nothing but the truth, so help you God?

 6              THE WITNESS:  I do.

 7              THE CLERK:  Please state your name, spelling your

 8   first and last name for the record.

 9              THE WITNESS:  My name is Michael, M-i-c-h-a-e-l,

10   Silverman, S-i-l-v-e-r-m-a-n.

11              THE COURT:  You may proceed, Mr. Ballister.

12              MR. BALLISTER:  Thank you.

13                        DIRECT EXAMINATION

14   BY MR. BALLISTER:

15   Q.   Good morning, Mr. Silverman.

16   A.   Good morning, sir.  How are you?

17   Q.   I'm fine.  Yourself?

18   A.   Very well, thank you.

19   Q.   Very good.  We're on the record in the case entitled

20   Gomez vs. Tribecca.  Is that your understanding?

21   A.   Yes, sir.

22   Q.   And I'm the attorney of course for the plaintiff

23   Mr. Gomez and I'm calling you as our first witness.

24              What is your profession?

25   A.   I am an accessibility compliance subject matter expert,
```

1  sir.

2  Q.   And for how many years have you practiced in that

3  profession?

4  A.   I've been in the accessibility field/profession for

5  fifteen years, sir.

6  Q.   Okay.  What's the highest level of education that

7  you've completed?

8  A.   Completed a Master's degree in blind rehabilitation.

9  Q.   At what school?

10  A.   At Northern Illinois University.

11  Q.   All right.  And sometime this year my office, Center

12  for Disability Access, hired you to do an investigation in

13  this case; is that correct?

14  A.   Yes, sir.  That's correct.

15  Q.   And what steps did you take to conduct -- and that was

16  an investigation of the defendant's website, the 699

17  Rent-A-Car or car rental website; is that correct?

18  A.   Yes, sir, that's correct.

19  Q.   And what steps did you take to perform that

20  investigation?  Explain to the Court what you did to perform

21  an investigation of that website.

22  A.   In order to complete a comprehensive investigation, I

23  accessed the website from a user perspective, using a

24  screen-reader.  So I used JAWS on a PC and an NVDA on a PC,

25  prospect on the android device and voiceover on the iPhone;

1   and through that investigation, a manual accessibility

2   investigation, I compiled a listing of defects associated

3   with the WCAG, Web Consent Accessibility Guideline.

4        THE COURT:  Before you proceed, you're going to

5   need to spell all of those things that you said because I

6   have no idea what words you were using there.

7        THE WITNESS:  No problem, Your Honor.

8        THE COURT:  So spell all those things.

9        THE WITNESS:  Sure.  So JAWS, J-A-W-S, is Job

10  Access With Speech that is a screen-reader that can be used

11  on the PC which is a laptop environment or desktop

12  environment.

13  BY MR. BALLISTER:

14  Q.   And then --

15        THE COURT:  Several other things.  You need to

16  spell everything you said.

17        THE WITNESS:  Sure.  NVDA, Nonvisual Desktop

18  Access, which is also used in a PC environment.

19        THE COURT:  All right.  Anything else?

20        On the mobile device voiceover which is a

21  screen-reader, v-o-i-c-e-o-v-e-r.

22  BY MR. BALLISTER:

23  Q.   And then you also mentioned a standard by which you

24  applied to these -- to your investigation, WC --

25  A.   Yes.  WCAG is the Web Content Accessibility Guidelines.

1    Q.   And who issues or issued the Web Accessibility Content

2    Guidelines?

3    A.   The Web Accessibility Consent Guidelines were brought

4    into the federal government part of Section 508 which feeds

5    into ADA Title III.

6    Q.   Okay.  And who promulgated or designed the WCAG?

7    A.   The promulgator of the WCAG was Tim Burns, I believe,

8    the founder of the Internet.  Basically, he wanted to ensure

9    users with disabilities can have the same access that users

10   with no disabilities have.

11   Q.   Is it your understanding that in this case Mr. Gomez

12   contends that he has limited vision and uses sight-reading

13   software in order to interface or interact with the

14   Internet?  Is that your understanding?

15            MR. ABRAHAM:  Objection.  Leading, Your Honor.

16            THE COURT:  Overruled.

17   BY MR. BALLISTER:

18   Q.   Is that your understanding?

19   A.   Yes, sir.

20   Q.   All right.  And so when did you survey or investigate

21   the defendant's website?  Approximately what date was that?

22   A.   That was in August, middle of August, August 10th, I

23   believe, I started the investigation of 2021.

24   Q.   So August of this year, 2021; correct?

25   A.   Yes, sir.

1    Q.   And can you describe your methodology for the Court,

2    how you went about performing your investigation?

3    A.   In order to perform my investigation, I went in as a

4    user who is going to rent a car; and in my analysis I

5    discovered over 200 violations according to Section 508 of

6    the ADA Title III federal law.

7    Q.   What types of violations did you encounter?

8    A.   I encountered violations 4.1.2 which basically means

9    that screen-reader cannot interpret an input field making --

10   basically telling a client that using a screen-reader that

11   they're not able to interpret.

12        They can't pick certain dates to rent the car

13   because that functionality is not built into the source

14   code.

15        Another example is there was violations of 1.1.1

16   which is there was no alt text meaning that there is some

17   explanation on the website about payment and that payment

18   wasn't interpreted correctly to the user meaning that he

19   would have no idea how he can pay for the rental car.

20        Whereas someone who had vision knows that there's

21   a VISA, Master Card, there's a Discover, there's an American

22   Express option to pay for the car.

23   Q.   And you're saying that when you were investigating this

24   website using screen-reader software that screen-reading

25   software could not pick up or interpret or understand the

1    methodology for paying for the rental of a car; is that

2    correct?

3    A.    That's correct.  That was totally absent.

4    Q.    Okay.  What other defects or violations did you find

5    when you investigated this website?

6    A.    Another defect I found was a violation of 1.4.3 which

7    is color contrast issues meaning that the text of the

8    elements on the website violated the WCAG because they were

9    not 4.5 to one ratio of text to background color making it

10   very, very difficult for a client to read the text on the

11   website.

12   Q.   You mean to say making it very difficult for

13   screen-reading software to read the text on the website?

14              MR. ABRAHAM:  Objection.  Leading.

15              THE COURT:  Sustained.

16              Let the expert testify, Mr. Ballister.

17              MR. BALLISTER:  Thank you.

18   Q.   Mr. Silverman, would you explain that, the issue with

19   the contrast violation?

20   A.    Yes, sir.  Sometimes there's users who use -- both

21   screen-readers as well as non-screen-readers -- and from

22   what I've noticed in this case, it seems like the defendant

23   uses a screen-reader and he also at times did not use a

24   screen-reader.  When he does use a screen-reader, there are

25   two violations that are appropriate to this case.

1    Q.    Let me stop you.  You're referring to the plaintiff,

2    Mr. Gomez; right?  Not the defendant?

3    A.    Yes, that's correct.

4    Q.    Okay.  So go ahead with your understanding.  Start

5    again with what you understand Mr. Gomez does when he

6    engages in a website?

7    A.    So an individual who is sight impaired, there's

8    something called focus indicators, 2.4.7, and it's not

9    present on the website meaning that if Mr. Gomez is able to

10   see a little bit on the website, he's not able to exactly

11   see where to correctly position his mouse in a PC

12   environment because that focus indicator is absent as well

13   as there are issues with color contrast.

14   Q.    And what were those issues?

15   A.    There were issues with color contrast related to the

16   main home page.  The pickup location, the dropoff location,

17   the time.  It's next to impossible to see that content

18   because it failed the 1.4.3 content contrast guidance.

19   Q.    So that's an example of something that the

20   screen-reading software could not present to the user,

21   Mr. Gomez; is that correct?

22   A.    Yes, sir, that's correct.

23   Q.    How does the screen-reading software, to use a phrase,

24   talk to the user, to the sight-impaired person employing the

25   screen-reading software?

1  A.   Every single element that we see as sighted users, the

2  screen-reader will visually interpret to Mr. Gomez.   So

3  their headings, their buttons, their links, their text.

4          Anything that the screen-reader does not interpret

5  can be an impact and a cause a barrier for the user which in

6  this case there were several barriers.

7  Q.   Does the screen-reading software have an audio

8  component to it?

9  A.   Yes, sir.

10  Q.   How does that work?

11  A.   The audio component interprets everything that is

12  focused by the screen-reader so a user can tap left or tap

13  right on his mobile device before he can use the tab key on

14  a keyboard on a PC to interact with the -- with the website.

15  Q.   And in interacting with the website, does the

16  screen-reading software actually audibly speaks to the

17  users; is that correct?

18  A.   Yes, sir.   Everything we see visually, the

19  screen-reader will interpret if it is coded correctly on the

20  website.

21  Q.   And as it interprets it on the website, again, I'm

22  asking you to explain to the judge how does the

23  screen-reading software communicate that interpretation to

24  the user?   Is it --

25  A.   The interpretation is audible to the user.

```
 1   Q.    Is it in the form of spoken words?

 2   A.    Yes.  Spoken words.

 3   Q.    All right.  Okay.  Thank you.

 4             Did you make a survey -- during your

 5   investigation, did you make a survey of the total number of

 6   violations you found when investigating the defendant's

 7   website?

 8   A.    Yes, sir, I did.

 9   Q.    And how many total violations did you find in this

10   website?

11   A.    In this website there were 241 violations.

12   Q.    And were those -- all of those 241 violations,

13   violations that would affect a person with limited or

14   impaired vision using screen-reading software?

15   A.    Yes, sir.

16   Q.    And did you make the same investigation regarding, for

17   example, a Samsung android-type phone?

18   A.    Yes, sir.

19   Q.    And did you find the same or a different number of

20   violations when you investigated the cellphone environment?

21   A.    The PC environment yielded 158 violations.  The mobile

22   phone environment yielded 46 violations.

23   Q.    And those are in 46 instances where the screen-reading

24   software employed by the user -- in this case meaning

25   Mr. Gomez -- the screen-reading software could not tell him
```

1    what the website was showing -- what was showing that

2    otherwise a sighted individual such as yourself?

3    A.   Yes, that's correct.

4    Q.   Did you have an opportunity to investigate what we

5    characterize as Exhibit 1 in this lawsuit?  That's -- let's

6    see if I can put it up on the screen.

7                    *(Pause in the proceedings.)*

8              MR. BALLISTER:  It seems like I'm getting the

9    message "Host disabled participant screen-sharing."

10             THE CLERK:  It's ready now.

11             MR. BALLISTER:  All right.  Thank you.

12                   *(Pause in the proceedings.)*

13             MR. BALLISTER:  This is, I'll represent to you,

14   Exhibit 1, Plaintiff's Exhibit 1 in this case.

15             THE COURT:  We're not seeing the actual exhibit,

16   Mr. Ballister.  We're seeing the computer screen and your

17   mouse over the pdf that says "Exhibit 1."

18             MR. BALLISTER:  But you don't see the exhibit

19   itself?

20             THE COURT:  No.

21             UNIDENTIFIED VOICE:  I'm seeing it.

22             MR. ABRAHAM:  You need to stop sharing and then

23   share that page of the exhibit.

24                   *(Pause in the proceedings.)*

25             MR. BALLISTER:  Same result?

```
 1              THE COURT:  Same result.
 2              MR. BALLISTER:  I just don't know how to do this
 3    then.  Shop share.  So if I press the share-screen button at
 4    the bottom, what will happen then?
 5              MR. ABRAHAM:  You'll get lots of choices and one
 6    of them will be actual document, the document Exhibit 1.
 7              MR. BALLISTER:  Okay.  There it is.  Okay.  I see
 8    it.  Now what do I do?
 9              MR. ABRAHAM:  Select that.  Then double-click it
10    and now it will share it and there you go.
11              (The exhibit was displayed on the screen.)
12              MR. BALLISTER:  Okay.  Thank you very much.
13              This, I'll represent, is Plaintiff's Exhibit 1.
14    This is a prefiling investigation report performed by my
15    office producing what is characterized as -- let's see.
16    Q.   Have you had a chance to review Exhibit 1,
17    Mr. Silverman?
18    A.   Yes, sir.
19    Q.   And what do you understand Exhibit 1 to be?
20    A.   So Exhibit 1 was a test run by an accessibility tool
21    called WAVE; and if you would like, I can point out the
22    important aspects of what's being shown here.
23    Q.   Please do.
24    A.   Okay.  So on the -- what's being shown visually is that
25    there are various -- there's some violations.  There's other
```

1    information.  So the things that I want to call out are the

2    violations.  The violations are in red.

3            The AREA label which is -- AREA is Accessible Rich

4    Internet Applications, and AREA is used to enhance the

5    accessibility experience for the disabled user.  In this

6    case, it didn't work as well as it should have.  It wasn't

7    implementing correctly and the -- let's see.

8            And the blue icons are structure -- structured

9    code of the page, what it would look like if you switched

10   over and looked at the code source.

11           Obviously, the call up here are the red icons.

12   Right under "pickup locations," there is a red error icon.

13   That red error icon is called a -- it's a missing form

14   input.

15           So visually we see pickup location on the input

16   itself.  When the screen-reader interacts with that input,

17   no information will be provided to that client so the client

18   has no idea that there is -- that what field he's in.

19           He knows he's in some field where he can type but

20   he has no idea it's actually called "pickup location"

21   because that information is not translated to the

22   screen-reader.

23   Q.   And pickup locations over in this area of the exhibit

24   that you're looking at; is that correct?

25   A.   Yes, sir.

1    Q.   And how about the area that I'm now pointing to,

2    "pickup time," are there any violations in that area?

3    A.   No, sir.  There's no violations in the pickup time.

4    I'm sorry.  The pickup -- I can't read that.

5         But where your cursor is now, "pickup time" there

6    is the exact same violation which I explained in the pickup

7    locations.

8    Q.   So with this violation present in the defendant's

9    website, a person using screen-reading software, what would

10   be -- what experience would the person have using

11   screen-reading software trying to interact with this

12   website?

13   A.   Just from these two elements, it would not be a great

14   experience.  But in order to fully understand the

15   experience, manual testing is definitely needed.

16   Q.   Manual testing meaning what you did was in August of

17   this year?

18   A.   Yes, sir.

19   Q.   All right.  Thank you.

20        Did you form any type of opinion in considering

21   Exhibit 1 and your test results in August of 2021 whether

22   the website at issue in this case, whether it has been

23   improved with respect to screen-reader software readability

24   since July of 2020 and August of 2021?  Has there been any

25   improvement?

1    A.    In my investigation, there has not been any improvement

2    both in the PC as well as mobile environments.

3    Q.    What would be the cure for these violations?  What, as

4    a person, what would you recommend would be the cure for

5    these violations?

6    A.    These violations can be easily cured with HTML proper

7    markup.  For example, on the screen that you're showing the

8    pickup locations, that label needs to be met to the ID which

9    explains what the label represents.

10        That way Mr. Gomez using a screen-reading software

11   could understand this first field is pickup location.

12        THE COURT:  I have no idea what you just said.  I

13   mean, I heard you say it but what does that mean?

14        MR. BALLISTER:  I was going to ask him to clarify.

15   Q.    What is HCML?

16   A.    HTML, HyperText Markup Language.

17   Q.    What is that?

18   A.    HyperText Markup Language.

19   Q.    And what is HyperText Markup Language?

20   A.    HyperText Markup Language is the component that lies

21   under the visual aspect of this website.

22   Q.    So it's the coding underneath -- the visual aspect of

23   the website that tells us the visual aspect of the website

24   what to do and how to do it?

25   A.    Yes, sir.

1  Q.   Okay.  You're saying that that language, the HTML

2  coding, could be modified, enhanced in order to provide --

3  to remove the violations that you're talking about; is that

4  correct?

5  A.   Yes, sir.

6  Q.   Is that an expensive -- by your experience, is that an

7  expensive proposition?

8  A.   No, sir.

9  Q.   All right.

10        And in sum, is it your testimony that the -- what

11  is your -- withdraw that.

12        In sum, what is your conclusion regarding the

13  screen-reader software readability of this website both

14  first in July of 2020 and then later in August of 2021?

15  A.   This website is not accessible to users using

16  screen-reading software on laptops as well as mobile

17  environments.

18  Q.   And you testified that you have a Master's degree in

19  blind rehabilitation; is that correct?

20  A.   Yes, sir.

21  Q.   And --

22  A.   I also have --

23  Q.   What is -- pardon me?

24  A.   I'm sorry.  I also have a certification, international

25  certification in one of 2300 people who have a certification

1    in accessibility compliance.

2    Q.    In the computer environment; correct?

3    A.    In the accessibility environment, computer and mobile,

4    any visual property, yes, sir.

5    Q.    Not necessarily architectural barriers but visual

6    access is your area; correct?

7    A.    Yes, sir, strictly visual access.

8              MR. BALLISTER:  Okay.

9              I have no further questions at this time.

10             THE COURT:  Cross-examination?

11             MR. ABRAHAM:  Yes, please.  Thank you.

12             If Mr. Ballister could end his screen share.

13             Thank you.

14                        **CROSS-EXAMINATION**

15   BY MR. ABRAHAM:

16   Q.    And good morning, Mr. Silverman.

17   A.    Good morning, sir.  How are you?

18   Q.    When is the last time that you met with plaintiff?

19   A.    Can you please rephrase?

20   Q.    When is the last time that you met with plaintiff other

21   than today?

22   A.    Plaintiff meaning?

23   Q.    Mr. Gomez.

24   A.    Mr. Gomez.

25   Q.    I'm sorry.  I meant Mr. Ballister.

```
 1              Mr. Silverman, have you ever met Mr. Gomez?
 2    A.    No, sir.
 3    Q.    Have you ever spoken with Mr. Gomez before today in his
 4    presence?
 5    A.    No, sir.
 6    Q.    Have you ever reviewed the medical records of
 7    Mr. Gomez?
 8    A.    No, sir.
 9    Q.    Have you ever spoken with anybody who has seen the
10    medical records of Mr. Gomez?
11    A.    No, sir.
12    Q.    Have you ever spoken with an optometrist or an
13    ophthalmologist who has seen Mr. Gomez?
14    A.    No, sir.
15    Q.    Outside of Mr. Gomez's attorneys, have you spoken with
16    anyone about this case?
17    A.    No, sir.
18    Q.    Have you spoken with anyone about Mr. Gomez's visual
19    level of acuity, his sight?
20    A.    No, sir.
21    Q.    Do you know what his level of visual acuity is?
22    A.    It's from what was described in the -- I believe the
23    declaration.
24    Q.    What declaration was that?
25    A.    I don't remember the name.  It was a -- I received
```

```
1    testimony regarding Mr. Gomez in the issues that he was

2    having with the website.  I believe his visual acuity was

3    part of that documentation.

4    Q.   What do you recall his visual acuity being?

5    A.   It was 20/200 or greater.

6    Q.   Now, you talked about -- and we're going to go through

7    a couple of the things that you described.  One of the items

8    that you described as being a violation was low contrast.

9              Do you recall that testimony you gave?

10   A.   Yes, sir.

11   Q.   Okay.  If somebody is completely blind, not legally

12   blind, not visually impaired, but they have no amount -- do

13   you understand what I mean when I say "completely blind"?

14   A.   Yes, sir.

15   Q.   Okay.  So if I refer to somebody as being completely

16   blind, it would be your understanding that no light -- no

17   external light is reaching the optic nerve and being

18   transmitted to the brain so they have no perception of

19   anything; correct?

20   A.   Yes, sir.

21   Q.   Okay.  And if that person were using a screen-reader --

22   and let's say for purposes of this example it was white text

23   on a white background.

24             Would that screen-reader be able to read that text

25   on the screen assuming it functions properly?
```

1   A.    Yes, sir.

2   Q.    So the screen-reader doesn't really care about colors,

3   does it?

4   A.    No, sir, not at all.

5   Q.    Okay.  And a screen-reader doesn't convey to the user

6   the colors that are -- that are used for the text over the

7   background; correct?

8   A.    That's correct.

9   Q.    So to speak, a screen-reader only cares about content;

10  correct?

11  A.    Content and visual content, yes, sir.

12  Q.    Well, when you say "visual content," does the

13  screen-reader say:  There's a box located at the beginning

14  in the upper left-hand corner at a coordinate pixel 137, 256

15  or does it just say "click box" or whatever text is provided

16  to identify that box?

17  A.    If it was coded correctly, it would not have that

18  information because that's not relevant to the experience.

19  An example of something that's relevant to the experience is

20  at the bottom of 699 Rent-A-Car website, there are four

21  credit cards.

22         And without understanding that they're there

23  visually, knowing that they are there visually, a

24  screen-reader should say these are Master Card, Discover.

25         But that information is not present on the site,

1    meaning a screen-reader could not interpret it, meaning that

2    a user has no idea that it's there even though it's

3    pertinent information.

4    Q.   Okay.  And when you say a user has no idea, we're

5    speaking of somebody who would be completely blind; correct?

6    A.   Yes, sir.

7    Q.   Okay.  But Mr. Gomez isn't completely blind, is he?

8            MR. BALLISTER:  Calls for speculation.

9            THE WITNESS:  I'm sorry.

10           MR. BALLISTER:  Calls for speculation.

11           THE COURT:  Make it relevant to -- if that's

12   relevant to his analysis, then what --

13           THE WITNESS:  If Mr. Gomez is not completely

14   blind, there are still violations on this website that will

15   impact him using the website successfully.

16   BY MR. ABRAHAM:

17   Q.   Well, and let's get to that point and let's get to the

18   relevance.  You describe in excess of 400 violations but is

19   it not correct that some of those violations would not

20   relate to somebody who's completely blind; correct?

21   A.   That's correct.

22   Q.   And some of those violations wouldn't relate to

23   somebody who only has color blindness; correct?

24   A.   That's correct.

25   Q.   And some of those violations wouldn't be meaningful in

1    the context of somebody who only has -- well, I wear glasses

2    and my vision is corrected.  They wouldn't really apply to

3    somebody's whose vision is corrected; is that correct?

4    A.   Yes, sir.

5    Q.   So we're only talking about somebody who is unable to

6    see, notwithstanding all of the various devices that are

7    available to assist in interpreting what is on a screen and

8    interacting with it; correct?

9              MR. BALLISTER:  That question lacks foundation and

10   doesn't define what the various devices that counsel refers

11   to in the question.

12             THE COURT:  I didn't understand the question.

13             Please rephrase it, Mr. Abraham.

14             MR. ABRAHAM:  Okay.

15   Q.   So when you talked about a violation, you're talking

16   just very specifically about conformance with a written set

17   of standards; correct?

18   A.   If there's a written set of federal standards.

19   Q.   I'm sorry.  You said "It's a written federal set of

20   standards"?  What?

21             THE COURT:  Would you take your hand away from

22   your mouth.  We can't understand you.

23             THE WITNESS:  I apologize, Your Honor.

24   BY MR. ABRAHAM:

25   Q.   What is this federal -- is this a standard issued by a

1   federal agency?

2   A.   Yes, sir.

3   Q.   What is that agency?

4   A.   It is the -- let's see -- it is the Department of

5   Homeland Security.

6            THE COURT:  The Department of Homeland Security?

7   BY MR. ABRAHAM:

8   Q.   What publication are you referring to issued by the

9   Department of Homeland Security?

10  A.   I don't have that information in front of me at this

11  time.

12  Q.   Okay.  But, again, when you talk about these -- what

13  you call violations of Department of Homeland Security

14  regulations, those aren't necessarily describing issues that

15  Mr. Gomez himself had when he went to the website; correct?

16           MR. BALLISTER:  Lacks foundation.

17           THE COURT:  Well, if you know, sir.

18           THE WITNESS:  Could you rephrase that question,

19  please.

20  BY MR. ABRAHAM:

21  Q.   Do you know anything about Mr. Gomez' personal

22  experience on the car rental website?

23  A.   Just what I read, sir.

24  Q.   And what you read was just a declaration; is that

25  correct?

```
 1   A.   I believe that's the correct terminology, yes.
 2          MR. ABRAHAM:  I'd like to mark for identification
 3   as -- premarked as Defendant's Exhibit 107, a document that
 4   I'll further describe; and it's described in the exhibit
 5   list as "Declaration of Andres Gomez in Support of
 6   Plaintiff's Motion for Summary Judgment."
 7          And with the Court's permission, I'd like to share
 8   it on the screen now for the witness.
 9          THE COURT:  You may.
10          MR. ABRAHAM:  Thank you.
11          (The exhibit was displayed on the screen.)
12   BY MR. ABRAHAM:
13   Q.   I hope everybody can confirm that what they can see --
14   oh, it just paused it.  Let me resume the share.  Apparently
15   when you move a window, it pauses it.
16          Do you see a document that bears on the first page
17   the caption "Declaration of Andres Gomez"?
18          THE COURT:  I do.
19          Do you, Mr. Silverman?
20          THE WITNESS:  Yes, ma'am.  I wasn't sure that
21   question was directed at me.  It is.  I can see that.
22   BY MR. ABRAHAM:
23   Q.   It will only be directed to you.
24          What I've just done in this moment is I've
25   highlighted the title and that will be useful as we go
```

1    forward.  Do you see that title highlighted?

2    A.    Yes, sir.

3    Q.    Okay.  Wonderful.  That functionality works.

4              I'm going to direct -- is this the document that

5    you were referring to?

6    A.    Yes, sir.

7    Q.    Okay.  I'm going to scroll now to the third page and

8    direct your attention to paragraph 14.  Do you see that?

9    A.    Yes, I do.

10   Q.    And if I may, I'd like to read for the record and for

11   the benefit of those who might be relying on an audible

12   portion of this record:  "For example, I am able to see some

13   of the text on a webpage if I am able to enlarge the font to

14   a big enough size.  However, when I first landed on the

15   website, I could not find a button link or function to

16   adjust the font."

17             Do you see that?

18   A.    Yes, sir.

19   Q.    Do you -- and I'll say a modern computer so we're not

20   talking about ones from the '70s or the '80s -- but to most

21   modern what I'll call PCs, those using the Microsoft

22   operating system, has built-in functionality for increasing

23   screen size?

24   A.    Yes, they do.

25   Q.    And as a matter of fact, as we're looking at this

1    document, without using -- and you'll notice at the top of
2    the screen an Acrobat encoded function for increasing screen
3    size.
4           But if I were just to take my mouse button and go
5    control and scroll up on the mouse, you know I can increase
6    the size of the font of the page display.  Do you see that?
7    A.    Yes, sir.
8    Q.    Okay.  And that's functionality that's built into any
9    modern PC as far as you know; correct?
10   A.    Yes, sir.
11   Q.    And if we go to a website, just opening up a web
12   browser -- let's say Microsoft Edge -- would we find that
13   same functionality that we could increase the webpage either
14   by using a mouse function or even a built-in Microsoft
15   operating system function to increase the webpage?
16   A.    Yes, sir.
17   Q.    Okay.  So built into the computer is the ability to
18   increase the size, not only of fonts but of every object on
19   a webpage; correct?
20   A.    Not necessarily.
21   Q.    On what basis do you say "not necessarily"?  Why?
22   A.    There are some images that are marked as SVGs that
23   cannot be enlarged because the source code has restrictions.
24   The person building the website was not versed in
25   accessibility so there may be cases where the functionality

1    is there to enlarge it, but you still can't see what you

2    want to enlarge.

3    Q.    Now, let's take at a step back from the program that's

4    running, built into the Microsoft operating system, at least

5    Windows 97 if not earlier, isn't there a built-in

6    functionality so you can actually increase the size of

7    objects on the computer display itself?  Enlarge --

8    A.    The computer -- sorry about that, sir.

9    Q.    Please.

10   A.    The computer display itself, yes.

11   Q.    Yes.  So you could take on your screen and irrespective

12   of the program, regardless of what a programmer might have

13   done, the operating system will actually allow you to

14   increase the size of every object on the screen; correct?

15   A.    Yes, sir.

16   Q.    So the point of actually needing to scroll around the

17   screen to see that entire image; yes?

18   A.    Yes.

19   Q.    So you could multiply it many times the original size

20   just as you could shrink it; yes?

21   A.    Yes, sir.  There is a limitation where which is where

22   technology comes into play.

23   Q.    Okay.  But at least for purposes of enlarging what's on

24   the screen, you could make the -- well, if we were to look

25   just at this declaration -- and you notice I'm able to make

1    it -- if we look at the top of that screen, you'll see 1200

2    percent or 12 times the original size; yes?

3    A.    Yes, sir.

4    Q.    I'll stop there.  We could go even larger to 64 times

5    the original size, yes?

6    A.    Yes, sir.

7    Q.    And that didn't depend on the document itself.  It was

8    a function of the program; correct?

9    A.    That's correct.

10   Q.    And in the same way, if we were to go to -- and what

11   I'd like to do, I'm going to stop sharing that screen for a

12   moment and, if I may, I'm just going to open up a browser

13   window.

14           You mentioned that this is functionality that is

15   built into browsers; correct?

16   A.    Yes, sir.

17   Q.    So if I were to -- actually, I don't want to share the

18   entire screen.  That's too confusing.  Let me see if I can

19   just share that.  Here we are.

20           *(The exhibit was displayed on the screen.)*

21   BY MR. ABRAHAM:

22   Q.    So let me move that over.  And so we have just in

23   Microsoft Edge, we're looking at a screen that happens to be

24   the keyboard shortcuts in Microsoft Edge.  But it could be

25   any context.  Do you see that screen?

1   A.   Yes, I do, sir.

2   Q.   And control plus for zooming in.  And, again, that same

3   functionality we can just increase the size 500 percent and

4   that's built into the functionality; correct?

5   A.   Yes, sir.

6           MR. ABRAHAM:  Now, if we look back at the

7   declaration, back to Exhibit 107.

8           *(The exhibit was displayed on the screen.)*

9   BY MR. ABRAHAM:

10  Q.   So while I'm not asking you to get into the head of

11  Mr. Gomez, but when he states that if the text is made large

12  enough, a large enough font, he can read it.

13          Did you do anything in your examination of the

14  website to increase the size of the font to determine

15  whether or not it would be readable by Mr. Gomez?

16  A.   Yes, sir.  I used a program called Zoom Text which

17  magnifies it like what you were showing on the Adobe

18  application.

19  Q.   What size text does Mr. Gomez need to be able to read

20  it?

21  A.   That I don't know, sir.

22          MR. BALLISTER:  Objection.

23          THE COURT:  He answered he didn't know.

24  BY MR. ABRAHAM:

25  Q.   And if we look at paragraph 15 of Mr. Gomez's

1   declaration, it says:  "Additionally, I immediately noticed

2   the colors on the webpage provided very low contrast."

3           Do you see that?

4   A.   Yes, sir.

5   Q.   What degree, if you know, what degree of contrast does

6   Mr. Gomez require in order to be able to discern text from

7   background colors of the webpage?

8   A.   I don't know that but I do know that obviously it's --

9   there's a defect relating to colors because, as I was

10  navigating the website, it was hard for me to see the

11  colors.

12  Q.   But if Mr. Gomez were using a screen-reader as he

13  attempted to view the particular text that he found to be

14  difficult, at least according to his declaration, the

15  screen-reader wouldn't read that text; correct?

16  A.   That's correct.

17  Q.   You didn't prepare that WAVE report; correct?

18  A.   No, sir.

19  Q.   Exhibit 1?

20  A.   No, sir.

21          MR. ABRAHAM:  Nothing further, Your Honor.

22          THE COURT:  Redirect?

23          MR. BALLISTER:  Thank you.

24  / / /

25  / / /

| | |
|---|---|
| 1 | **REDIRECT EXAMINATION** |
| 2 | BY MR. BALLISTER: |
| 3 | Q.   Notwithstanding defense counsel's investigation of |
| 4 | whether websites and computer screens can been enlarged, |
| 5 | does the -- |
| 6 | MR. ABRAHAM:  Forgive me, Your Honor.  Please |
| 7 | forgive me.  We just lost power.  I'm on battery backup. |
| 8 | THE COURT:  I can see that, yes. |
| 9 | MR. ABRAHAM:  If you could give me one moment, it |
| 10 | may just be throwing a switch.  It may be something more |
| 11 | dramatic.  I may be switching to an iPhone. |
| 12 | THE COURT:  All right.  Go ahead. |
| 13 | MR. ABRAHAM:  Thank you, Your Honor. |
| 14 | *(Pause in the proceedings.)* |
| 15 | MR. ABRAHAM:  If I may, Your Honor.  We did lose |
| 16 | all power.  I'm on battery backup but I have a generator.  I |
| 17 | have a couple of generators.  If we could take a ten-minute |
| 18 | recess, I'm going to turn on the generator. |
| 19 | THE COURT:  All right. |
| 20 | We'll see you in ten minutes. |
| 21 | MR. ABRAHAM:  Thank you, Your Honor. |
| 22 | *(Recess.)* |
| 23 | MR. ABRAHAM:  I have a generator. |
| 24 | THE CLERK:  Perfect. |
| 25 | THE COURT:  You're a step ahead of me.  If I lose |

```
 1    power, we're done.
 2                              (Laughter.)
 3            THE CLERK:  Mr. Silverman.
 4            THE WITNESS:  Yes, ma'am, I'm here.
 5            THE CLERK:  Okay.  Turn on your video.
 6                    (Pause in the proceedings.)
 7            THE CLERK:  I think I lost him.
 8            He'll sign back in.
 9            The defense attorney signed off for some reason.
10                    (Pause in the proceedings.)
11            MR. ABRAHAM:  Thank you, Your Honor.  And I
12    apologize.
13            THE COURT:  That's all right.  It looks like
14    everyone is back.
15            So redirect, Mr. Ballister?
16            MR. BALLISTER:  Thank you.
17    Q.   Mr. Silverman, notwithstanding your testimony in
18    response to defense attorney's questions that browser pages
19    and other computer content can be increased or magnified on
20    the screen, do you remember that testimony?
21    A.   Yes, sir.
22    Q.   Does that change your mind as to the number and nature
23    of the violations -- accessibility violations that you found
24    in investigating the involved website?
25    A.   No, sir, not at all.
```

1  Q.   All right.  And of course that magnifying the window or

2  the image on the screen, that was all done in the context of

3  a written typewritten declaration; correct?

4  A.   Yes, sir.

5  Q.   So the point of that testimony, your testimony was

6  that, yes, the size of font can be increased simply by using

7  devices or tools that are contained within the laptop

8  itself; correct?

9  A.   Yes, sir, that's correct.

10        MR. BALLISTER:  Thank you.  I would like to bring

11  your attention to --

12        *(An exhibit was displayed on the screen.)*

13        MR. ABRAHAM:  I would object to the offering of

14  these exhibits as beyond the scope of direct examination,

15  beyond the scope of cross, and not identified on his exhibit

16  list.

17        MR. BALLISTER:  This is by way of rehabilitating

18  this witness.

19        THE COURT:  So?  I don't know what that means.

20  But I don't know what the exhibits are so it's hard to rule.

21        MR. ABRAHAM:  Nor do I, Your Honor.

22        *(The exhibit was displayed on the screen.)*

23        MR. BALLISTER:  This is what would be Exhibit 3 to

24  Mr. Silverman's declaration in support of plaintiff's motion

25  for summary judgment; and I would like to question

```
 1    Mr. Silverman with regard to this document.

 2              MR. ABRAHAM:  If I may, Your Honor, renew my

 3    objection.  He knew he was going to inquire as to the

 4    website.  He was examined regarding it without the use of

 5    this document that has not been identified as a trial

 6    exhibit.

 7              THE COURT:  Well, I don't -- if you're saying

 8    it's -- I don't know what you're doing with it,

 9    Mr. Ballister.

10              MR. BALLISTER:  All right.

11              THE COURT:  I don't know that he was actually

12    impeached.  He was just questioned and gave answers.

13              MR. BALLISTER:  Well, my question to Mr. Silverman

14    is going to be if he could use this -- these screen captures

15    of the defendant's website to explain the mobile experience

16    for a person using screen-reader software.  That's the line

17    of questioning I'm going to want to go into with

18    Mr. Silverman.

19              THE COURT:  Well, use the one you showed us that's

20    already an exhibit.

21              MR. BALLISTER:  All right.

22              (The exhibit was displayed on the screen.)

23    BY MR. BALLISTER:

24    Q.   Do you see this?  This is Exhibit 1, Mr. Silverman.

25              Do you see it?
```

```
 1              THE COURT:  No.

 2              MR. BALLISTER:  Nobody can see this?

 3              MR. ABRAHAM:  Only you, Mr. Ballister.  Not us.

 4    Share the pdf page.

 5              MR. BALLISTER:  Can you see it now?

 6              THE COURT:  No.

 7              THE WITNESS:  I only see a list of files, sir.

 8              MR. BALLISTER:  Can you see it now?

 9              THE COURT:  No.

10              MR. BALLISTER:  Stop share.  Screen share.

11              (The exhibit was displayed on the screen.)

12    BY MR. BALLISTER:

13    Q.   Can you see it now?

14    A.   Yes, sir.

15    Q.   You can?

16              THE COURT:  Yes.

17              MR. BALLISTER:  Thank you very much.

18    Q.   All right.  This is, I'll represent to the witness and

19    to the Court, this is Plaintiff's Exhibit No. 1.  It

20    consists of 17 screen captures of the defendant's website.

21              Can you use this exhibit, Mr. Silverman, to

22    explain what you characterized as a mobile experience for a

23    person using screen-reader software?

24    A.   Yes, sir.

25              MR. ABRAHAM:  Objection.  In goes well beyond
```

```
1   cross-examination and it was not the subject of impeachment.
2   There was no examination.
3           THE COURT:  It should have been on direct,
4   Mr. Ballister.
5           MR. BALLISTER:  Pardon me?
6           THE COURT:  This should have been your direct.
7           MR. BALLISTER:  The testimony is to illustrate
8   that notwithstanding that website or what's on a computer
9   screen can be made large or smaller depending on, as
10  Mr. Abraham demonstrated in his cross-examination, that
11  there are violations that are in the website.
12          Yeah, I'm trying to rehab the witness in terms of
13  the violations notwithstanding the magnification issue that
14  Mr. Abraham explored.
15          MR. ABRAHAM:  That was not the subject of cross.
16          THE COURT:  Well, you did ask about magnification
17  so go ahead and ask your questions so I can figure out what
18  you're trying to do here.
19          MR. BALLISTER:  All right.  Thank you.
20  Q.   And looking at this particular screen-shot, this is
21  Exhibit 1A, page 1A, can you explain to us, Mr. Silverman,
22  the mobile experience?  By mobile experience, what do you
23  mean by that?
24  A.   Mobile experience is the experience the user will have
25  on their mobile device.
```

50

1    Q.    So that would be a cellphone?

2    A.    Yes, sir.  The way to -- is not provide mobile

3    experiences because it's not built-in.  But I investigated

4    the mobile experience based on the client's declaration to

5    understand that experience which is part of Exhibit 3.

6    Q.    Right, correct.  But we're not looking at Exhibit 3 at

7    the moment so what can you tell us about Mr. Gomez's

8    experience in trying to navigate the defendant's website

9    using his cellphone?

10          THE COURT:  Well, it doesn't tell us anything

11   about Mr. Gomez's experience because he has no idea what

12   Mr. Gomez's visual acuity is.

13          MR. BALLISTER:  He knows what anybody's experience

14   would be using screen-reader software by virtue of whether

15   the website is readable by screen-reader software.

16          THE COURT:  Yes.  I've been paying attention.  You

17   didn't address my statement.  He doesn't know about

18   Mr. Gomez and that's what you asked.  If you want to ask a

19   different question, you can ask a different question.

20          MR. BALLISTER:  I'll withdraw the question and ask

21   it this way.

22   Q.    Mr. Silverman, can you explain to us how a person using

23   screen-reader software such as the plaintiff, Mr. Gomez,

24   would navigate this website using his screen-reader software

25   via his mobile devices, android cellphone?

```
 1              MR. ABRAHAM:  Objection.  Lacks foundation.
 2    Speculation as to Mr. Gomez.
 3              THE COURT:  Sustained.
 4              THE WITNESS:  May I go forward?
 5              THE COURT:  No.
 6              MR. BALLISTER:  No, no.  The question has been --
 7    the objection has been sustained to the question.
 8    Q.   I would like to turn your attention, Mr. Silverman, to
 9    your investigation and your -- the findings of violations
10    you made.
11              Are all of those violations subject to the same
12    magnification issue that Mr. Abraham explored with you on
13    his cross-examination?
14    A.   No, sir.
15    Q.   And how is that?  How are the violations that you found
16    not subject to magnification as a tool for increasing the
17    size of what's seen on the screen?
18    A.   The violations I found are consistent with the use of a
19    user who is using screen-reader technology.
20    Q.   All right.  And so is it your testimony that to be able
21    to increase or magnify what is seen on the screen, that
22    would not cure the violations that you found on your
23    investigation of this website?
24    A.   Yes, sir, that's correct.
25    Q.   And although increasing the size of the font as
```

1     Mr. Abraham demonstrated might assist the person in being

2     able to read without other assistance much larger font, that

3     doesn't -- simply magnifying what's on the screen doesn't

4     mitigate the other violations that you found in this

5     website; is that correct?

6     A.   Yes, sir.

7               MR. BALLISTER:  All right.  Thank you.

8               I have no other questions for Mr. Silverman at

9     this time.

10              THE COURT:  Recross?

11                        **RECROSS-EXAMINATION**

12    BY MR. ABRAHAM:

13    Q.   You used the word "mitigation" in the last question and

14    answer that was given.  But if a person is able to see

15    objects if they're enlarged, does all text -- is all text

16    necessary to the visualization of the enlarged object?

17    A.   If you could rephrase the question, please.

18    Q.   Well, you were asked questions about text being larger

19    but I don't know if -- Mr. Ballister, can you stop sharing

20    your screen?

21                   *(Pause in the proceedings.)*

22    BY MR. ABRAHAM:

23    Q.   So if the entire screen is enlarged such that a person

24    can see all of the objects, that can mitigate some of what

25    you call the violations; correct?

1    A.    No, sir.

2    Q.    Why not?

3    A.    What happens is when a text field is enlarged and the

4    user goes to type in there, how can he understand if he's

5    using screen enlargement with the technology, screen-reader

6    software in this case, how is he going to know what to type

7    in that field or if there's an error in that field?

8    Q.    Well, but the error that you describe is the

9    consequence of encoding to identify that field; correct?

10   A.    Yes, sir.

11   Q.    And if the person can actually see the field, there

12   isn't any issue; correct?

13   A.    It's not correct because sometimes what happens is that

14   a user may zoom in on a screen to see a field but then they

15   can't tell what's above it without moving the cursor and

16   getting possibly disoriented.

17   Q.    But that assumes that you know what that person's

18   experience is; correct?

19   A.    That's correct.

20   Q.    Not all people would be disoriented; correct?

21   A.    That's correct.

22   Q.    And not all people would have difficulty locating a

23   field in which to type information; correct?

24   A.    That's not correct.

25   Q.    Oh, so all people -- so, categorically, your testimony

```
1   is that all people on the planet who attempt to access the
2   website will have a problem locating the input area of a
3   form to be able to enter information?
4           MR. BALLISTER:  That's an incomplete hypothetical.
5           THE COURT:  Go ahead and answer.
6           THE WITNESS:  No, sir.
7   BY MR. ABRAHAM:
8   Q.   Okay.  So you're talking about a particular subset of
9   the world whose experiences are based on conditions that
10  you're assuming; correct?
11  A.   Yes, sir.
12  Q.   And you don't know the condition of Mr. Gomez; correct?
13  A.   That's correct.
14          MR. ABRAHAM:  Nothing further, Your Honor.
15          THE COURT:  Any redirect, Mr. Ballister?
16          MR. BALLISTER:  No, thank you.
17          THE COURT:  Thank you very much, Mr. Silverman.
18  You're excused.
19          THE WITNESS:  Thank you, ma'am.
20          MR. ABRAHAM:  If I may, Your Honor, and I again I
21  apologize.  I now have to restart my computer because of the
22  havoc that was caused by the power outage.  It should only
23  take five minutes while we're changing witnesses.
24          I apologize.
25          THE COURT:  All right.
```

1              *(Pause in the proceedings.)*

2              THE CLERK:  Who is your next witness,

3    Mr. Ballister?

4              MR. BALLISTER:  My next witness will be the

5    plaintiff Andres Gomez.

6              THE CLERK:  All right.  He's here so I don't have

7    to bring him in.

8                        *(Recess.)*

9              MR. ABRAHAM:  We had a complete and catastrophic

10   failure here.  I'm on battery backup that will last maybe

11   minutes.  Forgive me, Your Honor.  All hell is breaking

12   loose and the best played plans --

13             THE COURT:  Oh, oh.

14             THE CLERK:  He's frozen.

15             MR. BALLISTER:  It's not that cold.  It's cold

16   but -- we've had over two and a half inches of rain up here

17   in Altadena.

18             THE COURT:  Yeah.  Well, I'm close.  Close by you

19   and it's really pouring down.  He did mention he had a

20   cellphone.

21                   *(Pause in the proceedings.)*

22             MR. ABRAHAM:  I'm now on a laptop, Your Honor.

23             THE COURT:  All right.

24             MR. ABRAHAM:  I don't have access to any of my

25   documents but, you know, I've had to do worse.

```
 1              THE COURT:  All right.  Where were we?
 2              MR. BALLISTER:  I was going to call my next
 3   witness.
 4              THE COURT:  All right.
 5              MR. BALLISTER:  Shall we proceed?
 6              THE COURT:  Yes, please.
 7              MR. BALLISTER:  Thank you.
 8              Plaintiff calls plaintiff Andres Gomez.
 9                  ANDRES GOMEZ, PLAINTIFF, SWORN
10              THE COURT:  Would you swear in the witness,
11   Ms. Fisher.
12              THE CLERK:  Please raise your right hand.
13              Do you solemnly swear that the answers you shall
14   give in the cause now before this Court shall be the truth,
15   the whole truth, and nothing but the truth, so help you God?
16              THE WITNESS:  Yes, I do.
17              THE CLERK:  Please state your name spelling your
18   first and last name for the record.
19              THE WITNESS:  First name Andres, A-n-d-r-e-s.
20   Last name Gomez, G-o-m-e-z as in zebra.
21              THE COURT:  You may proceed.
22                       DIRECT EXAMINATION
23   BY MR. BALLISTER:
24   Q.   Good morning, Mr. Gomez.
25   A.   Good morning.
```

1   Q.   And what is your date of birth?

2   A.   My date of birth is March 14th, 1988.

3   Q.   And so you are how old today?

4   A.   I'm 33 years old.

5   Q.   And where do you reside?

6   A.   I'm in Miami, Florida.

7   Q.   You maintain a residence anywhere else other than

8   Miami, Florida?

9   A.   Other than Miami, Florida; El Monte, California.

10  Q.   And in what manner do you maintain a residence in

11  El Monte, California?

12  A.   I rented a room from my aunt in her house.

13  Q.   You say you "rented."  Do you continue to rent that

14  room from your aunt in her house?

15  A.   Yes.

16  Q.   So that's an ongoing relationship?  You're a tenant in

17  her house?

18  A.   Correct, yes.

19  Q.   Where that is house located in El Monte?

20  A.   It's 14 Sandom Avenue in El Monte.

21  Q.   How do you spell the street name?

22  A.   Oh.  Sandom.  That's S-a-n-d-o-m.

23  Q.   Is that M as in Mary?

24  A.   Yes.

25  Q.   Thank you.

1   A.    You're welcome.

2   Q.    And since when have you leased a room or rented a room

3   from your aunt in El Monte?

4   A.    I leased it this year in 2021.

5   Q.    And had you previously stayed at your aunt's home in

6   El Monte regardless of not being a leased tenant there?

7   A.    Yes, I have.

8   Q.    For what period of time have you stayed with your aunt

9   in El Monte over what years?

10  A.    On and off since 2014.

11  Q.    And what is the name of that aunt?

12  A.    Her name is Silvia Luna.

13  Q.    Is that S-y-l-v-i-a?

14  A.    No, it's S-i-l-v-i-a.

15  Q.    Thank you.

16  A.    You're welcome.

17  Q.    And Luna is spelled L-u-n-a?

18  A.    That's correct.

19  Q.    Thank you.

20        You're the plaintiff in a case entitled

21  Andres Gomez vs. Tribecca, Inc.; correct?

22  A.    Yes, that's correct.

23  Q.    What is generally, very generally speaking, what is

24  your claim or complaint, I should say, in this case?

25        You can express to the Court generally what is

1   your complaint in this case?

2   A.   My complaint was that the website was not accessible to

3   me as a visually impaired individual.

4   Q.   All right.  And that would be the website belonging to

5   Tribecca, Inc., in the operation of their 699 car rental

6   business?

7   A.   Yes, that is correct.

8   Q.   Okay.  I would like you to explain to the Court what

9   you mean by your visual impairment.  How is your vision

10  impaired?

11  A.   Well, I was receiving -- well, my visual impairment is

12  I'm legally blind.  I have, umm, conditions by the doctors

13  called macular atrophy and refractive myopia, eye floaters,

14  flashes, blind spots, blurred visions, colors in my vision

15  like rainbows that make my vision impaired in that aspect.

16  Q.   Start from the very beginning.  You read off quite a

17  number of things there.  You said something macular what?

18  A.   It's called macular atrophy.

19  Q.   Atrophy, A-t-r-o-p-h-y?

20  A.   Yes; correct.

21  Q.   Okay.  And do you understand what that is?

22  A.   I did my research on it.  It's a form of macular

23  degeneration.

24       MR. ABRAHAM:  Objection to hearsay.  Competence to

25  testify as to what he read elsewhere.

1              THE COURT:  Sustained.

2    BY MR. BALLISTER:

3    Q.    What do you understand macular atrophy to be?

4    A.    A form of macular degeneration, juvenile form.

5    Q.    And how does that macular atrophy affect your vision?

6    A.    It decreases my vision.  It's a form of macular -- all

7    that put together, what I told you, also there's another

8    term which is called -- I don't know how to say it.  It's

9    vitreous detachment.  It's where the eye, like the glue

10   holding the eye or something like that, it causes a lot of

11   eye floaters.  So all that in combination and high

12   astigmatism and myopia cause a flourish of things happening

13   in my field of vision like blind spots, blurred vision,

14   floaters, flashes, the little rainbows.  All that to cause

15   me to be severely visually impaired.

16   Q.    Does this happen in both eyes or just one or the other?

17   A.    In both eyes.

18   Q.    And I notice that you're wearing glasses.  Why are you

19   wearing glasses?  For what condition are you wearing

20   glasses?

21   A.    For my astigmatism and myopia.

22   Q.    So myopia is nearsightedness is my understanding.

23   That's my problem.  Is that what you understand myopia to

24   be?

25   A.    Yes.

61

1    Q.    Okay.  So you wear these glasses for a conditions of

2    astigmatism and to see better at a distance; correct?

3    A.    Correct.

4    Q.    All right.  Do you wear your glasses when you use a

5    computer?

6    A.    Yes.

7    Q.    And do they help you in using a computer?

8    A.    No, they don't.

9    Q.    And you indicated that you're legally blind.  What do

10   you mean by that?

11   A.    Legally blind is -- well, I -- for me is I can't see

12   very well.  I'm severely impaired and I'm not able to drive

13   a vehicle because of my disability.

14   Q.    So you can't qualify for a drivers license; is that

15   correct?

16   A.    Yeah, I do not qualify, correct, yes.

17   Q.    Are these conditions that you have read out:  Floaters,

18   flashes, blind spots, blurred vision, colors like rainbow

19   colors, are these items that anyone has told you are

20   correctable by wearing glasses?

21   A.    No, they're not correctable by wearing glasses.

22   Q.    For what period of time in your life have you had these

23   conditions in your eyes that you've described?

24   A.    For several years.

25   Q.    And what does several years mean?

1    A.    From 20- -- I'm going to say 2012 and up.  2012 is the

2    year.

3    Q.    Okay.  So this is 2021, so approximately the last nine

4    years; correct?

5    A.    Yes.  But it has been getting increasingly worse.

6    Q.    This is a progressively worsening condition in your

7    eyes?

8    A.    Correct, yes.

9    Q.    Does your vision improve or get worse as the day goes

10   on from morning to evening?  Does it change and gets better

11   or worse during the day?

12   A.    Yes, it does.  My vision, either the flashes stop, it

13   will be less blurriness and less of the colors that I

14   described.  It can either get -- or a fog.  It could get

15   better or worse depending the day, what I eat, and stuff

16   like that.

17   Q.    All right.  And do all of these conditions as you read

18   out:  Flashes, floaters, blind spots, blurred vision,

19   colors, rainbows, these things, do they all occur at the

20   same time or do they take turns occurring in your eyes?

21   A.    No, they take at the same time.

22   Q.    So they all are present at the same time in one degree

23   or another?

24   A.    Yes, that's correct.

25   Q.    In this case it's alleged that you attempted to use the

1  website for the 699 Rent-A-Car business; is that correct?
2  A.    Yes, that's correct.
3  Q.    Please explain to the Court, for the judge, what your
4  experience was in trying to use the website operated by the
5  defendant Tribecca?
6  A.    Yes.  I was trying to book a car rental for my trip to,
7  you know, returning to Los Angeles; and I went on the car
8  rental -- the Tribecca website with my screen-reader-reader
9  as I always do.
10         And as I was navigating myself, trying to navigate
11 myself on the website, it was a lot of barriers and I
12 couldn't access the website properly and it wasn't readable
13 by my screen-reader software.
14 Q.    What type of device were you using to access the
15 website?
16 A.    In the beginning, I was using an HP laptop computer.
17 Q.    And in the beginning, did you try any other device to
18 access the computer other than your HP laptop?
19 A.    Yes.  My Samsung cellphone, Galaxy, Samsung Galaxy
20 cellphone.
21 Q.    And is your laptop equipped with the screen-reading
22 software?
23 A.    Yes, it is.
24 Q.    And at the time this is -- approximately when was this
25 that you tried to access the defendant's website?

1    Approximately what month and year?

2    A.    July 20 -- July 1st of 2020.

3    Q.    Okay.  And at that time you tried to access the

4    defendant's website using your HP laptop; correct?

5    A.    Correct, yes.

6    Q.    And when did you attempt to access the defendant's

7    website using your Samsung Galaxy cellphone?

8    A.    That same day.

9    Q.    And did you have any better luck or experience in

10   trying to access the defendant's website with either the

11   laptop or your cellphone?

12   A.    No, I didn't have better luck unfortunately.

13   Q.    Explain to the Court what types of things you

14   encountered when you tried to use the defendant's website

15   using your laptop?  What type of barrier can you describe

16   that you encountered?

17   A.    The barriers are that the screen-reader-reader cannot

18   read certain elements of text and promotions to me, and it

19   just says a bunch of coding like zero zero one, zero zero

20   one, and you click on stuff and it says blank.  And it

21   doesn't read images like the dropoff locations, pickup

22   times, what kind of credit card method they're using, the

23   website logo name.

24        It didn't read it properly.  They didn't have

25   anything there to like make the font a little bit bigger, a

1    little bit easier for me in that aspect, you know, to make

2    the reservation for the car rental.

3    Q.    Okay.  So when you're using a laptop equipped with

4    screen-reader software, how does the screen-reading software

5    speak to you, so to speak?  How does it communicate with

6    you?

7    A.    Oh, it communicates with me by text-to-speech,

8    basically, so it reads everything out loud to me.

9    Q.    When it says it reads things out loud, does it actually

10   speak to you in a voice of sorts?

11   A.    Yes, with a voice; correct.

12   Q.    So that includes words; correct?

13   A.    Yes; correct.

14   Q.    And is that the same with regard to using the

15   screen-reading software on your cellphone?

16   A.    Yes, that's correct, yes.

17   Q.    Now, you indicated that you wanted to or you were

18   inquiring to rent a car in the Los Angeles area; correct?

19   A.    Yes; correct.

20   Q.    Were you planning on driving that car?

21   A.    No, I wasn't planning on driving.  I was booking it for

22   my girlfriend.

23   Q.    Okay.  And your girlfriend's name is?

24   A.    Leslie Salazar.

25   Q.    And was it your expectation, if you were able to rent a

```
1    car, that she would be the designated driver of the car; is
2    that correct?
3                 MR. ABRAHAM:  Objection.  Leading.
4                 THE COURT:  Don't lead, please, Mr. Ballister.
5    BY MR. BALLISTER:
6    Q.   And who was to be the designated driver of the car if
7    you were able to rent a car at the defendant's website?
8    A.   My girlfriend would be the driver.
9    Q.   Okay.  And had you done this before with -- in regard
10   to renting a car at any other website at any time?
11   A.   Yes, I have.
12   Q.   And what car rental agencies or businesses were you
13   able to rent a car using your screen-reader software by way
14   of a rental car website?
15   A.   Enterprise, Alamo Rent-A-Car.
16   Q.   And was your computer or your cellphone able to
17   screen-read those websites?
18   A.   Not at first but later on, yes, they were accessible to
19   me, yes.
20   Q.   What do you mean by not at first?
21   A.   I also had issues with those companies as well as they
22   weren't accessible to me.  But they fixed their website and
23   they were accessible to me after that.
24   Q.   Okay.  Did you ever file a law against either Alamo or
25   Enterprise Rent-A-Car?
```

1    A.    Yes.

2    Q.    Okay.  And was it a result of your lawsuit that they

3    fixed their website so that you could -- your

4    screen-reader-reader could read their websites?

5    A.    Yes, that's correct.

6    Q.    And then once that happened, you were then able to do

7    business with either of those businesses, Alamo or

8    Enterprise; correct?

9    A.    Yes, yes.

10   Q.    Do you have a disabled parking placard?

11   A.    Yes, I do.

12   Q.    And who -- what jurisdiction issued the disabled

13   parking placard?

14   A.    Miami, Florida.

15   Q.    And what does it take for you to get the -- what was

16   required by the State of Florida for you to receive a

17   disabled parking placard from the State of Florida?

18   A.    I had to prove medically that I was visually impaired

19   for me to qualify to get a disabled parking placard.

20   Q.    All right.  And how did you do that?  How did you

21   establish to the satisfaction of the state such that they

22   issued you a placard?  How did you inform the state that you

23   were visually impaired?

24   A.    They told me to get a note from a doctor so I went to a

25   doctor and he examined me and he verified that I was

1  visually impaired, and he signed off on the form for me to
2  get --
3          MR. ABRAHAM:  Objection.  Hearsay as to the
4  doctor's statements and actions.
5          THE WITNESS:  May I answer?
6          THE COURT:  Ask another question, Mr. Ballister.
7          MR. BALLISTER:  Thank you.
8  Q.   Had you ever attempted to access the defendant's
9  website prior to July 1 in 2020?
10 A.   Prior to July 1, 2020, no, I did not.
11 Q.   And what drew your attention to this particular
12 website?  Why did you open up this particular website, the
13 defendant's website?
14 A.   Umm, that it was just -- it was there.  It just popped
15 up so I just clicked on it.
16 Q.   And when you say "It just popped up," did you do some
17 kind of a search which resulted in you locating this
18 defendant's website?
19 A.   Yeah.
20 Q.   What kind of a search was that?
21 A.   I put car rentals in the Los Angeles area.
22 Q.   All right.  Now, were you planning on flying from
23 Florida to California?  How were you going to get from
24 Florida to California?
25 A.   I was either going to fly, take a train or a bus or --

1   one of those, one of those three, or maybe a road trip.

2   Q.   Well, if you took a road trip -- and this question is

3   in relation to investigating the defendant's website, 699

4   Rent-A-Car website; okay?

5            So you were planning -- my understanding is that

6   you were planning a trip to Southern California; correct?

7   A.   Yes.

8   Q.   And you wanted to have a rental car available to you

9   when you arrived in California; correct?

10            MR. ABRAHAM:   Objection.   Leading.

11            THE WITNESS:   Yes.

12            THE COURT:   Mr. Ballister, don't lead.

13            In addition to it not being appropriate, it also

14   makes the answers very unpersuasive.

15            MR. BALLISTER:   Thank you, Your Honor.

16   Q.   Describe in detail what your intended plan was

17   regarding a trip to Southern California around July 2020?

18   A.   I wanted to go back to see my family, my grandpa,

19   because I have the majority of my family living there.

20   Q.   That was your goal?   Your aim was to visit your family;

21   correct?

22            THE COURT:   You're doing it again.   If you end

23   your question with "correct," that's a leading question.

24   BY MR. BALLISTER:

25   Q.   Could you give me any further details about your

1   expected or intended trip to Southern California?

2   A.   Yes.

3   Q.   Would you, please.

4   A.   I'm sorry.  Can you -- I couldn't hear you.

5   Q.   What other details can you provide to the Court

6   regarding the trip you had hoped to make to Southern

7   California around July?

8   A.   Okay.  Around July 2020?

9   Q.   Yeah.

10  A.   I had been going back and forth from California since

11  2014.  I have family over there.  A large portion of my

12  family lived over there, more than 30 by the numbers.

13  Grandpa, cousins, uncles, aunts, so California is basically

14  my second home.  So that was my reason for going back.

15  Q.   Was it your understanding that the -- strike that.

16         In looking at the 699 Rent-A-Car website, were you

17  able to discern or read where their rental stores were

18  located?

19  A.   Umm, on the website?  No.

20  Q.   And why not?

21  A.   Because it wasn't accessible to me.

22  Q.   When you say it wasn't accessible to you, what do you

23  mean by that?

24  A.   I mean the screen-reading software wasn't picking up

25  the text on the website.

1    Q.    Your understanding was that these rental stores, the

2    699 Rent-A-Car rental stores were somewhere in Southern

3    California; is that correct?  Is that your understanding?

4    A.    Yes, that was my understanding.  Correct.

5    Q.    And in attempting to use the website, were you able to

6    determine where in Southern California the 699 Rent-A-Car

7    stores were located?

8    A.    On the website, no, I was not.  It wasn't clear to me.

9    Q.    And at the time you went on the website, had you made a

10   decision as to how you were going to get to Southern

11   California from Florida; what method of transportation you

12   were going to take?

13   A.    I think we were most likely going to take a train.

14   Q.    How long does it take to take a train across the United

15   States?

16   A.    Two and a half days.  Something like that.  Two to

17   three days.

18   Q.    And that would be from Miami, Florida, to Los Angeles?

19   A.    Yes, correct.

20   Q.    Approximately how much time did you spend trying to

21   access the defendant's website on July 1, 2020?

22   A.    On my laptop?

23   Q.    Let's start with the laptop.  How much time did you

24   spend trying to access the defendant's website using your

25   laptop?

1   A.    Around -- on my laptop, around 20 minutes.

2   Q.    And when you were using your laptop to access the

3   defendant's website, did you try using an enlarging button

4   or any method on your computer to make the image on the

5   screen larger?

6   A.    Yes, I did attempt to do that.

7   Q.    And what effect did that have?  Did that make the

8   website more accessible to you?

9   A.    That feature wasn't on the website so I couldn't tell

10  you.  They didn't have it available.

11  Q.    When you say that that feature was not on the website,

12  what do you mean by that?

13  A.    Well, they didn't have it.  The website did not provide

14  that feature for me to enlarge the font on the website.

15  Q.    Did you have a tool in your laptop, your

16  Hewlett-Packard laptop, that would allow you to magnify

17  whatever image was on your screen?

18  A.    Do I have a tool on my laptop?  Uh, yes, I believe I

19  do.

20  Q.    Okay.  And did you attempt to use that tool to make

21  whatever was on the website on your screen larger?

22  A.    No.

23  Q.    And why did you not do that?

24  A.    Because it's a hassle.  Because when you go to that

25  tool, the screen-reader starts reading everything and it

1  gets -- it's like a disorientation thing you get.  That's
2  why I didn't use it.
3          Because if I go use that, then it starts reading
4  bad.  Then I go back to the website and it's just -- it's a
5  little bit more chaotic when I do that so it wasn't
6  convenient for me to use it.
7  Q.   Typically, when using your screen-reading software with
8  a website that your software can read, do you need to use
9  the enlargement tool on your computer in order to understand
10  the website?
11  A.   No, not at certain times, no.
12  Q.   So have you ever visited a website that your
13  screen-reading software read functionally and adequately for
14  you?
15  A.   Umm, that's a good question.  Yeah.
16  Q.   Let me direct your testimony concerning Alamo and
17  Enterprise rental car companies.
18          You testified that after they fixed their
19  website --
20          THE COURT:  Wait, wait, wait.  What are you doing?
21          MR. BALLISTER:  I'm trying to ask a question.
22          THE COURT:  Well, why are you directing him to
23  something?
24          MR. BALLISTER:  All right.
25  Q.   So when your screen-reader-reading software adequately

1  reads an adequately encoded website, do you need to use the
2  magnifying tool on your laptop to understand what the
3  website says?
4  A.   Do I need to use it?
5  Q.   Yes.
6  A.   No, I don't need to use it.  But it helps me.
7          THE COURT:  Did we lose Mr. Abraham?
8          THE CLERK:  Yes, he's gone.
9               *(Pause in the proceedings.)*
10         THE CLERK:  He's back.  He's coming in now.
11         MR. ABRAHAM:  I'm now relegated to the phone
12 connection.
13         THE COURT:  Okay.  I'm not sure if you lost some
14 of this along the way and I just didn't notice you were
15 gone.
16         MR. ABRAHAM:  I will tell Your Honor that I have
17 never had this happen.  You know, I had the bulk of his
18 testimony regarding that he would most likely would have
19 gone by train.
20         There was some additional testimony after that
21 regarding how he would have gotten there, and I won't
22 indulge upon the Court to go over all of that testimony
23 again.
24         THE COURT:  All right.  And then he said the
25 enlargement tool was not on the --

```
 1              MR. ABRAHAM:  Yes, I did have that testimony, Your
 2    Honor.
 3              THE COURT:  Okay.  And he indicated it wasn't
 4    convenient to use that; and then more recently he was
 5    talking about websites where the enlargement works and he
 6    said something about he doesn't need to use that
 7    enlargement.  That was the last, I think.
 8              MR. ABRAHAM:  That's fine, Your Honor.  I won't
 9    require anything further regarding that.  Thank you.
10              THE COURT:  And you'll have the transcript, of
11    course.
12              MR. ABRAHAM:  Yes, Your Honor.
13              THE COURT:  You can continue, Mr. Ballister.
14              MR. BALLISTER:  Thank you, Your Honor.
15    Q.   Mr. Gomez, in interacting with websites, do you ever
16    not employ your screen-reading software in order to interact
17    with websites?
18    A.   Do I do ever not deploy my software?
19    Q.   Your screen-reading software.
20    A.   Okay.  Oh, yeah, I use it.  I always use it.
21    Q.   And why is that?
22    A.   It makes it easier for me to access stuff on my own
23    laptop.  Stuff like that.
24    Q.   When you encounter a website such as the defendant's
25    website which your screen-reading software cannot read,
```

1   what -- describe that experience for the Court in terms of

2   how that works for you in your activities of daily living.

3   A.   Okay.  I'm sorry.  I couldn't hear you.  Could you

4   rephrase that?  I'm sorry.

5   Q.   Yeah.  When you encounter a website such as the

6   defendant's which your screen-reading software cannot read,

7   can you explain to the Court how that affects you in your

8   activities of daily living?

9        In other words, explain to the Court what the

10  result is in terms of your feeling about the situation

11  yourself.

12  A.   Okay.  Yeah.  When I'm on a website and it's not

13  accessible to me, it affects me.  It makes me feel

14  frustrated, like there are barriers there, like I don't have

15  freedom to navigate myself around a website to be able to

16  know more information about it, what promotions they have,

17  the specials, you know, the links, the Facebook links.

18       They probably have more information there and

19  obviously people who are non-disabled, sighted people, they

20  have more access to that; and a person like me who's

21  visually impaired is being -- I feel like I'm being denied

22  those goods and services; and it makes me feel frustrated

23  and irritated when I can't access a website because I feel

24  like I'm being discriminated against.

25       So that's how it affects my day-to-day basis.  I

1   feel like I'm being thrown out from society, you know,

2   because I'm trying to live my life as best as I can as a

3   disabled individual, visually impaired, trying to live a

4   day-to-day life, not letting my disability, you know, stop

5   me from living.

6          You know, I'm a young guy.  I want to live.  I

7   want to go on websites, make bookings and help out my

8   girlfriend when I make a car rental.

9          I know I can't drive because I'm disabled but that

10  doesn't mean I can't book a reservation for, you know, for a

11  car rental for my girlfriend.  That makes me feel

12  embarrassed and irritated so that's how it affects me.

13  Q.   When you are able to use a car rental website such as

14  Alamo or Enterprise, do you have to indicate to the website

15  who the designated driver will be?

16  A.   Yes.

17  Q.   And do you indicate -- who do you indicate the

18  designated driver is in those instances?

19  A.   My girlfriend Leslie.

20  Q.   And is that a problem or an impediment to reserving or

21  booking or renting a car through a website that someone

22  other than yourself is going to be the designated driver?

23  A.   No, that's not a problem because I feel happy when I

24  get to reserve it for her.  At least I know I can make the

25  reservation for my girlfriend who loves me and she's going

```
 1    to be the one driving for me.
 2              I feel good inside when I get the access to a
 3    website and do that for her and do it for myself as well
 4    because I'm going to be in that car being driven as a
 5    disabled individual.
 6    Q.   How do you feel when you're not able to book or reserve
 7    a car for the reasons that you set forth in this case, the
 8    website was not readable by your screen-reading software?
 9    How does that make you feel?
10    A.   Makes me feel irritated, angry, embarrassed,
11    emotionally distressed that I can't simply book a car rental
12    on a website; and it just makes me feel mad that I can't do
13    that and I don't have access to do it so it makes me feel
14    like there's a barrier stopping me from, you know, achieving
15    that goal that I want to accomplish.
16    Q.   Is this the only car rental website you sued with
17    regard to this issue, a website which your screen-reading
18    software cannot read?
19    A.   Umm, I'm sorry.  Your phone -- yeah, I'm sorry.
20    Q.   Yes.  Let me ask the question again.  Is this the only
21    car rental website that you sued regarding this issue that
22    your screen-reading software cannot read the defendant's
23    website?
24    A.   No, it's not the only one I have sued.
25    Q.   And, in fact, you have sued more than -- approximately
```

1    how many websites have I sued regarding this issue?

2    A.    Regarding car rentals?

3    Q.    Right.  Car rental websites that you sued regarding

4    their website not being readable by your screen-reading

5    software.

6    A.    I'm going to say -- I don't want to give an exact

7    number but I'm going to say ballpark maybe around 40.

8    Around there.

9    Q.    Around what?

10   A.    Maybe 30 or 40.  Around there.

11   Q.    And have you sued those car rentals in some state other

12   than California?

13   A.    Yes, I have.

14   Q.    Okay.  So directing your attention to cases you filed

15   in California, or you caused to be filed in California,

16   approximately how many car rental websites have you sued for

17   the reasons alleged in this case that your screen-reading

18   software can't read their website?

19           And that's California cases.

20   A.    So the question is you want me to give you -- I'm

21   sorry.  Like -- I'm so sorry.

22   Q.    Let me ask the question again.  Withdrawn and ask the

23   question again.  This is a California case.  You're in court

24   here in California.  Do you understand that?

25   A.    Yes, I understand that.

1    Q.   Okay.  And have you sued -- how many other car rental

2    websites have you sued in the State of California, not any

3    other state but the State of California with respect to the

4    allegations -- similar allegations as in this case that your

5    screen-reading software cannot read their website?

6    A.   I'm going to say more than 15 to my knowledge.

7    Q.   Okay.

8    A.   Yes.

9    Q.   When you sued Alamo, was that a California case or was

10   that a case filed in some other state?

11   A.   It was in Florida, I believe.

12   Q.   Okay.  And the same question for Enterprise.  When you

13   sued Enterprise Rental Car, was that a case filed in Florida

14   or in California?

15   A.   Also in Florida if I can recall, yes.

16   Q.   Do you have any expectations of returning to this

17   website under any circumstances?  And by returning to the

18   website, I mean clicking on and opening up the website and

19   attempting to use it as a car rental agency.

20             Do you have any expectation of doing that?

21   A.   Yes.  I have expectations of going back to the website

22   when it's fully accessible to me so I can make a car

23   reservation, yeah.

24   Q.   And have you done anything yourself personally since

25   this lawsuit was filed -- and I'll indicate to you the suit

```
 1   was filed in -- hold on -- the suit was filed in July of
 2   2020.  Have you made any effort to interact with the
 3   defendant's website since then to the present?
 4   A.   Interact?  You mean if I went back on the website?
 5   Q.   Yes.
 6   A.   After the lawsuit?
 7   Q.   Since the Complaint was filed on July 21$^{st}$, 2021, to
 8   the present, meaning today, have you attempted to go back on
 9   the defendant's website for any reason?
10   A.   No, I haven't.
11            MR. BALLISTER:  All right.
12            I have no further questions at this time.
13            THE COURT:  Cross-examination?
14            MR. ABRAHAM:  Yes, Your Honor.  And in light of
15   the notes that I have, which are mostly now my pad of paper,
16   but I still have access to the exhibits.
17            This will not go too long.
18                         CROSS-EXAMINATION
19   BY MR. ABRAHAM:
20   Q.   Good morning, Mr. Gomez.
21   A.   Good morning to you, sir.
22   Q.   Where are you physically located?
23   A.   I'm physically located in Miami, Florida.
24   Q.   Okay.  And were you in Miami, Florida, on the day
25   July 1$^{st}$ -- I think the testimony was -- 2020, that you
```

1    went to the defendant's website?

2    A.    July 1st of 2020?  Yes, that's correct, sir.

3    Q.    And you were in your residence in Miami, Florida, when

4    you went on your computer to go to the website; correct?

5    A.    Yes, that's correct, sir.

6    Q.    Okay.  You were never in California.  You just

7    testified that you never went back to the website --

8    Correct? -- of the defendant?

9    A.    Yes.

10   Q.    So you never accessed it in California; correct?

11   A.    Umm, no.

12   Q.    Okay.  When was the last time that you were in

13   California?

14   A.    Last time I was in California was in March of this

15   year, 2021.

16   Q.    Okay.  And you stayed at your aunt's house?

17   A.    Yes, that is correct.

18   Q.    And was your girlfriend with you?

19   A.    Yes, she was.

20   Q.    And did she drive you around while you were staying at

21   your aunt's house?

22   A.    Yes, she did.

23   Q.    What vehicle did she use?

24   A.    What vehicle did she use?  That's a good question.

25   *(Laughing.)*  I don't remember.

1    Q.   Well, let me ask you this.  You recently had your

2    deposition taken.  It was in another case but your

3    deposition was taken on July 9th of 2021.

4            Do you recall that?

5    A.   Yes.  I recall that, yes.

6    Q.   And you were asked a number of questions under oath,

7    that is, you took an oath at the beginning to tell the

8    truth, the whole truth, and nothing but the truth; correct?

9    A.   Correct.

10   Q.   And as far as you know, the testimony that you gave on

11   the day that your deposition was taken was truthful;

12   correct?

13   A.   Yes.

14   Q.   The last trip that you took with your girlfriend, in

15   fact, didn't she drive you from Miami to Los Angeles?

16   A.   That is correct.

17   Q.   Okay.  So you had a road trip and she drove and did she

18   drive you in her car?

19   A.   No.

20   Q.   What car did she use?

21   A.   It was a car rental car.

22   Q.   Okay.  So she rented a car in Florida.  She drove you

23   out to California; and while you were in California, she

24   drove you around in that car; correct?

25   A.   Yes, that is correct.

1    Q.    Okay.  In 2020, did you come to California?

2    A.    In 2020?  In that year, no, I did not go to California.

3    Q.    Okay.  Why not?

4    A.    Umm, because the pandemic was getting worse over there

5    and, you know, obviously, I tried to book the reservation on

6    the website.  It was getting complicated.  I also had other

7    health issues happening with me so -- as well as the

8    previous year -- the next year.  I'm sorry.

9    Q.    Okay.  When did the pandemic -- when did you become

10   aware of the pandemic?  What year?

11   A.    Aware of the pandemic?

12   Q.    Right.

13   A.    I was aware there was a pandemic happening in China in

14   2019 in December.

15   Q.    Okay.  When were you aware of it happening somewhere a

16   little bit closer you to?

17   A.    Last year.  What do you mean closer to me?  You mean in

18   the United States; correct?

19   Q.    Well, in the United States.  You said that it was

20   getting worse so --

21   A.    Uh-huh.

22   Q.    -- you perceived the pandemic, the degree of the

23   pandemic in some way.  I want to know when that happened.

24   A.    Yeah, like around in the beginning of March.  That's

25   when everything was shut down.

1    Q.    Okay.  So in the beginning of March and yet in July you

2    started looking for car rental places to take a trip to

3    California; correct?

4    A.    Yes, in July; correct, yeah.

5    Q.    Why?

6    A.    Because it was summer and they were saying that it was

7    getting -- it was getting better.

8    Q.    And you wanted to see your family who live mostly in

9    Los Angeles; right?

10   A.    That is correct, sir.

11   Q.    Why did you not go to visit your family then?  You said

12   it was getting better.

13   A.    Oh, it was getting better but then the news kept

14   fluctuating that it was getting better, then California had

15   more people that were getting infected and they were

16   shutting more things down over there, you know, and I

17   couldn't, you know, access the website of the Tribecca and I

18   was having other health issues within me going on so I said,

19   okay, I'll save it for -- you know, I'll go visit them next

20   year.

21   Q.    Okay.  So you listed a number of items:  The health,

22   the pandemic, other issues, and the website.  Now, which of

23   those -- which range of those four, which was the most

24   serious issue to you of those four that you described?

25   A.    The most serious one was my health issues.  I had some

1   stuff something was happening with me.  Sometimes I don't

2   feel my best.

3   Q.   Okay.  When did you start having the health issues that

4   made you not feel your best?

5   A.   When did -- well, it's stomach problems and pressure in

6   my head and low blood sugar that I was having.  Stuff like

7   that.  So that's has been happening for a while.

8   Q.   Okay.  And so that would be the No. 1.  Where does the

9   pandemic fit into your ranking of items that prevented you

10  from or dissuaded you from coming to California?

11  A.   Umm, where they said everything was going to be closed

12  down and a lot of people were getting infected a lot over

13  there in California.  So I'm like, if I'm not feeling my

14  best, you know, why risk it; right?

15  Q.   Okay.  So would it be fair to say that we'll call that

16  No. 2 in the ranking of the four items that you described?

17  A.   You're saying it's No. 2.  I'm not saying it's No. 2.

18  Q.   Okay.  Well, which one is No. 2?

19  A.   Umm, I think --

20  Q.   Was your health -- I'm sorry.

21                      *(Overtalking.)*

22          THE COURT:  Stop.

23          MR. ABRAHAM:  I just want to make sure.

24          THE COURT:  Stop.  One at a time.

25          Mr. Gomez, wait for Mr. Abraham to finish his

1   question and, Mr. Abraham, wait for Mr. Gomez to finish his
2   answer.
3          MR. ABRAHAM:  Yes, Your Honor.
4   Q.   I just want to make sure that we have a clear list
5   because it's your list, not mine.  But you said your health
6   was the No. 1 reason, the stomach issues that you had.
7          What was the No. 2 reason for not coming out to
8   California at any time in 2020?
9   A.   Well, I would like to say that you are the one creating
10  this list for me.  I wasn't the one who wanted to put these
11  in a list.  You get me?  So I did not create a list for the
12  record.  You are the one telling me --
13         THE COURT:  Mr. Gomez, I don't know where you
14  think you are but you're in my courtroom so you don't argue
15  with counsel.  If you don't have an answer for his question,
16  just say you don't have an answer.
17         THE WITNESS:  Okay.  Thank you, Your Honor.  I
18  appreciate that.  Sorry about that.
19         Umm, for me, they all were impactful so I can't
20  really give you any specific list.
21  BY MR. ABRAHAM:
22  Q.   So was it your testimony that you did not come to visit
23  the family in California that you very much wanted to visit
24  in all of 2020 because you could not make a reservation for
25  a car rental on the defendant's website?

1          Is that your testimony?

2    A.    I'm sorry.  Can you please repeat that question?

3    Q.    Is it your testimony that you did not come at any time

4    in 2020 to visit the family in Los Angeles that you wanted

5    to visit very much because you could not rent a car through

6    defendant's website?

7    A.    That wasn't my primary reason.  I couldn't access the

8    website.  That's my answer to the question.  I couldn't

9    access the website.

10   Q.    But was that a principal reason?

11   A.    One of the principal reasons.

12   Q.    Okay.  And would that rank higher than the pandemic as

13   the reason for not coming to California?

14   A.    I can't -- I don't know.  I can't tell you.

15   Q.    Okay.  But you were able to -- you would have been able

16   to rent a car from Enterprise or Alamo, yes?

17   A.    In the year 2020?

18   Q.    In the year 2020.

19   A.    Yes.

20   Q.    Okay.  So your reason for not coming to California, a

21   principal reason was that you couldn't rent a car

22   specifically from defendant's website even though you could

23   rent one from Alamo or Enterprise; is that correct?

24          Is that your testimony?

25   A.    No, that's incorrect.

89

1    Q.   Okay.  Did you fly -- well, you didn't come to
2    California at all in 2020; correct?
3    A.   Correct.
4    Q.   Were the trains running?
5    A.   The trains running?  Yes, they were.
6    Q.   Were the airports running in 2020?
7    A.   I don't remember if they shut them down for a while but
8    I believe in the summer they were running.
9    Q.   Did your girlfriend have a drivers license in 2020?
10   A.   Yes, she did.
11   Q.   Okay.  Once you had arrived in -- well, let me ask you
12   this.  In 2021, when you came with your girlfriend on this
13   road trip, you stayed at your aunt's house the entire time;
14   correct?
15   A.   No, that's not correct.
16   Q.   Well, you had a lease.  You rented a room from your
17   aunt.  How many months were you in that room in 2020?  None?
18   A.   I wasn't there in 2020.
19   Q.   Okay.  And in 2021, you were there how many months?
20   A.   2021, I was there from the beginning of March, April,
21   like around May.  May 1st, around there.
22   Q.   And you were there for approximately two months?
23   A.   Yes, around there.
24   Q.   Okay.  And have you returned to California since then?
25   A.   Have I returned to California?  No, I haven't.

1    Q.   Do you have a written lease with your aunt?

2    A.   Yes, I do.

3    Q.   Okay.  When did that written lease begin?

4    A.   I think either in March or in April of this year.

5    Q.   Did you ever produce a copy of that lease in this case?

6    Let me withdraw that question.

7            Why didn't you produce a copy of that lease in

8    this case?

9    A.   I don't know.  I can't answer that question.

10   Q.   Now, in response to questions asked in writing, the

11   statement was made that you lived half of the year -- or

12   part-time in California.  But in the last two years, outside

13   of the two months you stayed with your aunt, you haven't

14   been in California at all, have you?

15   A.   Outside of what?  I'm sorry.

16   Q.   Outside of the two months that you were at your aunt's

17   in the last two years, you haven't been to California, have

18   you?

19   A.   Umm, this year; correct.

20   Q.   And you weren't in California at all in 2020.  So let

21   me ask you this.  Were you paying your aunt rent during all

22   the time that you were remaining in Florida and not even

23   coming to California?

24   A.   Yes.  I was, yes.

25   Q.   Okay.  Why?

1    A.   Because I told her I would help her out, yes, and it's

2    in the lease so I'm going to help out my family.

3    Q.   So withdraw that part of that question I was about to

4    ask.

5           THE COURT:  Let me stop for a minute because we've

6    sort of gotten off our regular break schedule.  I'm guessing

7    it's at least time for a break for the court reporter.

8           MR. ABRAHAM:  And it is time for me to put gas in

9    the generator.

10          THE COURT:  All right.  We'll take a 15-minute

11   break.

12          MR. ABRAHAM:  Thank you, Your Honor.

13          THE WITNESS:  Thank you.

14                        (Recess.)

15          THE CLERK:  Mr. Gomez, are you there?

16          THE WITNESS:  All righty.  Can you guys see me and

17   hear me?

18          THE COURT:  Yes, we can.

19          All right, Mr. Abraham, you may continue.

20   BY MR. ABRAHAM:

21   Q.   Thank you.  Mr. Gomez, when was the last time you went

22   to a website and rented a car for any purpose?

23   A.   The last time I went on a website and rented a car?

24   Q.   Yes.

25   A.   Uh, good question.

1    Q.   Well, let me ask you this.  In your deposition

2    testimony you said it was in 2019, I think.  Would that

3    refresh your memory as to when you last rented a car?

4    A.   Yeah, I believe it was 2019.

5    Q.   Okay.  And since then, you have not rented a car for

6    your girlfriend from Enterprise or Alamo; correct?

7    A.   No.  Yes, I have.  Yes, I have.

8    Q.   Well, since 2019 -- or was it 2019 that you did that?

9    A.   Yes.  I believe later on I have.

10   Q.   You were asked to produce documents evidencing your

11   having rented a car and in response you stated you had none.

12        Why not?

13   A.   So I was asked to produce documents?

14   Q.   I'd like to direct your attention -- I would ask to be

15   marked for identification as Exhibit 104, a document I'll

16   further describe as Response to Request For Production and

17   if I can share the screen now.  At least these few things I

18   can do.

19        *(The exhibit was displayed on the screen.)*

20   BY MR. ABRAHAM:

21   Q.   Do you see this document?

22   A.   No.

23   Q.   You don't?  I'm screen sharing Exhibit 102.

24        THE COURT:  I see it, Mr. Abraham.

25        MR. ABRAHAM:  Thank you.

```
 1                And for the record --
 2                MR. BALLISTER:  It looks like it's Exhibit 104.
 3                MR. ABRAHAM:  Yes.  And I'll state for the record
 4      that these are the responses to Exhibit 103 and I'll briefly
 5      open up that document.
 6                You can see Exhibit 103 are the requests
 7      themselves; but since the response is incorporated in
 8      Request 104, we can just look at that one document.
 9      Q.   Do you see that document?
10      A.   Are you talking to me, sir?
11      Q.   I absolutely am.  Do you see that document?
12      A.   I see something but everything is blurry right now so
13      I'm sorry.
14      Q.   Okay.  So I will represent to you that what is on your
15      screen is a document entitled "Plaintiff's Responses to
16      Requests for Production of Documents."
17                Now, no matter how you might have visualized or
18      understood the requests themselves, do you recall in this
19      case having had the opportunity to answer questions about
20      the existence of documents?
21      A.   Did I have an opportunity to answer about the existence
22      of documents?
23      Q.   Right.  So to put it another way, in this case do you
24      know if you were asked to produce documents?
25      A.   I can't recall.
```

1  Q.   Okay.  Well, we are looking at, for instance, Request

2  for Production No. 6 which asks:  All witness statements or

3  witness declarations relating to any contentions in the

4  Complaint; and the response was that plaintiff doesn't have

5  any responsive documents.

6          Do you have any witness statements regarding your

7  having gone to the website?

8          MR. BALLISTER:  That is vague and ambiguous as to

9  when.  The request for production was asked sometime before

10 the response and the response was dated January 8, 2021, so

11 presumably the request for production was served in December

12 of 2020.

13         THE COURT:  That's not relevant to the question so

14 answer the question you were asked, sir.

15         THE WITNESS:  Can you reask the question?

16 BY MR. ABRAHAM:

17 Q.   Do you have any witness statements or declarations

18 relating to the claims in your Complaint?

19 A.   Do I have?

20 Q.   Yes.

21 A.   Umm, no.

22 Q.   You said that your girlfriend was going to rent the

23 car; correct?  She was actually going to drive the car; yes?

24 A.   Umm, when I was going to rent it from the Tribecca

25 Rent-A-Car?

95

1    Q.   Well, when you were going to rent it from anybody.   In

2    the last five years, have you driven a car that was procured

3    from a car rental company?  Have you driven a car?

4    A.   No, I haven't driven a car.

5    Q.   No.  And the last time that you went to the website and

6    rented a car, your girlfriend drove it; correct?

7    A.   Yes, she drove it.

8    Q.   And according to your testimony, she was the one

9    identified and designated as the driver; correct?

10   A.   As the driver of the rent-a-car?

11   Q.   Yes.

12   A.   Yes, that's correct, yes.

13   Q.   And when you went on the website, you were at your home

14   in Miami; correct?

15   A.   Which website?  The Tribecca website?

16   Q.   Yes.

17   A.   Yes, that's correct.

18   Q.   Was your girlfriend present?

19   A.   I think she was around, yes.

20   Q.   Okay.  Did she see you on the website?

21   A.   She was doing housework.  I was in another room.

22   Q.   Did you ask her to provide you any assistance on the

23   website?

24   A.   No, I didn't.

25   Q.   Did you tell her at that moment that you had gone to

```
1   the website but were unable to rent a car?
2   A.    Umm, I don't think I did.  I don't remember.
3   Q.    And she's not designated to be a witness in this case;
4   correct?
5   A.    I don't know.
6   Q.    Okay.  Did you take any screen-shots of the website to
7   reflect the fact that you had gone to the website on that
8   day?
9   A.    Did I take any screen-shots?
10  Q.    Yes.
11  A.    No, I didn't take any screen-shots, no.
12  Q.    Okay.  But you had a cellphone with you; yes?
13  A.    I had a cellphone with me, yes, I did.
14  Q.    And the cellphone has a built-in camera; yes?
15  A.    It has a built-in camera.  That's correct.
16  Q.    Okay.  And you didn't take a photograph of the computer
17  showing the website on it, did you?
18  A.    No, I didn't.
19          MR. ABRAHAM:  Sorry.  I just shrank the screen and
20  realized I didn't stop sharing.  So let's go back up and I'd
21  like to mark for identification as Exhibit 102 a document
22  that I'll further describe as the Plaintiff's Responses to
23  Interrogatories; and if I may share the screen with the
24  Court's permission and show that to the witness?
25          THE COURT:  All right.
```

```
 1              MR. ABRAHAM:  And for the record, I will identify
 2    it as Exhibit 101 and briefly show that that's the document
 3    in which the questions are asked, the interrogatories, and
 4    102 is the document in which the responses are given and
 5    that document also incorporates the request.
 6              MR. BALLISTER:  We'll stipulate.
 7              THE COURT:  All right.
 8              MR. ABRAHAM:  Okay.  And just to explain, this is
 9    for purposes on the record of identifying the various
10    exhibits.
11              Since I don't quite have the notes I had a few
12    hours ago -- and you'll forgive me, Your Honor, as I just go
13    through these very quickly.
14              (Scrolling through the document.)
15    BY MR. ABRAHAM:
16    Q.   At the time that you attempted to go to the defendant's
17    website, or rather -- well, let me ask you this.  I'm going
18    to withdraw that question.
19              You testified that you went to a number of
20    different car websites and we have as exhibits, I will
21    represent to you, at least five other companies that you
22    went to, car rental companies.
23              Did you go to all those websites that same day,
24    July 1st of 2020?
25    A.   I don't know.  I don't know what other car companies
```

1    you're referring to.

2    Q.   Okay.  Let's look at them.  I'd like to mark for

3    identification as Exhibit 110, a Complaint, *Gomez v.* 777

4    *Exotic Car Rentals*.

5         Do you see that -- well, I will represent to you

6    that that document is now on the screen.  This is a

7    Complaint for damages and injunctive relief; and I'm going

8    to scroll through to the factual allegations; that this was

9    a car rental place and that you visited the car rental's

10   website in July 2020.  This is on paragraph 16.

11        So we now have two websites.  We have the one for

12   the Exotic -- 777 Exotic and we have Tribecca.  So which one

13   did you visit first?

14   A.   I don't remember which one I visited first.

15   Q.   Okay.  So we then have -- and I'll ask it be marked for

16   identification as Exhibit 111 -- a Complaint filed in this

17   District, *Gomez v. California Rent-A-Car*, and I'll represent

18   to you this is now on the screen and I'm going to go in

19   similar fashion to the paragraph 16 of that Complaint.

20        So you visited that car rental's website in

21   July 2020 with the intent to check out the car vehicle

22   rental prices.  So we now have three different locations.

23        We have 777 Exotic.  We have California

24   Rent-A-Car -- and they're located in Culver City and

25   Santa Monica.  The third one, California Rent-A-Car.

1      So which website did you go to first?

2   A.    I don't know which one I went to.

3   Q.    Did you go to all three of those on the same day?

4   A.    I don't remember if I did.

5   Q.    Did you go to Alamo or Enterprise on that same day?

6   A.    I can't recall.

7   Q.    You said it was important for you to be able to

8   demonstrate to your girlfriend that you could do things;

9   that you wanted to be the one to rent the car, yes?

10  A.    I never said that I wanted to demonstrate.  I said that

11  I want -- that it's good for me to have that experience as a

12  disabled, visually impaired individual to be able to do

13  that.

14  Q.    Okay.  So it's important for you to succeed at that

15  mission, yes?

16  A.    That is correct, yes.

17  Q.    Okay.  So you wanted to be able to rent a car on

18  July 1st of 2020; yes?

19  A.    That is correct.

20  Q.    Okay.  And you went to California Rent-A-Car and you

21  couldn't rent a car there; correct?

22  A.    California Rent-A-Car, you're referring to the website;

23  correct?

24  Q.    Yes.

25  A.    That is correct.

```
 1   Q.   And you went to 777 Exotic Car Rentals and you couldn't
 2   rent a car there either?
 3   A.   That is correct.
 4   Q.   And you went to Tribecca and you couldn't rent a car
 5   there either?
 6   A.   That is correct, sir.
 7   Q.   And if we were to look at Exhibit 112, I'd ask you the
 8   same question about Yesaway.  Oh, sorry.  Yesaway,
 9   Y-e-s-a-w-a-y -- I guess it depends on how you sound it
10   out -- Operations, Inc.
11            You also went to their website in July of 2020
12   with the intent to rent a car and you weren't able to rent a
13   car from Yesaway, were you?
14   A.   No, I wasn't.  That's correct.
15   Q.   And if we look at Exhibit 113, the Complaint against
16   Payless Car Rental, Inc., *Gomez v. Payless*, and we look at
17   paragraph 16, you went to their -- Payless's website and you
18   weren't able to rent a car in July of 2020; correct?
19   A.   In July of 2020, that is correct.
20   Q.   And if we look at Exhibit 114, *Gomez v. Midway*
21   *Rent-A-Car* -- oh, they have lots of locations if we look at
22   paragraph 2 and 3 -- but if we look at paragraph 16, you
23   also went there in July of 2020 to rent a car and you
24   weren't able to rent a car there either; correct?
25   A.   Correct.
```

1   Q.   So we have six car rental companies that you, while in

2   Miami, Florida, accessed for the purpose of renting a car

3   for the satisfaction of being able to succeed at renting a

4   car and you weren't able to do it, rent that car from any of

5   those locations; correct?

6   A.   That is correct.

7   Q.   But at the time you could have gone to Enterprise or

8   Alamo but you didn't.  You didn't attempt to go to those

9   websites in July of 2020, did you?

10   A.   In July of 2020?  No, I didn't.

11   Q.   And by that time -- well, the year before they had

12   already fixed their website so you would be able to have the

13   satisfaction of renting a car from Alamo or Enterprise;

14   correct?

15   A.   Can you repeat the question, please, sir.

16   Q.   If you had gone to Alamo or Enterprise, your

17   expectation, based on your experience in 2019, is that you

18   would have been able to rent a car; yes?

19   A.   From their website, yes, that's correct.

20   Q.   Yes.  So if you had wanted to succeed at renting a car

21   on July 1st, 2020, why didn't you go to Alamo or

22   Enterprise?

23   A.   I don't think I should limit myself in my freedom to

24   choose other car rental places which there's a lot available

25   to me.

1    Q.    Okay.  Let's talk about that for a second.  What is

2    special about the cars that are offered by Tribecca?  Are

3    they exotic cars like Bugattis and Maseratis and '72 Pintos

4    or --

5    A.    Well, it's different car companies have different types

6    of cars, like you said, and they have different types of

7    offers and specials and promotions.  So I would like to, you

8    know, be included in that, not just limited to two

9    Rent-A-Car companies.

10           I would like to check out other companies that

11   have promotions and deals and offers, stuff like that for

12   people, so I wanted to be included in those goods and

13   services.

14   Q.    I see.  You wanted it but there was no particular

15   occasion.  So by some point in 2020, based on illness, based

16   on the pandemic, based on other considerations, you had made

17   the decision not to go to California; correct?

18   A.    Umm --

19   Q.    At some point -- well, let me withdraw the question and

20   ask it this way.  By December 31st of 2020, you knew you

21   weren't coming to California in 2020; correct?

22   A.    By December 2020, I knew I wasn't going to go to

23   California the year 2020; is that the question?

24   Q.    Yeah, yeah.

25   A.    Well, sorry.

1   Q.   I made it even easier.   New Year's Eve 2020, you

2   weren't going to California that year; right?

3   A.   Well, if it was New Year's Eve, obviously, I wasn't

4   going to go because -- and the next day is 2021 so.

5   Q.   Exactly.   And at no time in December did you have

6   definite plans to go to California, correct, in 2020?

7   A.   Oh, in 2020?   No.   But in 2021, yes, I was definitely

8   going to go.

9   Q.   So in 2021, you were definitely going to go but you

10  drove across country driven by your girlfriend in 2021;

11  correct?

12  A.   That is correct.

13  Q.   So you had no definite plans to actually rent a vehicle

14  that would be picked up in California in 2020; correct?

15  A.   Okay.   I'm sorry.   Can you repeat that, please.

16  Q.   In 2020 --

17  A.   Uh-huh.

18  Q.   -- you didn't know what day you were going to be in

19  California in 2020 if at all; correct?

20  A.   No.   Yeah, I knew like around, you know, what month or

21  day I wanted to return to California.

22  Q.   Oh, great.   What day was that?

23  A.   Well, I can't tell you an exact date it was.

24  Q.   You just -- I'm sorry.   You just --

25            MR. BALLISTER:   Let him answer the question.

104

```
 1              THE COURT:  I make the instructions here,
 2   Mr. Ballister.
 3              Mr. Abraham, ask the question again.
 4   BY MR. ABRAHAM:
 5   Q.   What day did you have definite plans to come to
 6   California in 2020?
 7   A.   I wanted to go in 2020, July.  I was planning to go
 8   July, August, like around August.  That's when I wanted to
 9   go to California.  August for like a couple of months.
10   August, September, et cetera.
11   Q.   Okay.  Had your health improved -- oh, wait.  August or
12   September, which month was it?
13   A.   August, mid-August to like September, around there,
14   yeah.
15   Q.   Sorry.  Are you done?
16   A.   Yes.
17   Q.   Okay.  And had your health improved in August or
18   September?
19   A.   Had my health --
20   Q.   Did you no longer suffer in the stomach issues that you
21   previously testified that you had?
22   A.   I wish.  I still suffer from that, sir.
23   Q.   Okay.  Was the pandemic still going on in August or
24   September of 2020?
25   A.   Yes, it was.
```

1   Q.   Okay.  And were there other things beyond health or the

2   pandemic or the website that prevented you from going in

3   August or September of 2020?

4   A.   Umm, no.

5   Q.   Okay.  What airline did you make reservations at for

6   your trip in August or September?

7   A.   I didn't make an airline reservation.

8   Q.   Did you buy a train ticket in August or September of

9   2020?

10  A.   Umm, no, I did not.

11  Q.   Did you tell your girlfriend to make sure she had a

12  full tank of gas for your road trip in August or September

13  of 2020?

14  A.   No.

15  Q.   How many days -- that road trip that you took across

16  the country in 2021, how many days did that take?

17  A.   Around like three days.  Three days.

18  Q.   Okay.  And during that time, you would stay in a motel

19  or hotel each of the evenings; correct?

20  A.   Yes; that's correct.

21  Q.   Okay.  You didn't do that power trip USA?  Where you go

22  across country without stopping, did you?

23  A.   No.

24  Q.   No, because you have to switch drivers for that.  That

25  wouldn't work out so well.  Okay.  So did you make any hotel

1  reservations?

2  A.    No, I didn't.

3  Q.    For your -- okay.  Did you go on any hotel websites to

4  look at hotels or motels that you might stay at that would

5  be convenient to your stay as you traveled across country in

6  August or September of 2020?

7  A.    In that particular time, no.

8  Q.    So the only thing that you did to plan your cross

9  country trip during which -- oh, did you let any of your

10  relatives know that you'd be staying them with your

11  girlfriend or visiting them in August or September of 2020?

12  A.    Yes, I did.  My relatives; correct.

13  Q.    Yeah.  Well, we'll start with your relatives.

14  A.    Yes, yes, I did.  I let them know.

15  Q.    Okay.  Who did you tell?  Which relative did you tell

16  that you would be coming out in August and September of

17  2020?

18  A.    My aunt Silvia Luna.

19  Q.    I assume she was excited; yes?

20  A.    Definitely excited.

21  Q.    When did you tell her you were coming out?

22  A.    Wait.  You said 2021; correct?

23  Q.    No, 2020.

24  A.    Oh, no.  See, you're playing those games.  No, I'm

25  referring to 2021.

1   Q.   I'm sorry.  All of these questions have been about

2   2020.  So let's start over.

3           Did you -- you said that you were planning to make

4   a trip and I understood it to be 2020, August and September.

5   Was your planned trip in August or September of 2020?

6   A.   Yes, it was.

7   Q.   Okay.  And so who did you tell about your planned trip

8   in August of 2020?  The trip in August.  Not who you told or

9   when?  Who did you tell?

10  A.   My family members in California.

11  Q.   Which family members?

12  A.   Grandpa, aunt.

13  Q.   So you told at least -- you have how many grandpas?

14  A.   One grandpa.

15  Q.   Okay.  You told one grandpa and where does he live?

16  A.   In lives in Hollywood, California.

17  Q.   Okay.  And you have one aunt who lives in El Monte and

18  you told her.  Did you tell another aunt?

19  A.   No.  I usually sometimes like to surprise them when I

20  go over there.

21  Q.   Okay.  But you told two of the relatives that you were

22  coming out in August or September of 2020; correct?

23  A.   Yeah.

24  Q.   When did you break the news to them that you weren't

25  coming out?

1    A.    Umm, can you rephrase the question?

2    Q.    When did you break -- I mean, you didn't go out August

3    or September so I imagine they're sitting at the front door

4    waiting for you to surprise them and you didn't.  So when

5    did you tell them that you weren't coming out in August or

6    September of 2020?

7    A.    I believe I told them like in July, around there.

8    Q.    Okay.  Did you tell them right after you got that going

9    to the six car websites?

10   A.    No, it wasn't right after, no.

11   Q.    Okay.  When was it?

12   A.    It was probably like later in July, like a week or a

13   week and a half probably after.  I really can't remember

14   particularly.

15   Q.    But why did you wait -- so if you couldn't rent a car

16   and you had no other planned method of transportation, why

17   did you wait a couple of weeks to break the news to them?

18   A.    I was optimistic.  I thought I would be there.

19   Q.    Why did you think you were optimistic?  What was going

20   to change in a couple of week's time that would suddenly

21   allow to you travel to California?

22   A.    Umm, maybe I was going to feel better health-wise or

23   the pandemic was going to clear up a little bit more in that

24   aspect.

25   Q.    Okay.  Did you think that the car rental companies'

1   websites were going to improve during that time?

2   A.   Hmm, I don't think so.

3   Q.   No.   In fact, you didn't file -- those lawsuits weren't

4   filed until August?  I will represent to you that the

5   Yesaway was filed August 14.   That's Exhibit 112.   The

6   Payless was filed July 31.   The Midway was filed

7   August 3rd.   So these car companies wouldn't have known

8   for weeks that you had visited their website.

9            Well, let me ask you this.   Did you call the

10  website companies and let them know you couldn't access

11  their websites?

12  A.   No, I didn't do that.

13  Q.   Okay.   Whenever the pandemic might have gotten better,

14  your health might have gotten better, but none of the car

15  companies knew you had been on their website as long as you

16  knew; correct?

17  A.   Correct.

18  Q.   So the only circumstance that would have changed would

19  be your health and the pandemic in the two weeks or two or

20  so weeks between when you started planning your road trip

21  and when you ended planning your road trip; correct?

22  A.   In that year.

23  Q.   We're only talking about 2020.

24  A.   Yeah, in that year, I don't think there was going to be

25  other road trips.   It probably would have been maybe a

```
 1    train.  I don't know what it was going to be but I don't
 2    know.  You're saying a road trip like that was the only way.
 3    Q.   No, I just meant the trip to California so.
 4    A.   Yes.
 5    Q.   Okay.  How did you break the news to them?  So you got
 6    your aunt in El Monte, you got your grandpa in Hollywood.
 7    How did you break the news that you weren't going to see
 8    them?
 9    A.   I called them and we spoke and I told them I don't
10    think I'm going to be going to California.
11    Q.   And what were the reasons you gave?
12    A.   I told them I haven't been feeling too good.  The
13    pandemic.  They say it's getting worse over there, things
14    are closing down.  Stuff like that.
15    Q.   You didn't tell them it was because you couldn't rent a
16    car on a website, did you?
17    A.   No, I didn't.
18    Q.   Are you generally familiar with the geography of
19    Los Angeles?
20    A.   Yes.  Somewhat, yes.
21    Q.   I mean, I think your statement is that you live here --
22    you lived in California half of the year; correct?
23    A.   Yeah.  I'm over there, yeah, half of the year but I've
24    been here in Miami as well and sometimes I don't know all
25    the streets, you know.
```

1   Q.   And by living in California half a year, you mean two

2   months in 2021 and no months in 2020; correct?

3   A.   No.   I've been there before, you know, those years,

4   several times back and forth.

5           MR. ABRAHAM:   Okay.   So what I'm going to now

6   asked be marked for identification as Exhibit 108 is what

7   I'll describe is a screen capture map.

8           This was offered previously on -- in opposition to

9   defendant's motion for summary judgment; and, sir, I'll

10  describe to you what's up on the screen.

11  Q.   What we're looking at is a screen capture.   It's two

12  pages.   You can go to Google.   You're familiar with Google's

13  website, aren't you?

14  A.   Yes, I am.

15  Q.   Yeah.   They're the Oracle of everything; right?

16  A.   Yes.

17  Q.   Okay.   And if we look at the distance, we're looking at

18  distances.   So one of the defendant's websites, the

19  defendant will testify, I'll represent that he'll testify to

20  there now being in two locations.   One is 1415 North La Brea

21  Avenue in Los Angeles.   How close is that to El Monte?

22  A.   I don't know.

23  Q.   Okay.   And would it surprise you to know that at least

24  the Oracle of Google thinks that it's about 35 -- it's about

25  20 miles away from that specific location, just generally

1    speaking to El Monte?

2    A.    At what location are you referring to, please, sir.

3    Q.    I'm referring to the La Brea location of Tribecca.

4    A.    Okay.  The La Brea location of the Tribecca Rent-A-Car.

5    Okay.

6    Q.    Right.  So my question would be, assuming you are now

7    at your grandmother's -- I'm sorry -- at your aunt's home

8    where you rent a portion of her residence part of the year,

9    why would you have traveled 20 miles to a car rental place

10   to pick up a car -- well, let's begin with how would you get

11   there?

12   A.    That's a good question.

13   Q.    You hadn't actually figured out how you were going to

14   get from El Monte to La Brea Avenue, had you?

15   A.    Umm, yeah.  Somebody would take us.  Family member.

16   Q.    So your girlfriend accompanied you as she had in 2021

17   where she drove to your aunt's house and then you would

18   figure out a way to go literally across the city 20 miles to

19   rent a car at a La Brea location; correct?

20   A.    Hmm, you said that she drove?

21   Q.    Well, in 2021, she drove; correct?

22   A.    Oh, yes, in 2021, she drove, yes.

23   Q.    Okay.  So in 2020, you're going to get to El Monte

24   somehow; correct?

25   A.    Yes; correct.

1   Q.   And you're going to end up at your aunt's house in

2   El Monte; correct?

3   A.   Yes, that's correct.

4   Q.   And from there, presumably, somebody was going to

5   transport you to the other side of Los Angeles to the West

6   Side which is the Greater Hollywood area in order to rent

7   the car?

8   A.   Yes.

9   Q.   Let me ask you this.  Was there any other car rental

10  company that was at all closer to El Monte?

11  A.   I'm pretty sure there was, yes.

12  Q.   Okay.  I mean, we noticed that -- you would observe and

13  since you said you're familiar with Los Angeles, between

14  Hollywood and El Monte is a small town called Los Angeles.

15  I mean, Downtown Los Angeles; yes?

16  A.   Yeah, I'm familiar with Downtown Los Angeles.

17  Q.   Okay.  And even if we go to the north, we've got other

18  locations, fairly large cities, Pasadena, South Pasadena,

19  North Hollywood; yes?

20  A.   Yes.  Those are cities.  Sorry.

21  Q.   They're all closer than Hollywood, yes, to El Monte?

22  A.   Umm, I think they are, yes.

23          MR. ABRAHAM:  Okay.  And I next mark for

24  identification is Exhibit 109, a document that I'll describe

25  as screen captures of the facility in Van Nuys; and this was

1    previously identified as Exhibit 11 in opposition to

2    defendant's opposition to plaintiff's motion for summary

3    judgment.

4              And if we look at that and as we might generally

5    describe the conditions -- and I'm going to go to it -- from

6    El Monte to the other location is approximately -- and if I

7    may, I'm going to increase the size but I think it's

8    30 miles.

9    Q.   So would it be fair to say that it would be likely that

10   there would be another place at which you could have rented

11   a car in Pasadena or Alhambra or Rosemead or Monterey Park

12   or Glendale or Burbank that would have been much closer than

13   the Victory Boulevard location of Tribecca in Van Nuys?

14   A.   So the question is that there other locations closer to

15   El Monte instead of --

16   Q.   Would it be fair on your part to conclude that from

17   El Monte, California, in search of a vehicle to rent, there

18   would have been more convenient locations than a location on

19   Victory Boulevard in Van Nuys?

20   A.   Umm, I don't know if you could say it's fair.  I don't

21   know.

22   Q.   Do you think -- I'm just asking for what you know or

23   what you believe.  I'm not asking for rank speculation.

24   Would you think it reasonable to believe that there is a car

25   rental company in Glendale, California?

```
 1    A.    Yes, yes.

 2    Q.    Or Pasadena?

 3    A.    Yes, yes.

 4    Q.    Or Alhambra?

 5    A.    Alhambra?  Yes.

 6    Q.    Yes.  These are all fairly good-sized cities; yes?

 7    A.    I don't know what do you mean by "good-sized cities."

 8    Q.    Well, they have at least one car rental company; yes?

 9    Would that be a fair assumption?

10    A.    Yeah, I believe they have rental companies all over in

11    the Los Angeles area.

12    Q.    And you mentioned Alamo and Enterprise and they tend to

13    be all over the place; yes?

14    A.    Yeah, I believe sometimes, yeah.

15          MR. ABRAHAM:  Okay.

16          If I may, Your Honor, I have likely exhausted the

17    exhibits I wanted to go through.  I apologize again.  The

18    lights are out but the bulb is still glowing but if I may

19    just very briefly.

20          What I'm going to do very quickly, if I may, is

21    we're just going to look at the excerpts of the transcript

22    and it's only because just for the moment if I may pause for

23    just one second.

24          THE COURT:  All right.

25          MR. ABRAHAM:  I'm good now.  I remember what I
```

```
 1   wanted to ask about.  It might be a five-watt bulb, you
 2   know, with the power going but --
 3   Q.   You wear eyeglasses; yes?  I mean, we can see you right
 4   now you're wearing glasses; yes?
 5   A.   That is correct, sir, yes.
 6   Q.   And they do provide you some assistance in being able
 7   to see generally; yes?
 8   A.   Just sharper.
 9   Q.   Okay.  They're not simply cosmetic?  They're not just
10   pieces of plastic or a magnifying glass; correct?
11   A.   That is correct.
12   Q.   Okay.  And when was the last time that you got a
13   prescription for those glasses?
14   A.   The last time where I got a prescription for these
15   glasses?
16   Q.   Well, when I say "these glasses," it might have been a
17   different pair of glasses but what was the last time that
18   you got a prescription for glasses?
19   A.   Hmm, I went to Vision Work.  I believe it was last
20   year.
21   Q.   I see.  Were you seen by an optometrist or an
22   ophthalmologist?  Were you seen by an eye doctor?
23   A.   No, no.  I just wanted to get better -- different
24   glasses.  That's all.
25   Q.   When you say "different glasses," you mean different
```

1  frames?

2  A.    Yes.

3  Q.    Okay.  You went to an optician or an optical shop;

4  correct?

5  A.    Correct.

6  Q.    When is the last time you were seen by a doctor so by

7  somebody who has actual medical training in matters relating

8  to the eyes?

9  A.    Hmm, I believe it was when I went to go apply -- when I

10  got the handicap placard.  That's when I saw the doctor that

11  verifies your eyes.

12  Q.    And when was that?  Do you recall what year that was?

13  A.    Good question.  I think it was 2019.

14        MR. ABRAHAM:  Okay.  So from your deposition --

15  and I'm reading, if I may, from page 25 of the deposition

16  transcript beginning at line 1 through line 6.

17        If there are no objections, Your Honor.

18        THE COURT:  You may proceed.

19        MR. ABRAHAM:  Thank you.

20        "QUESTION:  *When was the last time you had those*

21  *lenses made?*

22        "ANSWER:  *I believe it was around 2015.*

23        "QUESTION:  *So the eyeglasses that you're wearing*

24  *today have a prescription from 2015?*

25        "ANSWER:  *Correct.  Yes.*"

| | |
|---|---|
| 1 | *(End of reading deposition.)* |
| 2 | MR. ABRAHAM:  And if I may read just two lines |
| 3 | further, 7 and 8. |
| 4 | "QUESTION:  *Have you since updated your* |
| 5 | *prescription?* |
| 6 | "ANSWER:  *No, I haven't.*" |
| 7 | *(End of reading deposition.)* |
| 8 | Q.   Mr. Gomez, from 2015 to 2021, why have you not had your |
| 9 | prescription updated? |
| 10 | A.   Because I went to many eye specialists and they didn't |
| 11 | help me with my eye condition.  It was getting worse and |
| 12 | worse and worse, and I took -- I said glasses is not going |
| 13 | to help it so I -- just me being a very simple person, I |
| 14 | might as well stick with these glasses.  I don't want to go |
| 15 | to no eye doctors because it hurt me inside knowing that my |
| 16 | vision is getting progressively worse and changing the |
| 17 | glasses is not going to do anything. |
| 18 | Q.   When was the last time you went to, as you described |
| 19 | it, a specialist? |
| 20 | A.   I don't know if it's a specialist.  Like I told you, it |
| 21 | was the person who -- a doctor who verifies you, you know, |
| 22 | for you to be qualified as a visually impaired individual to |
| 23 | receive a disability parking placard for a car. |
| 24 | Q.   So you went -- when did you go to this doctor? |
| 25 | A.   I believe it was around 2019. |

1    Q.    2019.  Do you know the name of the doctor?

2    A.    I don't know the name of the doctor.

3    Q.    Who took you to the doctor?

4    A.    My girlfriend did.

5    Q.    Did the doctor perform any tests on your eyes?

6    A.    Yes, he did.

7    Q.    Did he dilate your pupils?

8    A.    No, he didn't.

9    Q.    Do you know if he used instruments to look at the optic

10   nerve?

11   A.    Yes.  I recall that he did do that, what you just said,

12   yes.

13   Q.    Okay.  So he had the instruments to at least, as far as

14   you knew, to be able to look at the eye?

15   A.    Correct.  Yes, sir.

16   Q.    And did he make a written record of his findings and

17   conclusions?

18   A.    I'm not sure if he did but he did sign the paper for

19   the disability for the handicap placard.

20   Q.    Okay.  So I will represent to you -- I'm going to stop

21   sharing just for a moment, that screen, so I can go to other

22   things; and if I may, I'm looking at the -- what the parties

23   have described as the list of exhibits.

24          Now, I don't see an exhibit that includes the

25   findings of this doctor.  Would you know why not?

120

1   A.   I don't know.

2   Q.   Okay.  And you don't have, as an exhibit, a copy of the

3   prescription.  Do you know why not?

4   A.   No.

5   Q.   And you don't have, as an exhibit, your application for

6   the placard or for the card that would be placed in the

7   vehicle in which you're a passenger.  Do you know why not?

8   A.   I do have the handicap placard on me.

9   Q.   No.  That's why these aren't identified as exhibits.

10  Do you know why not?

11  A.   No, I don't.

12  Q.   Okay.  Let's look at Exhibit 104 again.  And what I'm

13  going to do -- and, by the way, to the Court I apologize.  I

14  know one of the things that we're supposed to do is use

15  call-out sheets when we look at specific pages; and I'd like

16  to assure the Court I had all of them but operating by

17  candle here what I'm now showing on the screen and I will

18  reference it to you is page 7 of Exhibit 104.

19           *(The exhibit was displayed on the screen.)*

20  BY MR. ABRAHAM:

21  Q.   And this was in response to -- and we're just going to

22  look at a couple of questions.  You'll recall earlier I had

23  asked you if you had been asked to produce documents.  You

24  recall at least generally when I asked you questions about

25  that?

1   A.   Yes, I remember.

2   Q.   Okay.  One of the requests was request for production

3   No. 14.  All documents which relate to your disability as

4   alleged in the Complaint.

5        You understand what I mean when I say "your

6   disability as alleged in the Complaint"?  Do you understand

7   what I mean by that?

8   A.   No.  Can you rephrase that, please.

9   Q.   Not at all.  Not a problem.

10       You had alleged in the Complaint that you were

11  visually impaired and legally blind.  Do you recall that?

12  A.   Yes, that's correct.

13  Q.   And you testified to that earlier.  So do you

14  understand that this request was a request for documents

15  essentially that prove your condition?  You know, show me

16  the paper.  Do you understand that?

17  A.   I understand that, yes, correct.

18  Q.   Okay.  Now, I'd like to now, if I may with the Court's

19  permission, read into the record the response; and I do so

20  again to help assist you in appreciating what's said.

21       Now, I am explain that some parts of it are what

22  we call legalese but your attorney will pose objections but

23  I'll read it and then I'll ask you a couple of questions

24  about it.

25       "Objection.  Overbroad as to time and scope.

1  Unduly burdensome, oppressive, and designed to harass,
2  annoy, and intimidate.
3         "Plaintiff also objects on the grounds that this
4  request is an invasion of his privacy protected by the
5  California State Constitution and related privacy laws.
6         "Notwithstanding the objections and subject to
7  them, plaintiff will produce a copy of a disabled parking
8  placard issued to him by the State of Florida."
9         Okay.  Do you understand -- I'm not asking you if
10 you understand the legalese of it, but do you understand the
11 words of what I just read?
12 A.   Not all of them, sir.
13 Q.   Okay.  We're going to break it down and we're going to
14 talk about just one part of it.  So one of the objections
15 was that it was an invasion of your privacy.  But what I
16 want to know --
17        MR. BALLISTER:  Let me object to the question.
18        THE COURT:  Wait until the question is asked so I
19 know what you're objecting to.
20        Go ahead, Mr. Abraham.
21        MR. ABRAHAM:  Thank you.
22 Q.   So what I want to know is what part of your claiming
23 that you're visually impaired and legally blind do you
24 believe, if you believe -- I'm asking you, not somebody
25 else -- what part of your being legally blind and visually

1    impaired is subject to your right of privacy?

2         MR. BALLISTER:  And the objection is that he did

3    not compose that answer.  It was composed by an attorney in

4    my office.  It may be well-placed or not well-placed but

5    it's not his testimony and he had no input in drafting the

6    objection.

7         His response starts with plaintiff will produce a

8    copy of his disabled person parking placard issued to him,

9    et cetera.  And the objection is --

10        THE COURT:  That may be true but the objection is

11   overruled.  There's no reason counsel can't ask about

12   whether he has an understanding.

13        Go ahead, Mr. Abraham.

14        You can answer the question, sir.

15        MR. BALLISTER:  And it calls for speculation when

16   he doesn't have an understanding of what lawyers are

17   thinking and what lawyers are writing things.

18        THE COURT:  That's not his question.  He's asking

19   whether Mr. Gomez has an understanding.  If he doesn't, all

20   he has to do is say that.

21   BY MR. ABRAHAM:

22   Q.   First, let me ask, Mr. Gomez.  Do you understand the

23   question?

24   A.   No, I don't.

25   Q.   Okay.  So the objection that's made is that that's

1    private.  So as an example, the California Constitution says

2    I have a certain right of privacy.

3            If somebody asks what TV show I watched yesterday,

4    I might say that's none of their business.  That's my

5    private right to not advertise what shows I'm watching.

6            Now, you were asked essentially to produce

7    documents that relate to your claim that you're visually

8    impaired and legally blind; and you produced a placard but

9    you didn't produce anything else.

10           So my question is:  Did you have an understanding,

11   independent of what other opinions other people have, did

12   you have the view, so to speak, the belief that your medical

13   records relating to your vision are your private information

14   that you don't have to share?

15   A.   No, I didn't have an understanding.

16   Q.   You didn't have that understanding?

17   A.   No.

18   Q.   So you're not invoking -- right now you're not invoking

19   that right of privacy in answering my questions about your

20   vision; correct?

21   A.   What do you mean by "invoking"?

22   Q.   You're not refusing to say because you think it's a

23   private matter, like the shows I watched last night on TV.

24   A.   *(Laughing.)*

25           THE COURT:  You're making it confusing with your

1    jokes, Mr. Abraham.  Just ask the question.

2    BY MR. ABRAHAM:

3    Q.   Are you willing to share information regarding your

4    vision?

5    A.   Umm, I think it's froze.

6    Q.   Oh.  I don't know if it froze for all of us.  I didn't

7    hear an answer.

8    A.   Can you hear me now?  I'm sorry.

9    Q.   Yes.

10   A.   Okay, okay.

11   Q.   Are you willing to share information about your vision?

12   A.   Yes.

13   Q.   Okay.  Were you willing to share information about your

14   vision on January 8th of 2021, beginning of this year?

15   A.   Yes.

16   Q.   Why didn't you produce any records, any doctor's notes,

17   any documents filed with the state about your vision at any

18   time in this case?

19   A.   I don't know.

20   Q.   You don't know?

21   A.   No.

22           MR. ABRAHAM:  One second, Your Honor.

23               (Pause in the proceedings.)

24           MR. ABRAHAM:  Nothing further of the witness.

25           THE COURT:  Redirect?

*Day 1 of Court Trial, December 14, 2021*

126

1        MR. BALLISTER:  Thank you.

2              **REDIRECT EXAMINATION**

3    BY MR. BALLISTER:

4    Q.   Mr. Gomez, do you recall being questioned by

5    Mr. Abraham, the defense attorney, regarding these locations

6    in Southern California for the 699 car rental company?

7    A.   Yes, sir.

8    Q.   When you went on the website on January 1st, 2020,

9    did your -- was your screen-reader software able to tell you

10   where the locations were that the 699 rental car company had

11   offices?

12   A.   I'm sorry.

13   Q.   When you went on the website on January 1st, 2020,

14   was your -- did your screen-reading software tell you where

15   the 699 car rental stores were in Southern California?

16   A.   It was in July when I --

17   Q.   July, right.  July 1st, 2020.  When you went on the

18   website, was your screen-reader software -- did your

19   screen-reader software tell you where the defendant's rental

20   stores -- car rental stores were in Southern California?

21   A.   No, it didn't.

22   Q.   In fact -- so at the time you were on the website, you

23   had no idea where the -- is it true that you had no idea

24   where the defendant's rental car rental stores were located?

25   A.   Yes, that's true.  I didn't know where they were

*Day 1 of Court Trial, December 14, 2021*

1    located.

2    Q.    Thank you.

3          And do you have your parking placard with you now?

4    A.    Yes, I do, sir.

5    Q.    And could you show it to the Court?

6    A.    Yes, I would.  Just one second.  It's in my pocket.

7    Let me know if you can make it out, please.

8    Q.    I can see it.  I think everybody can see it.

9    A.    I can turn it around for you if you want.

10         MR. ABRAHAM:  Your Honor, while I have no

11   objection to testimony regarding the existence of the

12   placard, it wasn't marked or identified as an exhibit.

13         Certainly, he would have known that that's

14   something that might have been offered as proof.

15         I would also argue it's irrelevant in that it

16   doesn't demonstrate the degree of his disability, only that

17   the State of Florida has issued him that card.

18         THE COURT:  I agree.  I don't know anything about

19   the laws in the State of California, and I know lots of

20   people have those placards.

21         MR. ABRAHAM:  Florida.  Your Honor said

22   California.  I think you meant Florida.

23         THE COURT:  Oh, I meant Florida.

24         All right.  Go ahead and ask another question.

25              *(Pause in the proceedings.)*

1           THE WITNESS:  I can't hear anything.

2           THE COURT:  Nothing is being said.

3           THE WITNESS:  Okay.  Sorry.

4           MR. BALLISTER:  I'm looking at my notes, Your

5    Honor.

6    Q.   At the time you went on the defendant's website on

7    July 1st of 2020, was it your expectation that you and

8    your girlfriend, Ms. Salazar, might make a trip to Southern

9    California sometime that summer?

10   A.   That we were planning to make a trip sometime that

11   summer?  Yes.

12   Q.   Yeah.  My question:  Was it your expectation that you

13   were going to make a trip to Southern California the summer

14   of 2020?

15   A.   Yes, that's correct.

16          MR. BALLISTER:  I've no further questions of

17   Mr. Gomez.

18          THE COURT:  Recross?

19          MR. ABRAHAM:  I have no recross, Your Honor.

20          THE COURT:  Thank you, Mr. Gomez.

21          THE WITNESS:  Thank you, Your Honor.

22          THE COURT:  Do you have any other witnesses,

23   Mr. Ballister?

24          MR. BALLISTER:  No, I don't.

25          THE COURT:  Does plaintiff rest?

129

```
 1           MR. BALLISTER:  Plaintiff rests and I would ask
 2    that we move Exhibit 1 into evidence.
 3           THE COURT:  Any objection?
 4           MR. ABRAHAM:  I believe that the document lacks
 5    foundation; but to the extent the Court gives to it what the
 6    Court believes it's entitled, I have no objection.
 7           THE COURT:  It's admitted and I'll give all the
 8    evidence the weight to which I think it's entitled.
 9                  (Exhibit 1 received in evidence.)
10           THE COURT:  Mr. Abraham, do you have a witness to
11    present?
12           MR. ABRAHAM:  I do have a witness to present at
13    this time; but prior to presenting him, I would ask, unless
14    the Court believes such matter should be reserved, that the
15    Court consider entering judgment in favor of the defendant
16    on the Second Cause of Action, the second claim for relief,
17    inasmuch as the uncontroverted testimony is that Mr. Gomez,
18    the plaintiff, was in Florida at all times he accessed the
19    website and the Unruh Act does not have extraterritorial
20    reach.
21           On that basis, as a matter of law, the plaintiff
22    cannot proceed with nor prevail as to that claim because, as
23    this Court has observed in other rulings on similar
24    questions, the conduct occurs where the computer is located.
25    The computer was in Florida.
```

```
1              THE COURT:  And, normally, if I remembered any of
2    my other rulings, that would be helpful.
3              Mr. Ballister, if you don't agree, then I will
4    reserve that and you can brief it further because I don't
5    offhand recall the law on the subject.
6              MR. BALLISTER:  And I oppose and object to
7    Mr. Abraham's request for judgment on the -- under the claim
8    for the reasons given and would ask the Court for time to --
9    a brief time to brief that issue to the Court in addition to
10   and beyond what's indicated in plaintiff's trial brief at
11   page 5, IV, Applicability of the Unruh Act.
12             THE COURT:  I'll determine that at the appropriate
13   time but it's under submission for now.
14             Mr. Abraham, call your witness.
15             MR. ABRAHAM:  Thank you.
16             Hopefully, if we can allow the witness in.  And I
17   will note for the record that the sole purpose of his
18   examination is to establish only that Tribecca now has at
19   this time only the two locations, La Brea and Victory.
20             If that fact is stipulated, then it won't be
21   necessary for the witness to testify and we would rest then
22   on the matter as the evidence has been submitted.
23             THE COURT:  Mr. Ballister?
24             MR. BALLISTER:  I would stipulate as to that.  The
25   defendant maintains only two rental stores in Southern
```

1   California at this time.  If he would only simply say where

2   they are.

3            MR. ABRAHAM:  Oh, they are the La Brea location

4   located at 1415 North La Brea Avenue in Los Angeles; and the

5   location what's been referred to as Van Nuys at 14339

6   Victory Boulevard, Van Nuys; and no other brick-and-mortar

7   locations.

8            MR. BALLISTER:  That is the subject of defendant's

9   Exhibit 108 and 109; correct?

10           MR. ABRAHAM:  That is correct.

11           MR. BALLISTER:  Okay.  Those are the two stores

12   that the defendant presently maintains; correct?

13           MR. ABRAHAM:  Correct.  And that would be the

14   stipulation of fact and defendant would offer it.

15           MR. BALLISTER:  Stipulated.

16           THE COURT:  All right.

17           MR. ABRAHAM:  On that basis, in the interest of

18   conserving my battery power, I don't know.  What's the

19   point?  It's in safe hands.

20           I would ask to be moved into evidence the exhibits

21   identified by defendant in the course of examination.

22           And I identify those further as Exhibits 101, the

23   interrogatories; 102, the response to interrogatories; 103,

24   the request for production; 104, the response to requests

25   for production; 107, plaintiff's declaration; 108, the

1    screen capture map of La Brea; 109, the screen capture map

2    of Victory; and Exhibit 110 through 114, the five Complaints

3    in the cases; respectively, *Gomez v. 777 Exotic*, *California*

4    *Rent-A-Car*, *Yesaway*, *Payless*, and *Midway*.

5              THE COURT:  Any objections, Mr. Ballister?

6              MR. BALLISTER:  No objections.

7              THE COURT:  All right.  Those are admitted.

8              *(Exhibit 101 received in evidence.)*

9              *(Exhibit 102 received in evidence.)*

10             *(Exhibit 103 received in evidence.)*

11             *(Exhibit 104 received in evidence.)*

12             *(Exhibit 107 received in evidence.)*

13             *(Exhibit 108 received in evidence.)*

14             *(Exhibit 109 received in evidence.)*

15          *(Exhibit 110 thru 114 received in evidence.)*

16             MR. ABRAHAM:  With that, defendant would rest; and

17   at this time, subject to the Court's instructions and view

18   regarding the entertaining of such matters, move to dismiss

19   the Cause of Action in the Complaint, the Federal Cause of

20   Action in the Complaint on the basis that plaintiff lacks

21   standing inasmuch as he had no particular intention at any

22   time, particularized intention nor ability to avail himself

23   of the goods and services offered by a brick-and-motor

24   location which is a predicate to a claim standing.

25             THE COURT:  All right.

```
 1              I'll take that under submission.

 2              Next step would be to communicate with my court

 3    reporter to find out when she can make the transcript

 4    available.

 5              Meet and confer as to timing for the proposed

 6    findings of fact and conclusions of law and whatever

 7    separate legal briefing on the issues that you think should

 8    be briefed with regard to those motions, the standing, the

 9    Unruh Act, et cetera.

10              And I will await your schedule for that and I have

11    plenty of other things to do so no pressure on you.

12                          (Laughter.)

13              MR. BALLISTER:  Thank you, Your Honor.

14              MR. ABRAHAM:  Thank you, Your Honor.

15              THE COURT:  Anything further?

16              MR. ABRAHAM:  If you have a direct line to Edison,

17    a call would be appreciated.

18              MR. BALLISTER:  That's what you get for living in

19    the neighborhood that you live in.

20              MR. ABRAHAM:  I want you to know two backup

21    generators, three battery backups, and a full rack of

22    fail-over servers; and all it takes is the power company to

23    knock everything out and the generator to hiccup and while

24    it rains.

25              MR. BALLISTER:  I'm surprised you don't have a
```

1  Tesla battery pack you could use.  Next year Tesla has S

2  car.

3          MR. ABRAHAM:  I was ready to run to the car and

4  plug in the laptop if need be.

5          THE COURT:  Everyone stay safe.

6          Mr. Gomez, you as well, and I'll wait for your

7  briefing.

8          MR. ABRAHAM:  Thank you, Your Honor.

9          MR. BALLISTER:  Do we get in touch with the

10  courtroom deputy regarding the availability of the

11  transcript?

12          THE COURT:  No, the court reporter.

13          MR. BALLISTER:  Oh.  She'll contact us directly by

14  email?

15          THE COURT:  No.  Well, I don't know.  However she

16  wants to do that.  Pat?

17              *(Discussion held off the record.)*

18          MR. ABRAHAM:  So we'll get the transcript, give

19  the Court the date for our proposed briefings, and the

20  proposed schedule?

21          THE COURT:  Right.

22          MR. ABRAHAM:  And then subject to the Court's

23  confirmation of those dates, then proceed?

24          THE COURT:  Well, just proceed.

25          Ms. Fisher will calendar it just so I don't lose

```
1    track.  But as I said, it doesn't really matter to me what

2    schedule you agree on.

3              MR. ABRAHAM:  Perfect.

4              MR. BALLISTER:  Thank you, Your Honor.

5              THE COURT:  All right.  Thank you.

6              MR. ABRAHAM:  Thank you.

7              THE WITNESS:  Thank you, Your Honor.

8              THE CLERK:  Court's adjourned.

9              (At 12:22 p.m., proceedings were concluded.)

10

11                              -oOo-

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

136

```
 1                        CERTIFICATE

 2

 3          I, PAT CUNEO, CSR 1600, hereby certify that

 4   pursuant to Section 753, Title 28, United States Code, the

 5   foregoing is a true and correct transcript of the

 6   stenographically reported proceedings held in the

 7   above-entitled matter and that the transcript page format is

 8   in conformance with the regulations of the Judicial

 9   Conference of the United States.

10
     Date:  January 3, 2022
11

12

13

14

15                        /s/_____

16                        PAT CUNEO, OFFICIAL REPORTER
                          CSR NO. 1600
17

18

19

20

21

22

23

24

25
```

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

**MR. ABRAHAM: [89]**
5/5 5/9 5/21 7/19 7/22
10/13 10/22 10/25
11/25 12/3 18/15 20/14
24/22 25/5 25/9 30/11
35/14 37/2 37/10 42/6
43/21 44/6 44/9 44/13
44/15 44/21 44/23
45/11 46/13 46/21 47/2
48/3 48/25 49/15 51/1
54/14 54/20 55/9 55/22
55/24 59/24 66/3 68/3
69/10 74/11 74/16 75/1
75/8 75/12 81/14 86/23
87/3 91/8 91/12 92/25
93/3 96/19 97/1 97/8
111/5 113/23 115/15
115/25 117/14 117/19
118/2 122/21 125/22
125/24 127/10 127/21
128/19 129/4 129/12
130/15 131/3 131/10
131/13 131/17 132/16
133/14 133/16 133/20
134/3 134/8 134/18
134/22 135/3 135/6
**MR. BALLISTER: [96]**
5/4 5/12 5/18 5/25 6/2
7/12 7/15 9/12 9/17
9/19 9/22 9/24 10/24
11/2 11/12 11/16 11/22
12/8 12/19 12/25 13/10
14/15 15/12 20/17 24/8
24/11 24/13 24/18
24/25 25/2 25/7 25/12
28/14 30/8 34/8 34/10
35/9 36/16 42/22 43/23
45/16 46/10 46/17
46/23 47/10 47/13
47/21 48/2 48/5 48/8
48/10 48/17 49/5 49/7
49/19 50/13 50/20 51/6
52/7 54/4 54/16 55/4
55/15 56/2 56/5 56/7
68/7 69/15 73/21 73/24
75/14 81/11 93/2 94/8
97/6 103/25 122/17
123/2 123/15 126/1
128/4 128/16 128/24
129/1 130/6 130/24
131/8 131/11 131/15
132/6 133/13 133/18
133/25 134/9 134/13
135/4
**THE CLERK: [36]** 5/15
9/18 10/1 10/8 10/11
11/4 11/14 11/20 11/23
12/5 12/13 12/17 12/21
13/20 13/23 13/25 14/2
14/7 14/10 14/19 15/2
15/7 24/10 44/24 45/3
45/5 45/7 55/2 55/6

55/14 56/12 56/17 74/8
74/10 91/15 135/8
**THE COURT: [130]**
5/3 5/6 5/11 5/13 5/23
7/10 7/13 7/16 9/9 9/21
9/23 9/25 12/2 12/11
12/23 13/15 14/12
14/18 14/21 14/23
15/11 17/4 17/8 17/15
17/19 18/16 20/15
24/15 24/20 25/1 28/12
30/10 34/11 35/12
35/21 36/6 36/17 37/9
37/18 42/23 43/22 44/8
44/12 44/19 44/25
45/13 46/19 47/7 47/11
47/19 48/1 48/6 48/9
48/16 49/3 49/6 49/16
50/10 50/16 51/3 51/5
52/10 54/5 54/15 54/17
54/25 55/13 55/18
55/23 56/1 56/4 56/6
56/10 56/21 60/1 66/4
68/6 69/12 69/22 73/20
73/22 74/7 74/13 74/24
75/3 75/10 75/13 81/13
86/22 86/24 87/13 91/5
91/10 91/18 92/24
94/13 96/25 97/7 104/1
115/24 117/18 122/18
123/10 123/18 124/25
125/25 127/18 127/23
128/2 128/18 128/20
128/22 128/25 129/3
129/7 129/10 130/1
130/12 130/23 131/16
132/5 132/7 132/25
133/15 134/5 134/12
134/15 134/21 134/24
135/5
**THE PLAINTIFF: [6]**
13/24 14/1 14/3 14/8
14/11 14/16
**THE WITNESS: [27]**
14/20 15/9 17/7 17/9
17/17 34/9 34/13 35/23
36/18 37/20 45/4 48/7
51/4 54/6 54/19 56/16
56/19 68/5 69/11 87/17
91/13 91/16 94/15
128/1 128/3 128/21
135/7
**THE WITNESS:  [2]**
15/6 15/6
**UNIDENTIFIED
VOICE: [1]** 24/21

'

**'70s [1]** 38/20
**'72 [1]** 102/3
**'80s [1]** 38/20

-

**-oOo [2]** 5/2 135/11

/

**/s [1]** 136/15

1

**1-1 [1]** 1/10
**1.1.1 [1]** 19/15
**1.4.3 [2]** 20/6 21/18
**101 [3]** 97/2 131/22
132/8
**102 [5]** 92/23 96/21
97/4 131/23 132/9
**103 [4]** 93/4 93/6
131/23 132/10
**104 [7]** 92/15 93/2 93/8
120/12 120/18 131/24
132/11
**107 [4]** 37/3 42/7
131/25 132/12
**108 [4]** 111/6 131/9
131/25 132/13
**109 [4]** 113/24 131/9
132/1 132/14
**10th [1]** 18/22
**11 [1]** 114/1
**110 [3]** 98/3 132/2
132/15
**111 [1]** 98/16
**112 [2]** 100/7 109/5
**113 [1]** 100/15
**114 [3]** 100/20 132/2
132/15
**12 [1]** 41/2
**1200 [1]** 41/1
**12:22 [1]** 135/9
**137 [1]** 33/14
**14 [7]** 1/17 3/5 5/1 38/8
57/20 109/5 121/3
**1400 [1]** 2/7
**1415 [2]** 111/20 131/4
**14339 [1]** 131/5
**14th [1]** 57/2
**15 [4]** 3/11 3/18 42/25
80/6
**15-minute [1]** 91/10
**158 [1]** 23/21
**16 [4]** 98/10 98/19
100/17 100/22
**1600 [3]** 1/20 136/3
136/16
**17 [1]** 48/20
**1782 [1]** 1/23
**1988 [1]** 57/2
**1A [2]** 49/21 49/21
**1st [13]** 1/22 6/4 64/2
81/25 82/2 89/21 97/24
99/18 101/21 126/8
126/13 126/17 128/7

2

**2.4.7 [1]** 21/8
**20 [2]** 62/1 64/2
**20 miles [3]** 111/25
112/9 112/18
**20 minutes [1]** 72/1

**20-6894-DSF-AFM [1]**
1/8
**20/200 [1]** 32/5
**200 [3]** 2/4 19/5 32/5
**2012 [2]** 62/1 62/1
**2014 [2]** 58/10 70/11
**2015 [3]** 117/22 117/24
118/8
**2019 [9]** 84/14 92/2
92/4 92/8 92/8 101/17
117/13 118/25 119/1
**2020 [74]** 6/4 6/4 8/14
27/24 29/14 64/2 68/9
68/10 69/17 70/8 71/21
81/2 81/25 82/2 84/1
84/2 87/8 87/24 88/4
88/17 88/18 89/2 89/6
89/9 89/17 89/18 90/20
94/12 97/24 98/10
98/21 99/18 100/11
100/18 100/19 100/23
101/9 101/10 101/21
102/15 102/20 102/21
102/22 102/23 103/1
103/6 103/7 103/14
103/16 103/19 104/6
104/7 104/24 105/3
105/9 105/13 106/6
106/11 106/17 106/23
107/2 107/4 107/5
107/8 107/22 108/6
109/23 111/2 112/23
126/8 126/13 126/17
128/7 128/14
**2021 [30]** 1/17 5/1 8/15
18/23 18/24 27/21
27/24 29/14 58/4 62/3
81/7 82/15 83/3 89/12
89/19 89/20 94/10
103/4 103/7 103/9
103/10 105/16 106/22
106/25 111/2 112/16
112/21 112/22 118/8
125/14
**2022 [1]** 136/10
**213-894-1782 [1]** 1/23
**21st [1]** 81/7
**2300 [1]** 29/25
**241 [2]** 23/11 23/12
**25 [1]** 117/15
**256 [1]** 33/14
**2700 [1]** 8/4
**28 [1]** 136/4

3

**30 [4]** 3/11 3/18 70/12
79/10
**30 miles [1]** 114/8
**31 [1]** 109/6
**31st [1]** 102/20
**33 [1]** 57/4
**35 [1]** 111/24
**350 [1]** 1/22
**3rd [1]** 109/7

4

**4.1.2 [1]** 19/8
**4.5 [1]** 20/9
**40 [2]** 79/7 79/10
**400 [1]** 34/18
**4311 [1]** 1/22
**44 [2]** 3/11 3/18
**46 [2]** 23/22 23/23

5

**500 [1]** 42/3
**508 [2]** 18/4 19/5
**52 [2]** 3/11 3/18
**56 [1]** 3/6

6

**64 [1]** 41/4
**650 [1]** 2/7
**699 [11]** 16/16 33/20
59/5 63/1 69/3 70/16
71/2 71/6 126/6 126/10
126/15

7

**714-668-92626 [1]** 2/8
**7385 [1]** 2/5
**753 [1]** 136/4
**777 [5]** 98/3 98/12
98/23 100/1 132/3

8

**8033 [1]** 2/3
**858-375-7385 [1]** 2/5
**8:28 [1]** 5/1
**8:30 [1]** 1/17
**8th [1]** 125/14

9

**90012 [1]** 1/23
**92111 [1]** 2/4
**92626 [2]** 2/8 2/8
**97 [1]** 40/5
**9th [1]** 83/3

A

**A.M [2]** 1/17 5/1
**ability [3]** 8/2 39/17
132/22
**able [41]** 11/14 12/15
19/11 21/9 21/10 32/24
38/12 38/13 40/25
42/19 43/6 51/20 52/2
52/14 54/3 61/12 65/25
66/7 66/13 66/16 67/6
70/17 71/5 76/15 77/13
78/6 88/15 88/15 99/7
99/12 99/17 100/12
100/18 100/24 101/3
101/4 101/12 101/18
116/6 119/14 126/9
**about [52]** 9/10 10/14
14/4 19/2 19/17 27/1
29/3 31/16 31/18 32/6
33/2 33/9 35/5 35/15

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

**A**

**about... [38]** 35/16 36/12 36/21 38/20 40/8 49/16 50/7 50/11 50/17 52/18 54/8 69/25 75/5 75/6 76/10 76/16 87/18 91/3 93/19 93/21 100/8 102/1 102/2 107/1 107/7 109/23 111/24 111/24 116/1 120/24 121/24 122/14 123/11 124/19 125/11 125/13 125/17 127/18
**above [2]** 53/15 136/7
**above-entitled [1]** 136/7
**ABRAHAM [22]** 2/6 3/4 5/21 7/17 7/21 35/13 49/10 49/14 51/12 52/1 74/7 86/25 87/1 91/19 92/24 104/3 122/20 123/13 125/1 126/5 129/10 130/14
**Abraham's [1]** 130/7
**absent [2]** 20/3 21/12
**absolutely [1]** 93/11
**access [35]** 2/2 5/19 6/12 6/17 7/4 7/8 16/12 17/10 17/18 18/9 30/6 30/7 54/1 55/24 63/12 63/14 63/18 63/25 64/3 64/6 64/10 68/8 71/21 71/24 72/2 75/22 76/20 76/23 78/2 78/13 81/16 85/17 88/7 88/9 109/10
**accessed [4]** 16/23 82/10 101/2 129/18
**accessibility [13]** 15/25 16/4 17/1 17/3 17/25 18/1 18/3 25/20 26/5 30/1 30/3 39/25 45/23
**accessible [11]** 26/3 29/15 59/2 66/18 66/22 66/23 70/21 70/22 72/8 76/13 80/22
**accompanied [1]** 112/16
**accomplish [1]** 78/15
**according [3]** 19/5 43/14 95/8
**achieving [1]** 78/14
**Acrobat [1]** 39/2
**across [6]** 71/14 103/10 105/15 105/22 106/5 112/18
**act [6]** 9/2 9/3 9/4 129/19 130/11 133/9
**action [4]** 8/25 129/16 132/19 132/20
**actions [1]** 68/4
**activated [1]** 10/6
**activities [2]** 76/2 76/8

**actual [3]** 24/15 25/6 117/7
**actually [12]** 22/16 26/20 40/6 40/13 40/16 41/17 47/11 53/11 65/9 94/23 103/13 112/13
**acuity [5]** 31/19 31/21 32/2 32/4 50/12
**ADA [3]** 8/9 18/5 19/6
**addition [2]** 69/13 130/9
**additional [1]** 74/20
**Additionally [1]** 43/1
**address [1]** 50/17
**adequately [3]** 73/13 73/25 74/1
**adjourned [1]** 135/8
**adjust [1]** 38/16
**admit [2]** 9/17 11/7
**admitted [4]** 9/18 9/20 129/7 132/7
**Adobe [1]** 42/17
**advertise [1]** 124/5
**affect [2]** 23/13 60/5
**affects [4]** 76/7 76/13 76/25 77/12
**AFM [1]** 1/8
**after [7]** 66/23 73/18 74/20 81/6 108/8 108/10 108/13
**again [19]** 7/3 11/7 11/19 12/18 13/7 21/5 22/21 36/12 42/2 54/20 69/22 74/23 78/20 79/22 79/23 104/3 115/17 120/12 121/20
**against [1]** 66/24 76/24 100/15
**agencies [1]** 66/12
**agency [4]** 6/6 36/1 36/3 80/19
**agent [1]** 8/23
**ago [1]** 97/12
**agree [3]** 127/18 130/3 135/2
**Ah [1]** 12/11
**ahead [8]** 21/4 44/12 44/25 49/17 54/5 122/20 123/13 127/24
**aim [1]** 69/20
**airline [2]** 105/5 105/7
**airports [1]** 89/6
**al [1]** 5/16
**Alamo [15]** 66/15 66/24 67/7 73/16 77/14 80/9 88/16 88/23 92/6 99/5 101/8 101/13 101/16 101/21 115/12
**Alhambra [3]** 114/11 115/4 115/5
**all [107]** 5/6 5/10 5/13 8/9 9/9 10/11 12/17 12/21 13/12 13/15 13/15 13/18 14/3 14/12

14/23 16/11 17/5 17/8 17/19 18/20 23/3 23/12 24/11 27/19 29/9 33/4 35/6 44/12 44/16 44/19 45/13 45/25 46/1 46/2 47/10 47/21 48/18 49/19 51/11 51/20 52/7 52/15 52/15 52/24 53/20 53/22 53/25 54/1 54/25 55/6 55/11 55/23 56/1 56/4 59/4 60/6 60/11 60/14 61/4 62/17 62/17 62/19 62/22 67/20 68/22 73/24 74/22 74/24 81/11 87/19 87/24 89/2 90/14 90/20 90/21 91/10 91/16 91/19 94/2 96/25 97/7 97/23 99/3 103/19 107/1 110/24 113/10 113/21 115/6 115/10 115/13 115/24 116/24 120/16 121/3 121/9 122/12 123/19 125/6 127/24 129/7 129/18 131/16 132/7 132/25 133/22 135/5
**allegations [3]** 80/4 80/4 98/8
**alleged [5]** 62/25 79/17 121/4 121/6 121/10
**allegedly [1]** 8/8
**allow [5]** 7/2 40/13 72/16 108/21 130/16
**along [1]** 74/14
**ALPHABETICAL [1]** 3/14
**already [2]** 47/20 101/12
**also [17]** 6/12 7/25 17/18 17/23 20/23 29/22 29/24 60/7 66/21 69/13 80/15 84/6 97/5 100/11 100/23 122/3 127/15
**alt [1]** 19/16
**Altadena [1]** 55/17
**although [1]** 51/25
**always [2]** 63/9 75/20
**am [6]** 15/25 38/12 38/13 93/11 111/14 121/21
**ambiguous [1]** 94/8
**American [1]** 19/21
**amount [1]** 32/12
**analysis [2]** 14/9 34/12
**ANDRES [12]** 1/6 5/15 5/20 6/2 9/22 37/5 37/17 55/5 56/8 56/9 56/19 58/21
**Andres Gomez [8]** 5/15 5/20 6/2 37/5 37/17 55/5 56/8 58/21
**android [4]** 6/13 16/25

23/17 50/25
**android-type [1]** 23/17
**Angeles [20]** 1/16 1/23 5/1 6/7 63/7 65/18 68/21 71/18 83/15 85/9 88/4 110/19 111/21 113/5 113/13 113/14 113/15 113/16 115/11 131/4
**angry [1]** 78/10
**annoy [1]** 122/2
**annual [1]** 5/9
**another [12]** 10/24 19/15 20/6 60/7 62/23 68/6 83/2 93/23 95/21 107/18 114/10 127/24
**answer [18]** 52/14 54/5 68/5 87/2 87/15 87/16 88/8 90/9 93/19 93/21 94/14 103/25 117/22 117/25 118/6 123/3 123/14 125/7
**answered [1]** 42/23
**answering [1]** 124/19
**answers [3]** 47/12 56/13 69/14
**any [53]** 8/7 9/10 11/2 13/6 27/2 27/20 27/24 28/1 30/4 39/8 41/25 53/12 54/15 55/24 63/17 64/9 66/10 66/10 69/25 72/4 80/2 80/16 80/17 80/20 81/2 81/9 87/8 87/20 88/3 91/22 94/3 94/5 94/6 94/17 95/22 96/6 96/9 96/11 101/4 105/25 106/3 106/9 113/9 119/5 125/16 125/16 125/17 125/17 128/22 129/3 130/1 132/5 132/21
**anybody [3]** 9/10 31/9 95/1
**anybody's [1]** 50/13
**anyone [3]** 31/16 31/18 61/19
**anything [14]** 17/19 22/4 32/19 36/21 42/13 50/10 64/25 75/9 80/24 118/17 124/9 127/18 128/1 133/15
**anywhere [1]** 57/7
**apologize [6]** 35/23 45/12 54/21 54/24 115/17 120/13
**Apparently [1]** 37/14
**appearance [1]** 9/13
**appearances [2]** 2/1 5/17
**Applicability [1]** 130/11
**application [3]** 13/4 42/18 120/5
**Applications [1]** 26/4

**applied [1]** 17/24
**apply [2]** 35/2 117/9
**appreciate [2]** 10/13 87/18
**appreciated [1]** 133/17
**appreciating [1]** 121/20
**appropriate [3]** 20/25 69/13 130/12
**approximately [9]** 18/21 62/3 63/24 64/1 71/20 78/25 79/16 89/22 114/6
**April [2]** 89/20 90/4
**architectural [1]** 30/5
**are [84]** 5/11 7/24 8/12 9/22 10/5 12/23 15/16 20/24 20/25 21/13 23/23 25/25 26/1 26/2 26/8 26/11 27/2 30/17 33/6 33/6 33/20 33/23 33/24 34/14 35/6 36/8 39/22 39/22 41/19 46/7 46/20 49/11 49/11 51/11 51/15 51/18 54/9 57/3 60/18 60/19 61/17 61/19 61/19 62/22 64/17 73/20 73/22 76/14 76/19 77/13 81/15 81/22 87/9 87/12 87/14 91/15 93/4 93/6 93/10 94/1 97/3 97/4 102/2 102/2 104/15 110/14 110/18 112/2 112/6 113/20 113/22 115/6 115/18 117/17 121/21 123/16 123/17 124/13 125/3 125/11 131/2 131/3 131/11 132/7
**area [13]** 6/7 26/3 26/3 26/4 26/23 27/1 27/2 30/6 54/2 65/18 68/21 113/6 115/11
**aren't [4]** 5/6 36/14 111/13 120/9
**argue [2]** 87/14 127/15
**around [26]** 40/16 69/17 70/7 70/8 72/1 72/1 76/15 79/7 79/8 79/9 79/10 82/20 83/24 84/24 89/21 89/21 89/23 95/19 103/20 104/8 104/13 105/17 108/7 117/22 118/25 127/9
**arrived [2]** 69/9 89/11
**as [126]** 7/9 8/15 9/1 9/6 9/25 13/2 13/24 15/23 19/3 20/21 20/21 21/12 21/13 22/1 22/21 24/2 24/5 25/15 26/6 26/6 28/2 28/2 28/3 29/16 29/16 32/8 32/15

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

## A

**as...** [99] 37/3 37/3 37/5 37/25 38/25 38/25 39/9 39/9 39/22 40/20 43/9 43/12 45/22 46/14 47/3 47/5 48/22 49/9 50/23 51/2 51/16 51/25 56/20 57/23 59/3 59/25 62/9 62/17 63/9 63/10 66/21 66/21 68/3 71/10 75/24 76/5 77/2 77/2 77/2 77/13 78/3 78/4 80/4 80/19 83/10 83/10 84/7 84/7 88/12 92/3 92/15 92/16 94/8 95/9 95/10 96/21 96/22 97/2 97/12 97/20 98/3 98/16 99/11 106/5 109/15 109/15 110/24 111/6 112/16 113/25 114/1 114/4 118/14 118/18 118/22 119/13 119/13 119/23 120/2 120/5 120/9 121/3 121/6 121/25 124/1 127/12 127/14 129/17 129/21 129/22 129/22 130/22 130/24 131/5 131/22 132/21 133/5 134/6 135/1

**ask** [35] 28/14 49/16 49/17 50/18 50/19 50/20 68/6 73/21 78/20 79/22 79/22 83/1 89/11 90/21 91/4 92/1 92/14 95/22 97/17 98/15 100/7 102/20 104/3 109/9 113/9 116/1 121/23 123/11 123/22 125/1 127/24 129/1 129/13 130/8 131/20

**asked** [16] 50/18 52/18 83/6 90/10 92/10 92/13 93/24 94/9 94/14 97/3 111/6 120/23 120/23 120/24 122/18 124/6

**asking** [7] 22/22 42/10 114/22 114/23 122/9 122/24 123/18

**asks** [3] 11/10 94/2 124/3

**aspect** [6] 28/21 28/22 28/23 59/15 65/1 108/24

**aspects** [1] 25/22

**assist** [4] 6/20 35/7 52/1 121/20

**assistance** [3] 52/2 95/22 116/6

**associated** [1] 17/2

**assume** [1] 106/19

**assumes** [1] 53/17

**assuming** [3] 32/25

54/10 112/6

**assumption** [1] 115/9

**assure** [1] 120/16

**astigmatism** [3] 60/12 60/21 61/2

**at** [136] 2/3 2/6 6/4 6/18 7/5 10/15 10/19 10/19 11/20 12/9 13/3 13/5 16/9 16/10 20/23 25/3 26/10 26/24 27/22 30/9 33/4 33/13 33/14 33/20 36/10 37/21 38/25 39/1 40/3 40/4 40/23 40/25 41/1 41/23 42/6 42/25 43/14 45/25 49/20 50/6 50/6 52/8 58/5 61/2 62/19 62/21 62/22 63/24 64/3 66/7 66/10 66/10 66/18 66/20 70/16 71/9 73/11 77/24 81/12 82/16 82/20 83/7 86/24 87/8 88/3 89/2 89/13 90/14 90/16 90/20 91/7 92/17 93/8 94/1 95/13 95/25 97/16 97/21 98/2 99/14 100/7 100/15 100/16 100/20 100/21 100/22 101/3 101/7 101/20 102/19 103/5 103/19 105/5 106/4 106/4 107/13 108/3 111/11 111/17 111/17 111/23 112/2 112/7 112/7 112/19 113/1 113/10 114/4 114/10 115/8 115/21 117/16 119/9 119/13 119/14 119/22 120/12 120/15 120/22 120/24 121/9 125/17 126/22 128/4 128/6 129/12 129/18 130/10 130/12 130/18 131/1 131/4 131/5 132/17 132/21 135/9

**atrophy** [5] 59/13 59/18 59/19 60/3 60/5

**attempt** [5] 54/1 64/6 72/6 72/20 101/8

**attempted** [7] 6/7 6/11 43/13 62/25 68/8 81/8 97/16

**attempting** [2] 71/5 80/19

**attendee** [1] 12/13

**attention** [7] 38/8 46/11 50/16 51/8 68/11 79/14 92/14

**attorney** [8] 2/3 2/6 10/24 15/22 45/9 121/22 123/3 126/5

**attorney's** [1] 45/18

**attorneys** [1] 31/15

**audible** [2] 22/25 38/11

**audibly** [2] 6/22 22/16

**audio** [5] 9/16 9/25 11/10 22/7 22/11

**August** [34] 18/22 18/22 18/22 18/24 27/16 27/21 27/24 29/14 104/8 104/8 104/9 104/10 104/11 104/13 104/14 104/17 104/23 105/3 105/6 105/8 105/12 106/6 106/11 106/16 107/4 107/5 107/8 107/8 107/22 108/2 108/5 109/4 109/5 109/7

**August 14** [1] 109/5

**August 3rd** [1] 109/7

**aunt** [14] 57/12 57/14 58/3 58/8 58/11 89/17 90/1 90/13 90/21 106/18 107/12 107/17 107/18 110/6

**aunt's** [8] 58/5 82/16 82/21 89/13 90/16 112/7 112/17 113/1

**aunts** [1] 70/13

**avail** [3] 8/2 8/13 132/22

**availability** [1] 134/10

**available** [5] 35/7 69/8 72/10 101/24 133/4

**Avenue** [4] 57/20 111/21 112/14 131/4

**await** [1] 133/10

**aware** [5] 9/1 84/10 84/11 84/13 84/15

**away** [2] 35/21 111/25

## B

**back** [26] 10/3 10/8 11/6 11/15 11/18 12/6 12/14 12/15 12/21 13/17 40/3 42/6 42/7 45/8 45/14 69/18 70/10 70/14 73/4 74/10 80/21 81/4 81/8 82/7 96/20 111/4

**background** [4] 20/9 32/23 33/7 43/7

**backup** [4] 44/7 44/16 55/10 133/20

**backups** [1] 133/21

**bad** [1] 73/4

**BALLISTER** [31] 2/2 3/3 5/11 5/18 5/23 6/1 10/15 10/22 12/23 14/14 15/11 20/16 24/16 30/12 30/25 45/15 47/9 48/3 49/4 52/19 54/15 55/3 66/4 68/6 69/12 75/13 104/2 128/23 130/3 130/23 132/5

**ballpark** [1] 79/7

**barrier** [3] 22/5 64/15 78/14

**barriers** [5] 22/6 30/5 63/11 64/17 76/14

**based** [6] 50/4 54/9 101/17 102/15 102/15 102/16

**basically** [5] 18/8 19/8 19/10 65/8 70/13

**basis** [6] 9/6 39/21 76/25 129/21 131/17 132/20

**battery** [6] 44/7 44/16 55/10 131/18 133/21 134/1

**be** [111] 7/2 8/22 10/5 11/14 12/15 12/20 15/4 17/10 22/5 25/6 25/19 26/17 27/10 27/13 28/3 28/4 28/6 28/8 29/2 32/16 32/24 34/5 34/25 37/23 37/25 38/11 39/23 39/25 41/23 41/24 42/15 42/19 43/6 43/13 44/10 44/10 44/11 45/19 46/6 46/23 47/14 49/9 50/1 50/14 51/20 53/20 54/3 55/4 56/14 59/4 60/3 60/15 60/24 62/13 66/1 66/6 66/8 71/18 76/15 77/15 77/22 78/1 78/4 79/15 86/8 86/11 86/15 92/14 96/3 98/15 99/7 99/9 99/12 99/17 101/12 102/8 102/12 103/14 103/18 106/5 106/10 106/16 107/4 108/18 109/19 109/24 110/1 110/10 111/6 112/6 114/9 114/9 114/10 114/16 115/9 115/13 116/1 118/22 119/14 115/10 115/14 116/19 117/9 117/22 118/25 122/24 122/24 129/4

**believes** [2] 129/6 129/14

**belonging** [1] 59/4

**beneficiary** [1] 8/20

**benefit** [1] 38/11

**best** [5] 55/12 77/2 86/2 86/4 86/14

**better** [14] 12/20 61/2 62/10 62/15 64/9 64/12 85/7 85/12 85/13 85/14 108/22 109/13 109/14 116/23

**between** [2] 109/20 113/13

**beyond** [5] 46/14 46/15 48/25 105/1 130/10

**big** [1] 38/14

**bigger** [1] 64/25

**birth** [2] 57/1 57/2

**BISGAARD** [1] 2/6

**bit** [6] 21/10 64/25 65/1 73/5 84/16 108/23

**blank** [1] 64/20

**blind** [22] 7/8 16/8 29/19 32/11 32/12 32/13 32/16 34/5 34/7 34/14 34/20 59/12 59/14 60/13 61/9 61/11 61/18 62/18 121/11 122/23 122/25 124/8

27/24 28/1 44/4 47/5 49/3 49/6 50/16 51/6 51/7 62/5 70/10 86/7 88/15 90/14 90/17 101/18 107/1 109/15 109/25 110/12 110/24 111/3 114/12 114/18 116/16 120/23 127/14 130/22 131/5

**before** [10] 10/18 15/4 17/4 22/13 31/3 56/14 66/9 94/9 101/11 111/3

**begin** [2] 90/3 112/10

**beginning** [10] 33/13 59/16 63/16 63/17 83/7 84/24 85/1 89/20 117/16 125/14

**behalf** [1] 5/22

**being** [24] 5/10 25/22 25/24 32/4 32/8 32/15 32/17 52/1 52/18 58/6 69/13 76/21 76/21 76/24 77/1 78/4 79/4 101/3 111/20 116/6 118/13 122/25 126/4 128/2

**belief** [1] 124/12

**believe** [22] 18/7 18/23 31/22 32/2 37/1 72/18 80/11 89/8 92/4 92/9 108/7 114/23 114/24

**Beach** [1] 10/23

**bears** [1] 37/16

**because** [44] 7/1 9/19 11/10 11/25 17/5 19/13 20/8 21/12 21/18 26/21 33/18 39/23 43/9 50/3 50/11 53/13 54/21 61/13 69/19 70/21 72/24 72/24 73/3 76/23 77/2 77/9 77/23 78/4 84/4 85/6 87/5 87/24 88/5 91/1 91/5 103/4 105/24 110/15 115/22 118/10 118/15 124/22 129/22 130/4

**become** [1] 84/9

**been** [31] 16/4 27/22

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

**B**

**blindness [1]** 34/23
**blood [1]** 86/6
**blue [1]** 26/8
**blurred [4]** 59/14 60/13 61/18 62/18
**blurriness [1]** 62/13
**blurry [1]** 93/12
**book [5]** 63/6 77/10 78/6 78/11 84/5
**booking [2]** 65/21 77/21
**bookings [1]** 77/7
**both [6]** 7/6 20/20 28/2 29/13 60/16 60/17
**bottom [5]** 11/20 12/9 13/3 25/4 33/20
**Boulevard [3]** 114/13 114/19 131/6
**box [3]** 33/13 33/15 33/16
**brain [1]** 32/18
**Brea [10]** 4/13 111/20 112/3 112/4 112/14 112/19 130/19 131/3 131/4 132/1
**break [9]** 91/6 91/7 91/11 107/24 108/2 108/17 110/5 110/7 122/13
**breaking [1]** 55/11
**brick [2]** 131/6 132/23
**brief [6]** 7/19 10/20 130/4 130/9 130/9 130/10
**briefed [1]** 133/8
**briefing [2]** 133/7 134/7
**briefings [1]** 134/19
**briefly [4]** 5/25 93/4 97/2 115/19
**bring [2]** 46/10 55/7
**BRISBOIS [2]** 2/6 5/21
**brought [1]** 18/3
**browser [3]** 39/12 41/12 45/18
**browsers [1]** 41/15
**Bugattis [1]** 102/3
**building [1]** 39/24
**built [12]** 19/13 38/22 39/8 39/14 39/17 40/4 40/5 41/15 42/4 50/3 96/14 96/15
**built-in [6]** 38/22 39/14 40/5 50/3 96/14 96/15
**bulb [2]** 115/18 116/1
**bulk [1]** 74/17
**bunch [1]** 64/19
**Burbank [1]** 114/12
**burdensome [1]** 122/1
**Burns [1]** 18/7
**bus [1]** 68/25
**business [4]** 59/6 63/1

67/7 124/4
**businesses [2]** 66/12 67/7
**but [90]** 7/23 8/4 8/23 10/1 11/23 12/14 13/6 15/5 24/18 26/19 27/5 27/14 28/13 30/5 32/12 33/25 34/7 34/18 36/12 38/20 39/4 39/18 40/1 40/23 41/24 42/11 43/8 43/12 44/16 46/20 50/3 50/6 52/14 52/19 53/8 53/14 53/17 55/16 55/25 56/15 62/5 66/18 66/22 74/6 77/9 79/7 80/3 81/16 83/2 83/8 85/13 87/5 87/14 88/10 88/15 89/7 90/12 93/7 93/12 96/1 96/12 100/22 101/7 101/8 102/14 103/7 103/9 107/21 108/15 109/14 110/1 110/23 114/7 115/18 115/18 116/2 116/17 119/18 120/16 121/22 121/22 122/10 122/15 123/4 123/10 124/8 129/5 129/13 130/13 135/1
**button [10]** 11/20 11/21 12/1 12/9 12/9 13/3 25/3 38/15 39/4 72/3
**buttons [1]** 22/3
**buy [1]** 105/8

**C**

**calendar [1]** 134/25
**CALIF [1]** 5/1
**CALIFORNIA [92]** 1/2 1/9 1/16 1/23 2/4 2/8 8/6 8/14 8/16 57/9 57/11 68/23 68/24 69/6 69/9 69/17 70/1 70/7 70/10 70/13 71/3 71/6 71/11 79/12 79/15 79/15 79/19 79/23 79/24 80/2 80/3 80/9 80/14 82/6 82/10 82/13 82/14 83/23 83/23 84/1 84/2 85/3 85/14 86/10 86/13 87/8 87/23 88/13 88/20 89/2 89/24 89/25 90/12 90/14 90/17 90/20 90/23 98/17 98/23 98/25 99/20 99/22 102/17 102/21 102/23 103/2 103/6 103/14 103/19 103/21 104/6 104/9 107/10 107/16 108/21 110/3 110/10 110/22 111/1 114/17 114/25 122/5 124/1 126/6 126/15

126/20 127/19 127/22 128/9 128/13 131/1 132/3
**call [16]** 5/14 7/6 7/8 13/7 26/1 26/11 36/13 38/21 52/25 56/2 86/15 109/9 120/15 121/22 130/14 133/17
**call-out [1]** 120/15
**called [10]** 21/8 25/21 26/13 26/20 42/16 59/13 59/18 60/8 110/9 113/14
**calling [3]** 11/12 14/13 15/23
**calls [5]** 14/15 34/8 34/10 56/8 123/15
**came [1]** 89/12
**camera [2]** 96/14 96/15
**can [87]** 9/14 9/17 9/24 11/3 11/5 12/13 13/14 13/23 13/24 14/6 17/10 18/9 19/1 19/19 22/5 22/12 22/13 24/6 25/21 26/19 28/6 30/19 37/13 37/13 37/21 39/5 40/6 41/18 42/3 42/12 44/4 44/8 45/19 46/6 48/2 48/5 48/8 48/13 48/15 48/21 49/9 49/17 49/21 50/7 50/19 50/22 52/19 52/24 52/24 53/4 53/11 58/25 62/14 64/15 70/4 70/5 73/8 75/13 76/7 77/2 77/24 80/15 80/22 88/2 91/16 91/18 92/17 92/18 93/6 93/8 94/15 101/15 103/15 108/1 111/12 116/3 119/21 121/8 123/14 125/8 127/7 127/18 127/20 127/9 130/4 130/16 133/3
**can't [25]** 11/17 12/5 19/12 27/4 35/22 40/1 53/15 61/11 61/14 76/23 77/9 77/10 78/11 78/12 79/18 87/19 88/14 88/14 90/9 93/25 99/6 103/23 108/13 123/11 128/1
**candle [1]** 120/17
**cannot [12]** 8/19 9/2 10/2 19/9 39/23 64/17 75/25 76/6 78/18 78/22 80/5 129/22
**caption [1]** 37/17
**capture [4]** 111/7 111/11 132/1 132/1
**captures [3]** 47/14 48/20 113/25
**car [140]**
**card [5]** 19/21 33/24 64/22 120/6 127/17

**cards [1]** 33/21
**care [1]** 33/2
**cares [1]** 33/9
**cars [3]** 102/2 102/3 102/6
**case [36]** 3/5 5/14 5/15 6/2 10/23 14/22 15/19 16/13 18/11 20/22 20/25 22/6 23/24 24/14 26/6 27/22 31/16 53/6 58/20 58/24 59/1 62/25 78/7 79/17 79/23 80/4 80/9 80/10 80/13 83/12 90/5 90/8 93/19 93/23 96/3 125/18
**Case No. CV 20-6894-DSF [1]** 5/15
**cases [6]** 9/1 10/18 39/25 79/14 79/19 132/3
**catastrophic [1]** 55/9
**categorically [1]** 53/25
**cause [8]** 15/4 22/5 56/14 60/12 60/14 129/16 132/19 132/19
**caused [2]** 54/22 79/15
**causes [1]** 60/10
**cellphone [15]** 13/1 23/20 50/1 50/9 50/25 55/20 63/19 63/20 64/7 64/11 65/15 66/16 96/12 96/13 96/14
**CENTER [4]** 2/2 2/7 5/19 16/11
**CENTRAL [1]** 1/2
**certain [4]** 19/12 64/18 73/11 124/2
**Certainly [1]** 127/13
**CERTIFICATE [1]** 136/1
**certification [3]** 29/24 29/25 29/25
**certify [1]** 136/3
**cetera [3]** 104/10 123/9 133/9
**chance [1]** 25/16
**change [4]** 11/2 45/22 62/10 108/20
**changed [1]** 109/18
**changing [2]** 54/23 118/16
**chaotic [1]** 73/5
**characterize [1]** 24/5
**characterized [2]** 25/15 48/22
**check [2]** 98/21 102/10
**CHIEF [2]** 3/5 14/22
**China [1]** 84/13
**choices [1]** 25/5
**choose [1]** 101/24
**CHRONOLOGICAL [1]** 3/8
**circumstance [1]** 109/18

**circumstances [1]** 80/17
**cities [4]** 113/18 113/20 115/6 115/7
**city [2]** 98/24 112/18
**claim [4]** 9/3 9/7 58/24 124/7 129/16 129/22 130/7 132/24
**claiming [1]** 122/22
**claims [1]** 94/18
**clarify [1]** 28/14
**clear [3]** 71/8 87/4 108/23
**click [3]** 25/9 33/15 64/20
**clicked [1]** 68/15
**clicking [1]** 80/18
**client [5]** 13/9 19/10 20/10 26/17 26/17
**client's [1]** 50/4
**clock [1]** 10/19
**close [7]** 11/5 12/17 13/12 13/16 55/18 55/18 111/21
**closed [1]** 86/11
**closer [6]** 84/16 84/17 113/10 113/21 114/12 114/14
**closing [2]** 10/20 110/14
**CM [1]** 1/20
**code [5]** 19/14 26/9 26/10 39/23 136/4
**coded [2]** 22/19 33/17
**coding [3]** 28/22 29/2 64/19
**cold [2]** 5/9 55/15 55/15
**color [5]** 20/7 20/9 21/13 21/15 34/23
**colors [11]** 33/2 33/6 42/3 43/7 43/9 43/11 59/14 61/18 61/19 62/13 62/19
**combination [1]** 60/11
**come [8]** 1/15 12/15 13/16 84/11 87/22 88/3 89/1 104/5
**comes [1]** 40/22
**coming [13]** 14/19 74/10 86/10 87/7 88/13 88/20 90/23 102/21 106/16 106/21 107/22 107/25 108/5
**comment [1]** 10/14
**communicate [3]** 22/23 65/5 133/2
**communicates [1]** 65/7
**companies [13]** 66/21 73/17 97/21 97/22 97/25 101/1 102/5 102/9 102/10 109/7 109/10 109/15 110/10

Case 2:20-cv-06894-DSF-AFM   Document 51   Filed 01/05/22   Page 141 of 156   Page ID
#:640
{PLAINTIFF} v.
{DEFENDANT}
{WITNESSNAME}
{DATE}

## C

**companies'** [1] 108/25
**company** [7] 95/3
113/10 114/25 115/8
126/6 126/10 133/22
**Competence** [1] 59/24
**compiled** [1] 17/2
**complaint** [16] 58/24
59/1 59/2 81/7 94/4
94/18 98/3 98/7 98/16
98/19 100/15 121/4
121/6 121/10 132/19
132/20
**Complaints** [2] 4/15
132/2
**complete** [2] 16/22
55/9
**completed** [2] 16/7
16/8
**completely** [8] 11/6
32/11 32/13 32/15 34/5
34/7 34/13 34/20
**compliance** [3] 8/11
15/25 30/1
**complicated** [1] 84/6
**component** [3] 22/8
22/11 28/20
**compose** [1] 123/3
**composed** [1] 123/3
**comprehensive** [1]
16/22
**computer** [26] 6/12 7/8
11/9 24/16 30/2 30/3
38/19 39/17 40/7 40/8
40/10 44/4 45/19 49/8
54/21 61/5 61/7 63/16
63/18 66/16 72/4 73/9
82/4 96/16 129/24
129/25
**concern** [1] 9/10
**concerning** [1] 73/16
**concerns** [1] 6/2
**conclude** [1] 114/16
**concluded** [1] 135/9
**conclusion** [1] 29/12
**conclusions** [2]
119/17 133/6
**condition** [5] 54/12
60/19 62/6 118/11
121/15
**conditions** [7] 54/9
59/12 61/1 61/17 61/23
62/17 114/5
**conduct** [2] 16/15
129/24
**confer** [1] 133/5
**Conference** [1] 136/9
**conferred** [1] 13/9
**confirm** [1] 37/13
**confirmation** [1]
134/23
**conformance** [2] 35/16
136/8

**confusing** [2] 41/18
124/25
**connection** [4] 11/6
11/10 11/17 74/12
**Consent** [2] 17/3 18/3
**consequence** [1] 53/9
**conserving** [1] 131/18
**consider** [1] 129/15
**considerations** [1]
102/16
**considering** [1] 27/20
**consistent** [1] 51/18
**consists** [1] 48/20
**Constitution** [2] 122/5
124/1
**contact** [2] 12/23
134/13
**contain** [1] 6/9
**contained** [1] 46/7
**contends** [2] 6/16
18/12
**content** [9] 17/25 18/1
21/7 21/18 33/9 33/11
33/11 33/12 45/19
**contentions** [1] 94/3
**context** [3] 35/1 41/25
46/2
**continue** [3] 57/13
75/13 91/19
**contrast** [8] 20/7 20/19
21/13 21/15 21/18 32/8
43/2 43/5
**control** [2] 39/5 42/2
**convenient** [4] 73/6
75/4 106/5 114/18
**convey** [1] 33/5
**coordinate** [1] 33/14
**copy** [5] 90/5 90/7
120/2 122/7 123/8
**corner** [2] 11/21 33/14
**Corporation** [1] 1/10
**correct** [181]
**correctable** [2] 61/20
61/21
**corrected** [2] 35/2 35/3
**correctly** [5] 19/18
21/11 22/19 26/7 33/17
**cosmetic** [1] 116/9
**Costa** [1] 2/8
**could** [37] 12/17 12/18
13/12 19/25 21/20
23/25 28/11 29/2 30/12
34/1 36/18 38/15 39/13
40/11 40/19 40/20
40/24 41/4 41/24 44/9
44/17 47/14 52/17
62/14 67/3 67/4 69/25
76/3 87/24 88/5 88/22
99/8 101/7 114/10
114/20 127/5 134/1
**couldn't** [14] 63/12
70/4 72/9 76/3 85/17
88/7 88/8 88/21 99/21
100/1 100/4 108/15

109/10 110/15
**counsel** [6] 2/1 7/23
13/9 35/10 87/15
123/11
**counsel's** [1] 44/3
**country** [5] 103/10
105/16 105/22 106/5
106/9
**couple** [7] 32/7 44/17
104/9 108/17 108/20
120/22 121/23
**course** [5] 8/17 15/22
46/1 75/11 131/21
**court** [34] 1/1 1/19
7/10 7/13 9/1 15/4
16/20 19/1 48/19 56/14
58/25 59/8 63/3 64/13
70/5 74/22 76/1 76/7
76/9 79/23 91/7 120/13
120/16 127/5 129/5
129/6 129/14 129/15
129/23 130/8 130/9
133/2 134/12 134/19
135/8
**Court's** [6] 37/7 96/24
121/18 132/17 134/22
135/8
**Courthouse** [1] 1/21
**courtroom** [5] 11/3
13/2 13/11 87/14
134/10
**cousins** [1] 70/13
**create** [1] 87/11
**creating** [1] 87/9
**credit** [2] 33/21 64/22
**cross** [12] 3/10 3/16
30/10 30/14 46/15 49/1
49/10 49/15 51/13
81/13 81/18 106/8
**cross-examination** [7]
30/10 30/14 49/1 49/10
51/13 81/13 81/18
**CRR** [1] 1/20
**CRR-CM** [1] 1/20
**CSR** [1] 1/20 136/3
136/16
**Culver** [1] 98/24
**CUNEO** [3] 1/20 136/3
136/16
**cure** [3] 28/3 28/4
51/22
**cured** [1] 28/6
**cursor** [2] 27/5 53/15
**CV** [2] 1/8 5/15

## D

**daily** [2] 76/2 76/8
**DALE** [1] 1/4
**damages** [1] 98/7
**date** [6] 18/21 57/1
57/2 103/23 134/19
136/10
**dated** [1] 94/10
**dates** [2] 19/12 134/23
**day** [21] 1/19 10/16

62/9 62/11 62/15 64/8
76/25 76/25 77/4 77/4
81/24 83/11 96/8 97/23
99/3 99/5 103/4 103/18
103/21 103/22 104/5
**days** [6] 71/16 71/17
105/15 105/16 105/17
105/17
**deals** [1] 102/11
**December** [7] 1/17 5/1
84/14 94/11 102/20
102/22 103/5
**December 2020** [1]
102/22
**December 31st** [1]
102/20
**decision** [2] 71/10
102/17
**declaration** [14] 4/12
31/23 31/24 36/24 37/5
37/17 40/25 42/7 43/1
43/14 46/3 46/24 50/4
131/25
**declarations** [2] 94/3
94/17
**decreases** [1] 60/6
**defect** [2] 20/6 43/9
**defects** [2] 17/2 20/4
**defendant** [16] 5/22
6/6 6/17 7/5 8/3 20/22
21/2 63/5 82/8 111/19
129/15 130/25 131/12
131/14 131/21 132/16
**defendant's** [42] 4/5
6/5 6/8 6/15 16/16
18/21 23/6 27/8 37/3
47/15 48/20 50/8 63/25
64/4 64/6 64/10 64/14
66/7 68/8 68/13 68/18
69/3 71/21 71/24 72/3
75/24 76/6 78/22 81/3
81/9 82/1 87/25 88/6
88/22 97/16 111/9
111/18 114/2 126/19
126/24 128/6 131/8
**Defendants** [2] 1/11
2/6
**defense** [5] 3/6 44/3
45/9 45/18 126/5
**define** [1] 35/10
**definite** [3] 103/6
103/13 104/5
**definitely** [4] 27/15
103/7 103/9 106/20
**degeneration** [2] 59/23
60/4
**degree** [7] 16/8 29/18
43/5 43/5 62/22 84/22
127/16
**demonstrate** [4] 8/6
99/8 99/10 127/16
**demonstrated** [2]
49/10 52/1
**denial** [1] 6/16

**denied** [2] 7/3 76/21
**Department** [4] 36/4
36/6 36/9 36/13
**depend** [1] 41/7
**depending** [2] 49/9
62/15
**depends** [1] 100/9
**deploy** [1] 75/18
**deposition** [8] 83/2
83/3 83/11 92/1 117/14
117/15 118/1 118/7
**deputy** [4] 11/3 13/3
13/12 134/10
**describe** [13] 19/1
34/18 37/4 53/8 64/15
69/16 76/1 92/16 96/22
111/7 111/10 113/24
114/5
**described** [10] 31/22
32/7 32/8 37/4 61/23
62/14 85/24 86/16
118/18 119/23
**describing** [1] 36/14
**DESCRIPTION** [2] 4/3
4/6
**designated** [7] 66/1
66/6 77/15 77/18 77/22
95/9 96/3
**designed** [3] 6/19 18/6
122/1
**desktop** [2] 17/11
17/17
**detachment** [1] 60/9
**detail** [1] 69/16
**details** [3] 7/24 69/25
70/5
**determine** [3] 42/14
71/6 130/12
**device** [6] 16/25 17/20
22/13 49/25 63/14
63/17
**devices** [4] 35/6 35/10
46/7 50/25
**did** [136] 6/9 6/24 6/25
7/17 8/15 13/2 16/15
16/19 16/20 18/20 19/7
20/4 20/23 23/4 23/5
23/8 23/9 23/16 23/19
24/4 27/16 27/20 42/13
44/15 49/16 55/19
59/22 63/17 64/6 64/9
66/24 67/20 67/20
67/22 68/10 68/12
68/16 71/20 71/23 72/3
72/6 72/7 72/7 72/13
72/15 72/20 72/23 74/7
75/1 82/20 82/22 82/23
82/24 83/17 83/20 84/1
84/2 84/9 84/9 85/11
86/3 86/5 87/11 87/22
88/3 89/1 89/9 89/10
90/3 90/5 92/8 93/21
95/20 95/22 95/25 96/2
96/6 96/9 96/13 96/17

**D**

did... [56] 97/23 98/13 99/1 99/3 99/4 99/5 101/9 103/5 104/5 104/20 105/5 105/8 105/10 105/11 105/16 105/22 105/25 106/3 106/8 106/9 106/12 106/14 106/15 106/15 106/21 107/3 107/7 107/9 107/18 107/24 108/2 108/5 108/8 108/15 108/17 108/19 108/25 109/9 110/5 110/7 110/16 118/24 119/4 119/5 119/6 119/7 119/11 119/16 119/18 119/18 123/2 124/10 124/11 126/9 126/14 126/18

didn't [44] 26/6 35/12 41/7 42/23 43/17 50/17 64/12 64/24 64/24 72/10 72/13 73/2 74/14 83/15 89/1 90/7 95/24 96/11 96/16 96/18 96/20 101/8 101/8 101/10 101/21 103/18 105/7 105/21 106/2 108/2 108/4 109/3 109/12 110/15 110/17 118/10 119/8 124/9 124/15 124/16 125/6 125/16 126/21 126/25

Diego [1] 2/4
different [12] 23/19 50/19 50/19 97/20 98/22 102/5 102/5 102/6 116/17 116/23 116/25 116/25
difficult [3] 20/10 20/12 43/14
difficulties [1] 14/5
difficulty [1] 53/22
dilate [1] 119/7
DIRE [2] 3/10 3/16
direct [12] 3/10 3/16 15/13 38/4 38/8 46/14 49/3 49/6 56/22 73/16 92/14 133/16
directed [2] 37/21 37/23
directing [2] 73/22 79/14
directly [1] 134/13
disabilities [2] 18/9 18/10
disability [10] 2/2 5/19 16/12 61/13 77/4 118/23 119/19 121/3 121/6 127/16
disabled [13] 24/9 26/5 67/10 67/12 67/17

67/19 76/19 77/3 77/9 78/5 99/12 122/7 123/8
discern [2] 43/6 70/17
disconnect [1] 11/14
Discover [2] 19/21 33/24
discovered [1] 19/5
discriminated [1] 76/24
Discussion [1] 134/17
disengage [1] 11/17
disengaging [1] 13/11
dismiss [1] 132/18
disorientation [1] 73/1
disoriented [2] 53/16 53/20
display [3] 39/6 40/7 40/10
displayed [10] 25/11 37/11 41/20 42/8 46/12 46/22 47/22 48/11 92/19 120/19
dissuaded [1] 86/10
distance [2] 61/2 111/17
distances [1] 111/18
distressed [1] 78/11
DISTRICT [3] 1/1 1/2 98/17
DIVISION [1] 1/3
do [141]
doctor [12] 67/24 67/25 116/22 117/6 117/10 118/21 118/24 119/1 119/2 119/3 119/5 119/25
doctor's [2] 68/4 125/16
doctors [2] 59/12 118/15
document [25] 4/4 25/6 25/6 37/3 37/16 38/4 39/1 41/7 47/1 47/5 92/15 92/21 93/5 93/8 93/9 93/11 93/15 96/21 97/2 97/4 97/5 97/14 98/6 113/24 129/4
documentation [1] 32/3
documents [13] 55/25 92/10 92/13 93/16 93/20 93/22 93/24 94/5 120/23 121/3 121/14 124/7 125/17
does [37] 1/10 8/9 8/17 12/24 20/24 21/5 21/23 22/4 22/7 22/10 22/15 22/22 28/13 33/3 33/12 33/15 42/19 43/5 44/5 45/22 52/15 60/5 60/16 61/25 62/9 62/10 62/12 65/4 65/5 65/9 67/15 71/14 78/9 86/8 107/15

128/25 129/19
doesn't [15] 33/2 33/5 35/10 50/10 50/17 52/3 52/3 64/21 75/6 77/10 94/4 123/16 123/19 127/16 135/1
doing [7] 5/6 12/20 47/8 69/22 73/20 80/20 95/21
don't [78] 9/19 11/2 13/6 24/18 25/2 31/25 36/10 41/17 42/21 43/8 46/19 46/20 47/7 47/8 47/11 52/19 54/12 55/6 55/24 60/8 61/8 66/4 69/12 74/6 76/14 78/13 79/6 82/25 86/1 87/13 87/14 87/15 87/16 88/14 89/7 90/9 92/23 96/2 96/2 96/5 97/11 97/25 97/25 98/14 99/2 99/4 101/23 109/2 109/24 110/1 110/1 110/9 110/24 111/22 114/20 114/20 115/7 118/14 118/20 119/2 119/24 120/1 120/2 120/5 120/11 123/24 124/14 125/6 125/19 125/20 127/18 128/24 130/3 130/4 131/18 133/25 134/15 134/25
done [7] 37/24 40/13 45/1 46/2 66/9 80/24 104/15
door [1] 108/3
double [1] 25/9
double-click [1] 25/9
doubly [1] 5/10
down [7] 55/19 84/25 85/16 86/12 89/7 110/14 122/13
Downtown [3] 5/8 113/15 113/16
drafting [1] 123/5
dramatic [1] 44/11
drew [1] 68/11
drive [8] 2/7 8/19 61/12 77/9 82/20 83/15 83/18 94/23
driven [6] 8/16 78/4 95/2 95/3 95/4 103/10
driver [9] 8/21 66/1 66/6 66/8 77/15 77/18 77/22 95/9 95/10
drivers [3] 61/14 89/9 105/24
driving [3] 65/20 65/21 78/1
dropoff [2] 21/16 64/21
drove [10] 83/17 83/22 83/24 95/6 95/7 103/10 112/17 112/20 112/21 112/22

DSF [2] 1/8 5/15
during [6] 23/4 62/11 90/21 105/18 106/9 109/1

**E**

E-n-c-o-d-i-n-g [1] 7/15
each [1] 105/19
earlier [3] 40/5 120/22 121/13
easier [3] 65/1 75/22 103/1
easily [1] 28/6
eat [1] 62/15
Edge [3] 39/12 41/23 41/24
Edison [1] 133/16
education [1] 16/6
effect [2] 6/21 72/7
effort [1] 81/2
either [12] 6/13 39/13 62/12 62/14 64/10 66/24 67/7 68/25 90/4 100/2 100/5 100/24
El [20] 57/9 57/11 57/19 57/20 58/3 58/6 58/9 107/17 110/6 111/21 112/1 112/14 112/23 113/2 113/10 113/14 113/21 114/6 114/15 114/17
El Monte [20] 57/9 57/11 57/19 57/20 58/3 58/6 58/9 107/17 110/6 111/21 112/1 112/14 112/23 113/2 113/10 113/14 113/21 114/6 114/15 114/17
element [1] 22/1
elements [3] 20/8 27/13 64/18
else [5] 8/22 17/19 57/7 122/25 124/9
elsewhere [1] 59/25
email [1] 134/14
embarrassed [2] 77/12 78/10
emotionally [1] 78/11
employ [1] 75/16
employed [1] 23/24
employing [1] 21/24
encoded [3] 7/1 39/2 74/1
encoding [5] 6/9 7/11 7/13 8/4 53/9
encounter [3] 19/7 75/24 76/5
encountered [3] 19/8 64/14 64/16
encountering [1] 9/3
end [11] 11/20 11/21 11/22 11/23 12/9 13/4 30/12 69/22 113/1 118/1 118/7

ended [1] 109/21
engages [1] 21/6
enhance [1] 26/4
enhanced [1] 29/2
enlarge [5] 38/13 40/1 40/2 40/7 72/14
enlarged [6] 39/23 44/4 52/15 52/16 52/23 53/3
enlargement [5] 53/5 73/9 74/25 75/5 75/7
enlarging [2] 40/23 72/3
enough [4] 8/16 38/14 42/12 42/12
ensure [1] 18/8
enter [1] 54/3
entering [1] 129/15
Enterprise [16] 66/15 66/25 67/8 73/17 77/14 80/12 80/13 88/16 88/23 92/6 99/5 101/7 101/13 101/16 101/22 115/12
entertaining [1] 132/18
entire [4] 40/17 41/18 52/23 89/13
entitled [6] 15/19 58/20 93/15 129/6 129/8 136/7
environment [9] 17/11 17/12 17/18 21/12 23/20 23/21 23/22 30/2 30/3
environments [2] 28/2 29/17
equal [2] 6/16 7/4
equipped [2] 63/21 65/3
error [4] 26/12 26/13 53/7 53/8
ESQ [1] 2/2
essentially [2] 121/15 124/6
establish [2] 67/21 130/18
et [4] 5/16 104/10 123/9 133/9
et cetera [3] 104/10 123/9 133/9
Eve [2] 103/1 103/3
even [8] 5/10 34/2 39/14 41/4 88/22 90/22 103/1 113/17
evening [1] 62/10
evenings [1] 105/19
ever [11] 31/1 31/3 31/6 31/9 31/12 66/24 68/8 73/12 75/15 75/18 90/5
every [3] 22/1 39/18 40/14
everybody [3] 13/16 37/13 127/8

## E

everyone [3]  12/17 45/14 134/5
everything [10]  17/16 22/11 22/18 65/8 72/25 84/25 86/11 93/12 111/15 133/23
evidence [19]  4/3 4/6 5/24 7/25 8/6 16/9 129/2 129/8 129/9 130/22 131/20 132/8 132/9 132/10 132/11 132/12 132/13 132/14 132/15
evidencing [1]  92/10
exact [3]  27/6 79/6 103/23
exactly [2]  21/10 103/5
examination [17]  15/13 30/10 30/14 42/13 44/1 46/14 49/1 49/2 49/10 51/13 52/11 56/22 81/13 81/18 126/2 130/18 131/21
examined [2]  47/4 67/25
example [8]  19/15 21/19 23/17 28/7 32/22 33/19 38/12 124/1
excerpts [1]  115/21
excess [1]  34/18
excited [2]  106/19 106/20
excused [1]  54/18
exhausted [1]  115/16
exhibit [74]  4/3 4/6 24/5 24/14 24/14 24/15 24/17 24/18 24/23 25/6 25/11 25/13 25/16 25/19 25/20 26/23 27/21 37/3 37/4 37/11 41/20 42/7 42/8 43/19 46/12 46/15 46/22 46/23 47/6 47/20 47/22 47/24 48/11 48/19 48/21 49/21 50/5 50/6 92/15 92/19 92/23 93/2 93/4 93/6 96/21 97/2 98/3 98/16 100/7 100/15 100/20 109/5 111/6 113/24 114/1 119/24 120/2 120/5 120/12 120/18 120/19 127/12 129/2 129/9 131/9 132/2 132/8 132/9 132/10 132/11 132/12 132/13 132/14 132/15
Exhibit 1 [13]  24/5 24/14 24/14 24/17 25/6 25/13 25/16 25/19 25/20 27/21 43/19 47/24 129/2
Exhibit 101 [1]  97/2
Exhibit 102 [2]  92/23 96/21
Exhibit 103 [2]  93/4 93/6
Exhibit 104 [4]  92/15 93/2 120/12 120/18
Exhibit 107 [2]  37/3 42/7
Exhibit 108 [2]  111/6 131/9
Exhibit 109 [1]  113/24
Exhibit 11 [1]  114/1
Exhibit 110 [2]  98/3 132/2
Exhibit 111 [1]  98/16
Exhibit 112 [2]  100/7 109/5
Exhibit 113 [1]  100/15
Exhibit 114 [1]  100/20
Exhibit 1A [1]  49/21
Exhibit 3 [3]  46/23 50/5 50/6
Exhibit No. 1 [1]  48/19
exhibits [11]  4/1 46/14 46/20 81/16 97/10 97/20 115/17 119/23 120/9 131/20 131/22
exist [1]  8/10
existence [3]  93/20 93/21 127/11
exotic [7]  98/4 98/12 98/12 98/23 100/1 102/3 132/3
expectation [5]  65/25 80/20 101/17 128/7 128/12
expectations [2]  80/16 80/21
expected [2]  9/12 70/1
expensive [2]  29/6 29/7
experience [25]  26/5 27/10 27/14 27/15 29/6 33/18 33/19 36/22 47/15 48/22 49/22 49/22 49/24 49/24 50/4 50/5 50/8 50/11 50/13 53/18 63/4 64/9 76/1 99/11 101/17
experiences [2]  50/3 54/9
expert [2]  15/25 20/16
explain [14]  16/20 20/18 22/22 47/15 48/22 49/21 50/22 59/8 63/3 64/13 76/7 76/9 97/8 121/21
explained [1]  27/6
explains [1]  28/9
explanation [1]  19/17
explored [2]  49/14 51/12
exploring [1]  12/10
express [2]  19/22
58/25
extent [1]  129/5
external [1]  32/17
extraterritorial [2]  9/5 129/19
eye [9]  59/13 60/9 60/10 60/11 116/22 118/10 118/11 118/15 119/14
eyeglasses [2]  116/3 117/23
eyes [8]  60/16 60/17 61/23 62/7 62/20 117/8 117/11 119/5

## F

Facebook [1]  76/17
facility [1]  113/25
fact [9]  38/25 78/25 83/15 96/7 109/3 126/22 130/20 131/14 133/6
factual [1]  98/8
fail [1]  133/22
fail-over [1]  133/22
failed [1]  21/18
failure [1]  55/10
fair [5]  86/15 114/9 114/16 114/20 115/9
fairly [2]  113/18 115/6
familiar [4]  110/18 111/12 113/13 113/16
family [13]  69/18 69/19 69/20 70/11 70/12 85/8 85/11 87/23 88/4 91/2 107/10 107/11 112/15 62/18
far [3]  39/9 83/10 119/13
fashion [1]  98/19
favor [1]  129/15
feature [3]  72/9 72/11 72/14
federal [8]  9/8 18/4 19/6 35/18 35/19 35/25 36/1 132/19
feeds [1]  18/4
feel [16]  76/13 76/21 76/22 76/23 77/1 77/11 77/23 78/2 78/6 78/9 78/10 78/12 78/13 86/2 86/4 108/22
feeling [3]  76/10 86/13 110/12
few [3]  7/24 92/17 97/11
field [13]  16/4 19/9 26/18 26/19 28/11 53/3 53/7 53/7 53/9 53/11 53/14 53/23 60/13
field/profession [1]  16/4
fifteen [1]  16/5
figure [3]  11/17 49/17 112/18
figured [1]  112/13
file [2]  66/24 109/3
filed [14]  79/14 79/15 80/10 80/13 80/25 81/1 81/1 81/7 98/16 109/4 109/5 109/6 109/6 125/17
files [1]  48/7
find [7]  9/14 20/4 23/9 23/19 38/15 39/12 133/3
findings [4]  51/9 119/16 119/25 133/6
fine [2]  15/17 75/8
finish [2]  86/25 87/1
firm [1]  10/23
first [17]  1/21 7/9 14/14 15/8 15/23 28/11 29/14 37/16 38/14 56/18 56/19 66/18 66/20 98/13 98/14 99/1 123/22
FISCHER [1]  1/4
Fisher [4]  5/14 14/24 56/11 134/25
fit [1]  86/9
five [5]  54/23 95/2 97/21 116/1 132/2
five-watt [1]  116/1
fixed [4]  66/22 67/3 73/18 101/12
flashes [5]  59/14 60/14 61/18 62/12 62/18
floaters [5]  59/13 60/11 60/14 61/17 62/18
Florida [29]  6/4 8/1 8/5 57/6 57/8 57/9 67/14 67/16 67/17 68/23 68/24 71/11 71/18 80/11 80/13 80/15 81/23 81/24 82/3 83/22 90/22 101/2 122/8 127/17 127/21 127/22 127/23 129/18 129/25
flourish [1]  60/12
fluctuating [1]  85/14
fly [2]  68/25 89/1
flying [1]  68/22
focus [2]  21/8 21/12
focused [1]  22/12
fog [1]  62/14
font [10]  38/13 38/16 39/6 42/12 42/14 46/6 51/25 52/2 64/25 72/14
fonts [1]  39/18
foregoing [1]  136/5
forgive [4]  44/6 44/7 55/11 97/12
form [9]  23/1 26/13 27/20 54/3 59/22 60/4 60/4 60/6 68/1
format [1]  136/7
forth [3]  70/10 78/7
111/4
forum [1]  8/10
forward [2]  38/1 51/4
found [9]  6/9 20/6 23/6 43/13 45/23 51/15 51/18 51/22 52/4
foundation [4]  35/9 36/16 51/1 129/5
founder [1]  18/8
four [4]  33/20 85/23 85/24 86/16
frames [1]  117/1
freedom [2]  76/15 101/23
front [2]  36/10 108/3
froze [2]  125/5 125/6
frozen [1]  55/14
frustrated [2]  76/14 76/22
full [2]  105/12 133/21
fully [2]  27/14 80/22
function [5]  38/15 39/2 39/14 39/15 41/8
functionality [10]  19/13 38/3 38/22 39/8 39/13 39/25 40/6 41/14 42/3 42/4
functionally [1]  73/13
functions [1]  32/25
further [15]  30/9 37/4 43/21 54/14 69/25 75/9 81/12 92/16 96/22 118/3 125/24 128/16 130/4 131/22 133/15

## G

G-o-m-e-z [1]  56/20
Galaxy [4]  6/13 63/19 63/19 64/7
games [1]  106/24
gas [2]  91/8 105/12
gave [6]  12/8 14/8 32/9 47/12 83/10 110/11
generally [8]  58/23 58/23 58/25 110/18 111/25 114/4 116/7 120/24
generator [5]  44/16 44/18 44/23 91/9 133/23
generators [2]  44/17 133/21
geography [1]  110/18
get [31]  5/7 5/24 10/20 12/3 12/3 12/5 13/2 25/5 34/17 34/17 42/10 62/9 62/14 62/14 67/15 67/19 67/24 68/2 68/23 71/10 73/1 77/24 78/2 87/11 112/10 112/14 112/23 116/23 133/18 134/9 134/18
gets [2]  62/10 73/1
getting [20]  5/7 10/14

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

## G

**getting... [18]** 13/10
14/3 24/8 53/16 62/5
84/4 84/6 84/20 85/7
85/7 85/12 85/13 85/14
85/15 86/12 110/13
118/11 118/16
**girlfriend [23]** 8/17
8/22 65/22 66/8 77/8
77/11 77/19 77/25
82/18 83/14 89/9 89/12
92/6 94/22 95/6 95/18
99/8 103/10 105/11
106/11 112/16 119/4
128/8
**girlfriend's [1]** 65/23
**give [10]** 14/4 15/4
44/9 56/14 69/25 79/6
79/20 87/20 129/7
134/18
**given [3]** 52/14 97/4
130/8
**gives [1]** 129/5
**giving [1]** 7/23
**glad [1]** 5/6
**glass [1]** 116/10
**glasses [19]** 35/1
60/18 60/19 60/20 61/1
61/4 61/20 61/21 116/4
116/13 116/15 116/16
116/17 116/18 116/24
116/25 118/12 118/14
118/17
**Glendale [2]** 114/12
114/25
**glowing [1]** 115/18
**glue [1]** 60/9
**gmail.com [1]** 1/24
**go [62]** 5/11 14/10 21/4
25/10 32/6 37/25 39/4
39/11 41/4 41/10 44/12
47/17 49/17 51/4 54/5
69/18 72/24 73/3 73/4
74/22 77/7 81/8 81/17
82/4 84/2 85/11 85/19
96/20 97/12 97/16
97/23 98/18 99/1 99/3
99/5 101/8 101/21
102/17 102/22 103/4
103/6 103/8 103/9
104/7 104/7 104/9
105/21 106/3 107/20
108/2 111/12 112/18
113/17 114/5 115/17
117/9 118/14 118/24
119/21 122/20 123/13
127/24
**goal [2]** 69/20 78/15
**God [2]** 15/5 56/15
**goes [3]** 48/25 53/4
62/9
**going [78]** 9/15 11/12
11/18 17/4 19/14 28/14

32/6 38/4 38/7 41/11
41/12 44/18 47/3 47/14
47/17 53/6 56/2 62/1
68/23 68/25 70/10
70/14 71/10 71/12
71/13 77/22 77/25 78/4
79/6 79/7 80/6 80/21
85/18 86/11 91/2 94/22
94/23 94/24 95/1 97/17
98/7 98/18 102/22
103/2 103/4 103/8
103/9 103/18 104/23
105/2 108/8 108/19
108/22 108/23 109/1
109/24 110/1 110/7
110/10 110/10 110/11
112/13 112/23 113/1
113/4 114/5 114/7
115/20 115/21 116/2
118/12 118/17 119/20
120/13 120/21 122/13
122/13 128/13
**GOMEZ [69]** 1/6 5/15
5/20 6/2 6/5 6/7 6/25
7/3 9/10 9/24 13/21
15/20 15/23 18/11 21/2
21/5 21/9 21/21 22/2
23/25 28/10 30/23
30/24 31/1 31/3 31/7
31/10 31/13 32/1 34/7
34/13 36/15 37/5 37/17
42/11 42/15 42/19 43/6
43/12 50/18 50/23 51/2
54/12 55/5 56/8 56/9
56/20 56/24 58/21
75/15 81/20 86/25 87/1
87/13 91/15 91/21 98/3
98/17 100/16 100/20
118/8 123/19 123/22
126/4 128/17 128/20
129/17 132/3 134/6
**Gomez' [2]** 11/3 36/21
**Gomez's [6]** 31/15
31/18 42/25 50/7 50/11
50/12
**gone [9]** 12/11 74/8
74/15 74/19 94/7 95/25
96/7 101/7 101/16
**good [30]** 5/3 5/4 5/5
5/18 8/9 12/8 14/16
14/18 14/20 14/21
15/15 15/16 15/19
30/16 30/17 56/24
56/25 73/15 78/2 81/20
81/21 82/24 91/25
99/11 110/12 112/12
115/6 115/7 115/25
117/13
**good-sized [2]** 115/6
115/7
**goods [8]** 6/17 7/4 8/3
8/11 8/21 76/22 102/12
132/23
**Google [2]** 111/12

111/24
**Google's [1]** 111/12
**got [10]** 5/9 10/11
108/8 110/5 110/6
113/17 116/12 116/14
116/18 117/10
**gotten [4]** 74/21 91/6
109/13 109/14
**government [1]** 18/4
**grandmother's [1]**
112/7
**grandpa [6]** 69/18
70/13 107/12 107/14
107/15 110/6
**grandpas [1]** 107/13
**great [2]** 27/13 103/22
**greater [2]** 32/5 113/6
**grounds [1]** 122/3
**guess [1]** 100/9
**guessing [1]** 91/6
**guidance [1]** 21/18
**Guideline [1]** 17/3
**Guidelines [3]** 17/25
18/2 18/3
**guy [1]** 77/6
**guys [2]** 14/6 91/16

## H

**had [61]** 10/18 19/20
25/16 36/15 55/9 55/16
55/19 55/25 58/5 61/22
66/9 66/21 67/18 68/8
70/6 70/10 71/9 74/17
74/17 83/1 83/17 84/6
85/14 85/25 87/6 89/11
89/16 92/11 93/19
95/25 96/7 96/12 96/13
97/11 101/11 101/16
101/20 102/16 103/13
104/11 104/17 104/19
104/21 105/11 108/16
109/8 109/15 112/14
112/16 117/20 118/8
119/13 120/16 120/22
120/23 121/10 123/5
126/10 126/23 126/23
132/21
**hadn't [1]** 112/13
**half [7]** 55/16 71/16
90/11 108/13 110/22
110/23 111/1
**hand [4]** 15/2 33/14
35/21 56/12
**handicap [3]** 117/10
119/19 120/8
**hands [1]** 131/19
**happen [3]** 25/4 60/16
74/17
**happened [2]** 67/6
84/23
**happening [6]** 60/12
84/7 84/13 84/15 86/1
86/7
**happens [4]** 8/21 41/23

53/3 53/13
**happy [2]** 5/10 77/23
**harass [1]** 122/1
**hard [2]** 43/10 46/20
**has [35]** 8/18 10/16
13/16 18/12 26/18
26/20 27/22 27/24 28/1
31/9 31/13 34/2 34/4
34/23 35/1 38/22 39/23
47/5 50/11 51/6 51/7
61/19 62/5 86/7 96/14
96/15 117/7 123/12
123/19 123/20 127/17
129/23 130/18 130/22
134/1
**hassle [1]** 72/24
**have [179]**
**haven't [7]** 81/10 89/25
90/13 90/17 95/4
110/12 118/6
**having [8]** 8/6 32/2
85/18 86/3 86/6 92/11
93/19 94/7
**havoc [1]** 54/22
**HCML [1]** 28/15
**he [91]** 6/11 6/11 8/7
8/15 8/16 8/18 8/19
8/20 8/23 9/21 9/23
10/4 10/18 10/19 11/5
11/8 11/8 11/9 11/14
11/16 11/16 11/21 12/5
12/14 13/5 13/5 13/11
18/8 18/12 19/18 19/19
20/23 20/24 21/5 22/13
26/19 26/19 26/20 32/1
34/7 36/15 42/11 42/12
42/23 42/23 43/12
43/13 47/3 47/3 47/4
47/11 47/12 47/14
50/11 50/13 50/17 53/4
53/6 55/19 55/19 59/25
67/25 67/25 68/1 74/18
74/21 74/24 75/3 75/4
75/5 75/6 107/15 119/6
119/7 119/8 119/9
119/11 119/13 119/16
119/18 119/18 123/2
123/5 123/12 123/16
123/19 123/20 127/13
129/18 131/1 132/21
**he'll [2]** 45/8 111/19
**he's [25]** 6/3 9/18 9/20
10/11 11/4 11/4 11/9
11/9 11/17 12/10 12/11
12/15 13/1 13/10 14/19
21/10 26/18 26/19 53/4
55/6 55/14 74/8 74/10
74/10 123/18
**head [2]** 42/10 86/6
**headings [1]** 22/3
**health [34]** 47/5 85/18
85/21 85/25 86/3 86/20
87/5 104/11 104/17
104/19 105/1 108/22

109/14 109/19
**health-wise [1]** 108/22
**hear [9]** 9/24 10/2
13/23 70/4 76/3 91/17
125/7 125/8 128/1
**heard [4]** 7/22 7/25
13/11 28/13
**hearing [1]** 9/22
**hearsay [2]** 59/24 68/3
**held [2]** 134/17 136/6
**hell [1]** 55/11
**help [9]** 15/5 56/15
61/7 77/7 91/1 91/2
118/11 118/13 121/20
**helpful [1]** 130/2
**helps [1]** 74/6
**her [14]** 57/12 57/14
57/17 58/12 77/24 78/3
83/18 91/1 91/1 95/22
95/25 106/21 107/18
112/8
**here [17]** 5/7 7/24 9/10
10/20 25/22 26/11
41/19 45/4 49/18 55/6
55/10 55/16 79/24
104/1 110/21 110/24
120/17
**hereby [1]** 136/3
**Hewlett [1]** 72/16
**Hewlett-Packard [1]**
72/16
**hiccup [1]** 133/23
**high [1]** 60/11
**higher [1]** 88/12
**highest [1]** 16/6
**highlighted [2]** 37/25
38/1
**him [33]** 6/25 8/2 9/12
9/14 9/15 9/19 11/5
11/7 11/12 11/14 11/16
12/5 12/8 12/13 12/14
12/14 12/25 13/1 13/2
13/2 13/7 13/10 23/25
28/14 34/15 45/7 55/7
73/22 103/25 122/8
123/8 127/17 129/13
**himself [5]** 7/7 8/2
13/11 36/15 132/22
**hired [1]** 16/12
**his [46]** 6/4 6/7 6/12
6/13 6/14 6/25 8/6 8/17
9/21 10/1 10/5 11/5
11/10 11/17 11/18
11/23 13/1 13/9 21/11
22/13 30/12 31/3 31/19
31/21 32/2 32/4 34/12
43/14 46/15 49/10 50/9
50/24 50/25 51/13
56/25 86/25 87/1 87/15
119/16 122/4 123/5
123/7 123/8 123/18
127/16 130/17
**hit [1]** 11/21
**Hmm [4]** 109/2 112/20

## H

**Hmm...** [2] 116/19 117/9
**hold** [1] 81/1
**holding** [1] 60/10
**Hollywood** [6] 107/16 110/6 113/6 113/14 113/19 113/21
**home** [6] 6/4 21/16 58/5 70/14 95/13 112/7
**Homeland** [4] 36/5 36/6 36/9 36/13
**Honor** [48] 5/4 5/5 5/12 7/19 9/14 10/13 12/22 14/16 14/20 17/7 18/15 35/23 43/21 44/6 44/13 44/15 44/21 45/11 46/21 47/2 54/14 54/20 55/11 55/22 69/15 74/16 75/2 75/8 75/12 75/14 81/14 87/3 87/17 91/12 97/12 115/16 117/17 125/22 127/10 127/21 128/5 128/19 128/21 133/13 133/14 134/8 135/4 135/7
**HONORABLE** [1] 1/4
**hope** [1] 37/13
**hoped** [1] 70/6
**Hopefully** [1] 130/16
**Host** [1] 24/9
**hotel** [3] 105/19 105/25 106/3
**hotels** [1] 106/4
**hours** [1] 97/12
**house** [9] 57/12 57/14 57/17 57/19 82/16 82/21 89/13 112/17 113/1
**housework** [1] 95/21
**how** [56] 11/17 12/21 15/16 16/2 19/2 19/19 21/23 22/10 22/22 23/9 25/2 27/1 28/24 30/17 50/22 51/15 51/15 53/4 53/6 57/3 57/21 59/9 60/5 60/8 65/4 65/5 67/20 67/20 67/22 68/23 71/10 71/14 71/20 71/23 74/21 76/2 76/7 76/25 77/12 78/6 78/9 79/1 79/16 80/1 89/17 89/19 93/17 100/9 105/15 105/16 107/13 110/5 110/7 111/21 112/10 112/13
**However** [2] 38/14 134/15
**HP** [3] 63/16 63/18 64/4
**HTML** [3] 28/6 28/16 29/1
**huh** [1] 84/21 103/17

**hurt** [1] 118/15
**HyperText** [4] 28/16 28/18 28/19 28/20
**hypothetical** [1] 54/4

## I

**I'd** [10] 37/2 37/7 38/10 41/11 92/14 96/20 98/22 100/7 120/15 121/18
**I'll** [28] 13/16 24/13 25/13 37/4 38/19 38/21 41/4 48/18 50/20 80/25 85/19 85/19 92/15 93/3 93/4 96/22 98/15 98/17 111/7 111/9 111/19 113/24 121/23 121/23 129/7 130/12 133/1 134/6
**I'm** [100] 11/12 15/17 15/22 15/23 22/21 24/8 24/21 27/1 27/4 29/24 30/25 34/9 35/19 38/4 38/7 40/25 41/11 41/12 42/10 44/7 44/16 44/18 45/4 47/17 49/12 55/10 55/18 55/22 57/4 57/6 59/12 61/12 61/12 62/1 70/4 73/21 74/11 74/13 76/3 76/4 76/12 76/21 76/24 77/1 77/2 77/6 77/9 78/4 78/19 78/19 79/6 79/7 79/20 79/21 80/6 81/23 84/8 86/13 86/13 86/17 86/20 88/2 90/15 91/2 91/6 92/23 93/13 97/17 98/7 98/18 103/15 103/24 106/24 107/1 110/10 110/23 111/5 112/3 112/7 113/11 113/16 114/5 114/7 114/22 114/23 115/20 115/25 117/15 119/18 119/20 119/22 120/12 122/9 122/24 124/5 125/8 126/12 128/4 133/25
**I've** [10] 5/9 16/4 20/22 37/24 37/24 50/16 55/25 110/23 111/3 128/16
**icon** [2] 26/12 26/13
**icons** [2] 26/8 26/11
**ID** [1] 28/8
**idea** [10] 17/6 19/19 26/18 26/20 28/12 34/2 34/4 50/11 126/23 126/23
**identification** [9] 4/3 4/6 37/2 92/15 96/21 98/3 98/16 111/6 113/24
**identified** [7] 46/15 47/5 95/9 114/1 120/9 127/12 131/21

**identify** [4] 33/16 53/9 97/1 131/22
**identifying** [1] 97/9
**if** [115] 8/18 8/19 9/14 10/8 11/9 11/14 12/5 12/14 12/18 12/19 21/9 22/19 24/6 25/3 25/21 26/9 30/12 32/11 32/15 32/21 33/17 34/11 34/13 35/18 36/17 38/10 38/13 39/4 39/11 40/5 40/24 41/1 41/10 41/12 41/17 41/18 42/6 42/11 42/25 43/5 43/12 44/9 44/15 44/17 44/25 47/2 47/7 47/14 50/18 52/14 52/15 52/17 52/19 52/23 53/4 53/7 53/11 54/20 65/25 66/6 69/2 69/22 73/3 74/13 80/15 81/4 86/13 87/15 89/7 92/17 93/24 96/23 99/4 100/7 100/15 100/20 100/21 100/22 101/16 101/20 103/3 103/19 108/15 111/17 113/17 114/4 114/6 114/20 115/16 115/18 115/20 115/22 117/15 117/17 118/2 118/20 119/9 119/18 119/22 120/23 121/18 122/9 122/24 123/19 124/3 125/6 127/7 127/9 130/1 130/3 130/16 130/20 131/1 133/16 134/4
**III** [2] 18/5 19/6
**Illinois** [1] 16/10
**illness** [1] 102/15
**illustrate** [1] 49/7
**image** [4] 40/17 46/2 72/4 72/17
**images** [2] 39/22 64/21
**imagine** [1] 108/3
**immediately** [1] 43/1
**impact** [2] 22/5 34/15
**impactful** [1] 87/19
**impaired** [24] 6/3 6/20 8/18 8/19 21/7 21/24 23/14 32/12 59/3 59/10 59/15 60/15 61/12 67/18 67/23 68/1 76/21 77/3 99/12 118/22 121/11 122/23 123/1 124/8
**impairment** [2] 59/9 59/11
**impeached** [1] 47/12
**impeachment** [1] 49/1
**impediment** [1] 77/20
**implementing** [1] 26/7
**important** [3] 25/22 99/7 99/14

**impossible** [1] 21/17
**improve** [2] 62/9 109/1
**improved** [3] 27/23 104/11 104/17
**improvement** [2] 27/25 28/1
**inasmuch** [2] 129/17
**INC** [6] 1/9 5/16 58/21 59/5 100/10 100/16
**inches** [1] 55/16
**included** [2] 102/8 102/12
**includes** [2] 65/12 119/24
**incomplete** [1] 54/4
**incorporated** [1] 93/7
**incorporates** [1] 97/5
**incorrect** [1] 88/25
**increase** [10] 39/5 39/13 39/15 39/18 40/6 40/14 42/3 42/14 51/21 114/7
**increased** [2] 45/19 46/6
**increasing** [4] 38/22 39/2 51/16 51/25
**increasingly** [1] 62/5
**independent** [1] 124/11
**INDEX** [2] 3/8 3/14
**indicate** [5] 13/12 77/14 77/17 77/17 80/25
**indicated** [5] 13/3 61/9 65/17 75/3 130/10
**indicator** [1] 21/12
**indicators** [1] 21/8
**individual** [8] 8/23 21/7 24/2 59/3 77/3 78/5 99/12 118/22
**indulge** [1] 74/22
**infected** [2] 85/15 86/12
**inform** [1] 67/22
**information** [16] 7/1 26/1 26/17 26/21 33/18 33/25 34/3 36/10 53/23 54/3 76/16 76/18 124/13 125/3 125/11 125/13
**injunctive** [1] 98/7
**input** [6] 19/9 26/14 26/15 26/16 54/2 123/5
**inquire** [1] 47/3
**inquiring** [1] 65/18
**inside** [2] 78/2 118/15
**instance** [3] 6/13 6/24 94/1
**instances** [2] 23/23 77/18
**instead** [2] 5/7 114/15
**instructions** [2] 104/1 132/17

**instruments** [2] 119/9 119/13
**intend** [1] 8/12
**intended** [3] 6/19 69/16 70/1
**intent** [2] 98/21 100/12
**intention** [2] 132/21 132/22
**interact** [6] 18/13 22/14 27/11 75/16 81/2 81/4
**interacting** [3] 22/15 35/8 75/15
**interacts** [1] 26/16
**interest** [1] 131/17
**interestingly** [1] 8/16
**interface** [1] 18/13
**international** [1] 29/24
**Internet** [3] 18/8 18/14 26/4
**interpret** [7] 19/9 19/11 19/25 22/2 22/4 22/19 34/1
**interpretation** [2] 22/23 22/25
**interpreted** [1] 19/18
**interpreting** [1] 35/7
**interprets** [2] 22/11 22/21
**interrogatories** [6] 4/7 4/8 96/23 97/3 131/23 131/23
**intimidate** [1] 122/2
**invasion** [2] 122/4 122/15
**investigate** [2] 18/20 24/4
**investigated** [3] 20/5 23/20 50/3
**investigating** [4] 19/23 23/6 45/24 69/3
**investigation** [18] 16/12 16/16 16/20 16/21 16/22 17/1 17/2 17/24 18/23 19/2 19/3 23/5 23/16 25/14 28/1 44/3 51/9 51/23
**invoking** [3] 124/18 124/18 124/21
**involved** [1] 45/24
**iPhone** [2] 16/25 44/11
**irrelevant** [1] 127/15
**irrespective** [1] 40/11
**irritated** [3] 76/23 77/12 78/10
**is** [266]
**isn't** [3] 34/7 40/5 53/12
**issue** [10] 20/18 27/22 49/13 51/12 53/12 78/17 78/21 79/1 85/24 130/9
**issued** [8] 18/1 35/25 36/8 67/12 67/22 122/8

## I

**issued... [2]** 123/8 127/17
**issues [16]** 18/1 20/7 21/13 21/14 21/15 32/1 36/14 66/21 84/7 85/18 85/22 85/25 86/3 87/6 104/20 133/7
**it [267]**
**it's [65]** 8/22 12/22 14/9 21/8 21/17 24/10 26/13 26/20 28/22 31/22 34/2 34/2 35/19 37/4 43/8 46/20 47/8 50/3 53/13 55/15 55/15 55/19 57/20 58/14 59/18 59/22 60/6 60/8 60/9 62/25 72/24 73/1 73/4 73/4 76/12 78/24 80/22 86/5 86/17 86/17 87/5 91/1 91/7 93/2 99/11 99/14 102/5 110/13 111/11 111/24 111/24 114/7 114/20 115/22 118/20 123/5 124/22 125/5 127/6 127/15 129/6 129/7 129/8 130/13 131/19
**items [5]** 32/7 61/19 85/21 86/9 86/16
**its [1]** 8/9
**itself [6]** 24/19 26/16 40/7 40/10 41/7 46/8
**IV [1]** 130/11

## J

**J-A-W-S [1]** 17/9
**January [5]** 94/10 125/14 126/8 126/13 136/10
**January 1st [2]** 126/8 126/13
**January 8 [1]** 94/10
**January 8th [1]** 125/14
**JAWS [2]** 16/24 17/9
**Job [1]** 17/9
**join [1]** 12/18
**jokes [1]** 125/1
**JR [1]** 2/2
**judge [4]** 1/4 10/17 22/22 63/3
**judgment [6]** 37/6 46/25 111/9 114/3 129/15 130/7
**Judicial [1]** 136/8
**July [39]** 6/3 6/4 27/24 29/14 64/2 64/2 68/9 68/10 69/17 70/7 70/8 71/21 81/1 81/7 81/25 82/2 83/3 85/1 85/4 97/24 98/10 98/21 99/18 100/11 100/18 100/19 100/23 101/9 101/10 101/21 104/7
104/8 108/7 108/12 109/6 126/16 126/17 126/17 128/7
**July 1 [3]** 68/9 68/10 71/21
**July 1st [8]** 6/4 64/2 81/25 97/24 99/18 101/21 126/17 128/7
**July 20 [1]** 64/2
**July 2020 [4]** 69/17 70/8 98/10 98/21
**July 21st [1]** 81/7
**July 31 [1]** 109/6
**July 9th [1]** 83/3
**jurisdiction [1]** 67/12
**just [67]** 5/24 10/8 11/18 12/25 13/15 13/16 25/2 27/13 28/12 33/15 35/16 36/23 36/24 37/14 37/24 39/4 39/11 40/20 40/25 41/12 41/19 41/22 42/3 44/7 44/10 47/12 60/16 64/19 68/14 68/14 68/15 68/16 73/4 74/14 78/12 82/6 86/23 87/4 87/16 93/8 96/19 97/8 97/12 102/8 103/24 103/24 110/3 111/25 114/22 115/19 115/21 115/22 115/23 116/8 116/9 116/23 118/2 118/13 119/11 119/21 120/21 122/11 122/14 125/1 127/6 134/24 134/25
**juvenile [1]** 60/4

## K

**kept [1]** 85/13
**key [1]** 22/13
**keyboard [2]** 22/14 41/24
**kick [3]** 12/3 12/5 12/14
**kind [3]** 64/22 68/17 68/20
**knew [7]** 47/3 102/20 102/22 103/20 109/15 109/16 119/14
**knock [1]** 133/23
**know [94]** 12/6 12/21 25/2 31/21 36/17 36/21 39/5 39/9 42/21 42/23 43/5 43/8 43/8 46/19 46/20 47/8 47/11 50/17 52/19 53/6 53/17 54/12 55/25 60/8 63/7 65/1 74/17 76/16 76/17 77/1 77/4 77/6 77/9 77/10 77/24 78/14 83/10 84/5 84/23 85/16 85/17 85/19 86/14 87/13 88/14 90/9 93/24 96/5
97/25 97/25 99/2 102/8 103/18 103/20 106/10 106/14 109/10 110/1 110/2 110/24 110/25 111/3 111/12 111/23 114/21 114/24 114/22 115/7 116/2 118/20 118/21 119/1 119/2 119/9 119/25 120/1 120/3 120/7 120/10 120/14 121/15 122/16 122/19 122/22 125/6 125/19 125/20 126/25 127/7 127/18 127/19 131/18 133/20 134/15
**knowing [2]** 33/23 118/15
**knowledge [1]** 80/6
**known [2]** 109/7 127/13
**knows [3]** 19/20 26/19 50/13

## L

**L-u-n-a [1]** 58/17
**La [11]** 4/13 5/8 111/20 112/3 112/4 112/14 112/19 130/19 131/3 131/4 132/1
**label [3]** 26/3 28/8 28/9
**lacks [7]** 8/24 9/7 35/9 36/16 51/1 129/4 132/20
**landed [1]** 38/14
**language [5]** 28/16 28/18 28/19 28/20 29/1
**laptop [22]** 6/12 17/11 46/7 55/22 63/16 63/18 63/21 64/4 64/11 64/15 65/3 71/22 71/23 71/25 72/1 72/2 72/15 72/16 72/18 74/2 75/23 134/4
**laptops [1]** 29/16
**large [7]** 6/18 7/5 42/11 42/12 49/9 70/11 113/18
**larger [5]** 41/4 52/2 52/18 72/5 72/21
**last [28]** 15/8 30/18 30/20 52/13 55/10 56/18 56/20 62/3 75/7 82/12 82/14 83/14 84/17 90/12 90/17 91/21 91/23 92/3 95/2 95/5 116/12 116/14 116/17 116/19 117/6 117/20 118/18 124/23 124/24
**later [4]** 29/14 66/18 92/9 108/12
**Laughing [2]** 82/25 124/24
**Laughter [3]** 10/21 45/2 133/12
**law [8]** 2/3 2/6 9/8 19/6
66/24 129/21 130/5 133/6
**laws [2]** 122/5 127/19
**lawsuit [4]** 24/5 67/2 80/25 81/6
**lawsuits [1]** 109/3
**lawyers [2]** 123/16 123/17
**lead [2]** 66/4 69/12
**leading [5]** 18/15 20/14 66/3 69/10 69/23
**lease [6]** 89/16 90/1 90/3 90/5 90/7 91/22
**leased [3]** 58/2 58/4 58/6
**least [12]** 40/4 40/23 43/14 77/24 91/7 92/17 97/21 107/13 111/23 115/8 119/13 120/24
**leave [7]** 11/23 11/24 12/2 12/9 13/4 13/5 13/15
**left [2]** 22/12 33/14
**left-hand [1]** 33/14
**legal [1]** 133/7
**legalese [2]** 121/22 122/10
**legally [8]** 32/11 59/12 61/9 61/11 121/11 122/23 122/25 124/8
**lenses [1]** 117/21
**Leslie [2]** 65/24 77/19
**less [2]** 62/13 62/13
**let [27]** 9/14 13/7 20/16 21/1 37/14 41/18 41/22 73/16 78/20 79/22 83/11 89/11 90/6 90/20 91/5 92/1 97/17 102/19 103/25 106/9 106/14 109/9 109/10 113/9 122/17 123/22 127/7
**let's [16]** 24/5 25/15 26/7 32/22 34/17 34/17 36/4 39/12 40/3 71/23 96/20 98/2 102/1 107/2 112/10 120/12
**letting [1]** 77/4
**level [3]** 16/6 31/19 31/21
**LEWIS [2]** 2/6 5/21
**lewisbrisbois.com [1]** 2/9
**license [2]** 61/14 89/9
**lies [1]** 28/20
**life [3]** 61/22 77/2 77/4
**light [3]** 32/16 32/17 81/14
**lights [1]** 115/18
**like [65]** 5/23 12/24 20/22 24/8 25/21 26/9 37/2 37/7 38/10 41/11 42/17 45/13 46/10 46/25 51/8 59/8 59/15 60/9 60/10 60/13 61/18
62/16 64/19 64/21 64/25 71/16 73/1 75/23 76/14 76/14 76/20 76/21 76/24 77/1 78/14 79/21 84/24 86/6 86/13 87/9 89/21 92/14 93/2 96/21 98/2 102/3 102/6 102/7 102/10 102/11 103/20 104/8 104/9 104/13 105/17 107/19 108/7 108/12 108/12 110/2 110/14 118/20 120/15 121/18 124/23
**likely [4]** 71/13 74/18 114/9 115/16
**limit [1]** 101/23
**limitation [1]** 40/21
**limited [6]** 6/3 6/20 8/19 18/12 23/13 102/8
**Linda [1]** 2/3
**line [4]** 47/16 117/16 117/16 133/16
**lines [1]** 118/2
**link [2]** 9/12 38/15
**links [3]** 22/3 76/17 76/17
**list [10]** 37/5 46/16 48/7 87/4 87/5 87/10 87/11 87/11 87/20 119/23
**listed [1]** 85/21
**listing [1]** 17/2
**literally [1]** 112/18
**little [7]** 21/10 60/14 64/25 65/1 73/5 84/16 108/23
**live [1]** 77/2 77/3 77/6 85/8 107/15 110/21 133/19
**lived [3]** 70/12 90/11 110/22
**lives [2]** 107/16 107/17
**living [6]** 69/19 76/2 76/8 77/5 111/1 133/18
**LLP [1]** 2/6
**located [13]** 8/1 8/5 33/13 57/19 70/18 71/7 81/22 81/23 98/24 126/24 127/1 129/24 131/4
**locating [3]** 53/22 54/2 68/17
**location [16]** 21/16 21/16 26/15 26/20 28/11 111/25 112/2 112/3 112/4 112/19 114/6 114/13 114/18 131/3 131/5 132/24
**locations [26]** 26/12 26/23 27/7 28/8 64/21 98/22 100/21 101/5 111/20 113/18 114/14 114/18 126/5 126/10 130/19 131/7

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

**L**

logged [1]  6/5
logo [1]  64/23
long [4]  10/23 71/14
 81/17 109/15
Long Beach [1]  10/23
longer [1]  104/20
look [25]  12/24 13/5
 13/6 26/9 40/24 41/1
 42/6 42/25 93/8 98/2
 100/7 100/15 100/16
 100/20 100/21 100/22
 106/4 111/17 114/4
 115/21 119/9 119/14
 120/12 120/15 120/22
looked [3]  10/18 10/19
 26/10
looking [12]  26/24
 38/25 41/23 49/20 50/6
 70/16 85/2 94/1 111/11
 111/17 119/22 128/4
looks [2]  45/13 93/2
loose [1]  55/12
Los [20]  1/16 1/23 4/17
 6/7 63/7 65/18 68/21
 71/18 83/15 85/9 88/4
 110/19 111/21 113/5
 113/13 113/14 113/15
 113/16 115/11 131/4
Los Angeles [16]  6/7
 63/7 65/18 68/21 71/18
 83/15 85/9 88/4 110/19
 111/21 113/5 113/13
 113/15 113/16 115/11
 131/4
lose [4]  44/15 44/25
 74/7 134/25
lost [3]  44/7 45/7 74/13
lot [5]  60/10 63/11
 86/12 86/12 101/24
lots [3]  25/5 100/21
 127/19
loud [2]  65/8 65/9
loves [1]  77/25
low [3]  32/8 43/2 86/6
luck [2]  64/9 64/12
Luna [3]  58/12 58/17
 106/18
lunch [1]  10/18

**M**

M-i-c-h-a-e-l [1]  15/9
ma'am [3]  37/20 45/4
 54/19
macular [8]  59/13
 59/17 59/18 59/22 60/3
 60/4 60/5 60/6
mad [1]  78/12
Madam [2]  11/3 13/2
made [11]  42/11 49/9
 51/10 71/9 81/2 86/4
 90/11 102/16 103/1
 117/21 123/25
magnification [4]

49/13 49/16 51/12
 51/16
magnified [1]  45/19
magnifies [1]  42/17
magnify [2]  51/21
 72/16
magnifying [4]  46/1
 52/3 74/2 116/10
main [1]  21/16
maintain [2]  57/7 57/10
maintains [2]  130/25
 131/12
majority [1]  69/19
make [36]  5/23 7/17
 10/4 23/4 23/5 23/16
 34/11 40/24 40/25
 59/15 64/25 65/1 70/6
 72/4 72/7 72/20 77/7
 77/8 77/24 78/9 80/22
 86/23 87/4 87/24 104/1
 105/5 105/7 105/11
 105/25 107/3 119/16
 127/7 128/8 128/10
 128/13 133/3
makes [8]  69/14 75/22
 76/13 76/22 77/11
 78/10 78/12 78/13
making [4]  19/9 20/9
 20/12 124/25
manner [1]  57/10
manual [3]  17/1 27/15
 27/16
many [12]  16/2 23/9
 40/19 79/1 79/16 80/1
 89/17 89/19 105/15
 105/16 107/13 118/19
map [5]  4/13 4/14
 111/7 132/1 132/1
March [6]  57/2 82/14
 84/24 85/1 89/20 90/4
March 14th [1]  57/2
mark [4]  37/2 96/21
 98/2 113/23
marked [5]  39/22 92/15
 98/15 111/6 127/12
markup [5]  28/7 28/16
 28/18 28/19 28/20
Mary [1]  57/23
Maseratis [1]  102/3
Master [2]  19/21 33/24
Master's [2]  16/8 29/18
matter [9]  15/25 38/25
 93/17 124/23 129/14
 129/21 130/22 135/1
 136/7
matters [2]  117/7
 132/18
may [31]  15/11 37/9
 38/10 39/25 41/12
 44/10 44/10 44/11
 44/15 47/2 51/4 53/14
 54/20 56/21 68/5 89/21
 89/21 91/19 96/23
 114/7 115/16 115/18

115/20 115/22 117/15
 117/18 118/2 119/22
 121/18 123/4 123/10
May 1st [1]  89/21
maybe [8]  10/2 13/13
 55/10 69/1 79/7 79/10
 108/22 109/25
me [100]  5/10 7/12 9/9
 9/14 9/24 13/7 13/24
 14/4 14/6 14/8 21/1
 29/23 36/10 37/14
 37/21 41/18 41/22
 43/10 44/6 44/7 44/9
 44/25 49/5 55/11 59/3
 60/15 61/11 64/18 65/1
 65/7 65/8 66/19 66/22
 66/23 67/19 67/24
 67/25 68/1 69/25 70/21
 71/8 72/14 73/6 73/16
 74/6 75/22 76/13 76/13
 76/13 76/20 76/22 77/5
 77/11 77/12 77/25 78/1
 78/10 78/12 78/13
 78/14 78/20 79/20
 79/22 80/22 83/1 84/7
 84/17 85/18 86/1 87/10
 87/11 87/12 87/19
 89/11 90/6 90/21 91/5
 91/8 91/16 91/17 92/1
 93/10 96/13 97/12
 97/17 99/11 101/25
 102/19 109/9 113/9
 118/11 118/13 118/15
 120/8 121/15 122/17
 123/22 125/8 127/7
 135/1
mean [29]  12/21 20/12
 28/13 28/13 32/13
 49/23 59/9 61/10 61/25
 66/20 70/23 70/24
 72/12 77/10 80/18 81/4
 84/17 84/17 108/2
 110/21 111/1 113/12
 113/15 115/7 116/3
 116/25 121/5 121/7
 124/21
meaning [10]  19/16
 19/18 20/7 21/9 23/24
 27/16 30/22 34/1 34/1
 81/8
meaningful [1]  34/25
means [2]  19/8 46/19
meant [4]  30/25 110/3
 127/22 127/23
medical [4]  31/6 31/10
 117/7 124/12
medically [1]  67/18
Meet [1]  133/5
member [1]  112/15
members [2]  107/10
 107/11
memory [1]  92/3
mention [1]  55/19
mentioned [3]  17/23

41/14 115/12
Mesa [1]  2/8
message [1]  24/9
met [4]  28/8 30/18
 30/20 31/1
method [4]  64/22
 71/11 72/4 108/16
methodology [2]  19/1
 20/1
Miami [12]  57/6 57/8
 57/9 67/14 71/18 81/23
 81/24 82/3 83/15 95/14
 101/2 110/24
MICHAEL [4]  3/11 3/18
 15/1 15/9
microphone [2]  10/5
 10/5
Microsoft [6]  38/21
 39/12 39/14 40/4 41/23
 41/24
mid [1]  104/13
mid-August [1]  104/13
middle [1]  18/22
Midway [3]  100/20
 109/6 132/4
might [12]  12/19 38/11
 40/12 52/1 93/17 106/4
 109/13 109/14 114/4
 116/1 116/16 118/14
 124/4 127/14 128/8
Mike [2]  7/7 14/15
Mike Silverman [2]  7/7
 14/15
miles [5]  8/4 111/25
 112/9 112/18 114/8
mind [1]  45/22
mine [3]  11/23 12/2
 87/5
minute [3]  44/17 91/5
 91/10
minutes [4]  44/20
 54/23 55/11 72/1
missing [1]  26/13
mission [1]  99/15
mitigate [2]  52/4 52/24
mitigation [1]  52/13
mobile [15]  17/20
 22/13 23/21 28/2 29/16
 30/3 47/15 48/22 49/22
 49/22 49/24 49/25 50/2
 50/4 50/25
modern [3]  38/19
 38/21 39/9
modified [1]  29/2
moment [7]  37/24
 41/12 44/9 50/7 95/25
 115/22 119/21
Monica [1]  98/25
Monte [20]  57/9 57/11
 57/19 57/20 58/3 58/6
 58/9 107/17 110/6
 111/21 112/1 112/14
 112/23 113/2 113/10
 113/14 113/21 114/6

114/15 114/17
Monterey [1]  114/11
month [3]  64/1 103/20
 104/12
months [9]  10/16
 89/17 89/19 89/22
 90/13 90/16 104/9
 111/2 111/12
more [15]  7/24 44/10
 70/12 72/8 73/5 75/4
 76/16 76/18 76/20
 78/25 80/6 85/15 85/16
 108/23 114/18
morning [19]  5/3 5/4
 5/5 5/18 7/22 10/14
 14/16 14/18 14/20
 14/21 15/15 15/16
 30/16 30/17 56/24
 56/25 62/10 81/20
 81/21
mortar [1]  131/6
most [5]  38/20 71/13
 74/18 85/23 85/25
mostly [2]  81/15 85/8
motel [1]  105/18
motels [1]  106/4
motion [4]  37/6 46/24
 111/9 114/2
motions [1]  133/8
motor [1]  132/23
mouse [5]  21/11 24/17
 39/4 39/5 39/14
mouth [1]  35/22
move [4]  37/15 41/22
 129/2 132/18
moved [2]  12/13
 131/20
movement [1]  13/6
moving [1]  53/15
MR [7]  3/3 3/4 6/1 7/21
 30/25 31/1 91/21
Mr. [124]  5/11 5/23 6/5
 6/7 6/25 7/3 7/9 7/17
 9/10 9/17 9/24 10/15
 10/22 11/3 12/23 13/21
 14/14 15/11 15/15
 15/23 18/11 20/16
 20/18 21/2 21/5 21/9
 21/21 22/2 23/25 24/16
 25/17 28/10 30/12
 30/16 30/23 30/24 31/1
 31/3 31/7 31/10 31/13
 31/15 31/18 32/1 34/7
 34/13 35/13 36/15
 36/21 37/19 42/11
 42/15 42/19 42/25 43/6
 43/12 45/3 45/15 45/17
 46/24 47/1 47/9 47/13
 47/18 47/24 48/3 48/21
 49/4 49/10 49/14 49/21
 50/7 50/11 50/12 50/18
 50/22 50/23 51/2 51/8
 51/12 52/1 52/8 52/19
 54/12 54/15 54/17 55/3

Day 1 of Court Trial, December 14, 2021

(11) logged - Mr.

## M

**Mr....** [37]  56/24 66/4 68/6 69/12 74/7 75/13 75/15 81/20 86/25 86/25 87/1 87/1 87/13 91/15 91/19 92/24 104/2 104/3 118/8 122/20 123/13 123/19 123/22 125/1 126/4 126/5 128/17 128/20 128/23 129/10 129/17 130/3 130/7 130/14 130/23 132/5 134/6
**Mr. Abraham** [18]  7/17 35/13 49/10 49/14 51/12 52/1 74/7 86/25 87/1 91/19 92/24 104/3 122/20 123/13 125/1 126/5 129/10 130/14
**Mr. Abraham's** [1] 130/7
**Mr. Ballister** [26]  5/11 5/23 10/15 10/22 12/23 14/14 15/11 20/16 24/16 30/12 45/15 47/9 48/3 49/4 52/19 54/15 55/3 66/4 68/6 69/12 75/13 104/2 128/23 130/3 130/23 132/5
**Mr. Gomez** [50]  6/5 6/7 6/25 7/3 9/10 9/24 13/21 15/23 18/11 21/2 21/5 21/9 21/21 22/2 23/25 28/10 30/23 30/24 31/3 31/7 31/10 31/13 32/1 34/7 34/13 36/15 42/11 42/15 42/19 43/6 43/12 50/18 50/23 51/2 54/12 56/24 75/15 81/20 86/25 87/1 87/13 91/15 118/8 123/19 123/22 126/4 128/17 128/20 129/17 134/6
**Mr. Gomez'** [2]  11/3 36/21
**Mr. Gomez's** [6]  31/15 31/18 42/25 50/7 50/11 50/12
**Mr. Silverman** [20]  7/9 9/17 15/15 20/18 25/17 30/16 31/1 37/19 45/3 45/17 47/1 47/13 47/18 47/24 48/21 49/21 50/22 51/8 52/8 54/17
**Mr. Silverman's** [1] 46/24
**Ms.** [5]  5/14 14/24 56/11 128/8 134/25
**Ms. Fisher** [4]  5/14 14/24 56/11 134/25
**Ms. Salazar** [1]  128/8
**much** [9]  25/12 48/17

52/2 54/17 71/20 71/23 87/23 88/5 114/12
**multiply** [1]  40/19
**mute** [2]  12/12 13/21
**my** [85]  5/9 15/9 16/11 19/3 19/4 25/14 28/1 35/2 39/4 47/2 47/13 50/17 54/21 55/4 55/24 56/2 57/2 57/12 59/2 59/11 59/14 59/15 59/22 60/6 60/13 60/21 60/22 60/23 61/13 62/12 63/6 63/8 63/13 63/19 65/22 66/8 69/5 69/18 69/18 69/19 70/11 70/14 70/14 71/4 71/22 72/1 72/18 75/18 75/22 76/25 77/2 77/4 77/7 77/11 77/19 77/25 80/6 81/15 85/25 86/2 86/6 86/13 87/14 88/7 88/8 91/2 101/23 104/19 106/12 106/18 107/10 112/6 118/11 118/15 119/4 123/4 124/4 124/10 124/19 127/6 128/4 128/12 130/2 131/18 133/2
**myopia** [5]  59/13 60/12 60/21 60/22 60/23
**myself** [5]  63/10 63/11 76/15 78/3 101/23

## N

**name** [15]  15/7 15/8 15/9 31/25 56/17 56/18 56/19 56/20 57/21 58/11 58/12 64/23 65/23 119/1 119/2
**nature** [1]  45/22
**navigate** [4]  50/8 50/24 63/10 76/15
**navigating** [2]  43/10 63/10
**nearsightedness** [1] 60/22
**necessarily** [4]  30/5 36/14 39/20 39/21
**necessary** [4]  6/10 7/2 52/16 130/21
**need** [14]  10/2 11/6 13/13 13/20 17/5 17/15 24/22 42/19 73/8 74/1 74/4 74/6 75/6 124/4
**needed** [1]  27/15
**needing** [1]  40/16
**needs** [7]  9/21 10/4 11/5 11/8 11/9 11/21 28/8
**neighborhood** [1] 133/19
**nerve** [2]  32/17 119/10
**never** [6]  8/14 74/17 82/6 82/7 82/10 99/10

**New** [2]  103/1 103/3
**news** [6]  12/8 85/13 107/24 108/17 110/5 110/7
**next** [10]  21/17 55/2 55/4 56/2 84/8 85/19 103/4 113/23 133/2 134/1
**night** [1]  124/23
**nine** [1]  62/3
**no** [142]
**No.** [10]  5/15 48/19 86/16 86/17 86/17 86/18 87/6 87/7 94/2 121/3
**No. 1** [1]  87/6
**No. 14** [1]  121/3
**No. 2** [5]  86/16 86/17 86/17 86/18 87/7
**No. 6** [1]  94/2
**Nobody** [1]  48/2
**non** [2]  20/21 76/19
**non-disabled** [1]  76/19
**non-screen-readers** [1] 20/21
**none** [4]  89/17 92/11 109/14 124/4
**Nonvisual** [1]  17/17
**normally** [1]  130/1
**north** [4]  111/20 113/17 113/19 131/4
**Northern** [1]  16/10
**not** [149]
**note** [2]  67/24 130/17
**notes** [4]  81/15 97/11 125/16 128/4
**nothing** [7]  15/5 43/21 54/14 56/15 83/8 125/24 128/2
**notice** [4]  39/1 40/25 60/18 74/14
**noticed** [3]  20/22 43/1 113/12
**notwithstanding** [6] 35/6 44/3 45/17 49/8 49/13 122/6
**now** [51]  12/20 13/20 14/6 14/13 15/4 24/10 25/8 25/10 27/1 27/5 32/6 37/8 38/7 40/3 42/6 48/5 48/8 48/13 54/21 55/22 56/14 65/17 68/22 74/10 74/11 81/15 85/22 90/10 92/17 93/12 93/17 98/6 98/11 98/18 98/22 111/5 111/20 112/6 115/25 116/4 119/24 120/17 121/18 121/18 121/21 124/6 124/18 125/8 127/3 130/13 130/18
**nowhere** [1]  13/11
**number** [8]  23/5 23/19

45/22 59/17 79/7 83/6 85/21 97/19
**numbers** [1]  70/12
**Nuys** [5]  113/25 114/13 114/19 131/5 131/6
**NVDA** [2]  16/24 17/17

## O

**oath** [2]  83/6 83/7
**object** [6]  39/18 40/14 46/13 52/16 122/17 130/6
**objecting** [1]  122/19
**objection** [20]  18/15 20/14 42/22 47/3 48/25 51/1 51/7 59/24 66/3 68/3 69/10 121/25 123/2 123/6 123/9 123/10 123/25 127/11 129/3 129/6
**objections** [6]  117/17 121/22 122/6 122/14 132/5 132/6
**objects** [4]  40/7 52/15 52/24 122/3
**observe** [1]  113/12
**observed** [1]  129/23
**obviously** [5]  26/11 43/8 76/19 84/5 103/3
**occasion** [1]  102/15
**occur** [1]  62/19
**occurred** [1]  9/3
**occurring** [1]  62/20
**occurs** [1]  129/24
**off** [11]  10/3 10/8 10/11 11/4 11/18 45/9 58/10 59/16 68/1 91/6 134/17
**offer** [1]  131/14
**offered** [5]  8/3 102/2 111/8 127/14 132/23
**offering** [2]  8/21 46/13
**offers** [2]  102/7 102/11
**offhand** [1]  130/5
**office** [3]  16/11 25/15 123/4
**offices** [1]  126/11
**Official** [2]  1/21 136/16
**oh** [20]  37/14 53/25 55/13 55/13 57/22 65/7 75/20 85/13 100/8 100/21 103/7 103/22 104/11 106/9 106/24 112/22 125/6 127/23 131/3 134/13
**okay** [141]
**old** [2]  57/3 57/4
**on** [201]
**once** [2]  67/6 89/11
**one** [44]  14/4 20/9 25/5 29/25 32/7 44/9 47/19 60/16 62/22 64/19 69/1 78/1 78/24 85/25 86/18 86/24 87/9 87/10 87/12

88/11 88/23 93/8 95/8 98/11 98/12 98/14 98/25 99/2 99/9 107/14 107/15 107/17 111/18 111/20 115/8 115/23 120/14 121/2 122/14 122/14 125/22 127/6
**ones** [1]  38/20
**ongoing** [1]  57/16
**only** [25]  8/1 9/20 10/15 33/9 34/23 35/1 35/5 37/23 39/18 48/3 48/7 54/22 78/16 78/20 78/24 106/8 109/18 109/23 110/2 115/22 127/16 130/18 130/19 130/25 131/1
**oOo** [2]  5/2 135/11
**open** [3]  41/12 68/12 93/5
**opening** [9]  3/3 3/4 5/24 6/1 7/17 7/21 7/23 39/11 80/18
**operated** [1]  63/4
**operates** [1]  6/6
**operating** [5]  38/22 39/15 40/4 40/13 120/16
**operation** [1]  59/5
**Operations** [1]  100/10
**ophthalmologist** [2] 31/13 116/22
**opinion** [1]  27/20
**opinions** [1]  124/11
**opportunity** [3]  24/4 93/19 93/21
**oppose** [1]  130/6
**opposition** [3]  111/8 114/1 114/2
**oppressive** [1]  122/1
**optic** [2]  32/17 119/9
**optical** [1]  117/3
**optician** [1]  117/3
**optimistic** [2]  108/18 108/19
**option** [2]  12/18 19/22
**optometrist** [2]  31/12 116/21
**or** [126]  5/24 6/20 8/12 8/13 8/23 9/8 11/9 11/23 12/9 13/4 16/17 17/11 18/1 18/6 18/13 18/20 19/25 19/25 20/4 22/12 23/13 23/19 31/12 32/5 33/15 33/15 38/15 38/20 39/14 41/2 42/15 45/19 46/1 46/7 49/8 49/9 51/21 53/7 58/2 58/24 60/10 60/16 60/16 62/9 62/11 62/14 62/15 62/20 62/23 64/9 64/11 65/17 66/12 66/16 66/24 67/7 68/25 68/25 69/1 70/1 70/17

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

**O**

**or... [65]** 72/4 77/14 77/20 77/20 77/21 78/6 79/10 79/15 80/9 80/14 86/10 88/16 88/23 90/4 90/11 92/6 92/8 93/17 94/2 94/17 97/17 99/5 101/7 101/13 101/16 101/21 102/4 103/20 104/11 104/17 104/23 105/1 105/2 105/3 105/6 105/8 105/12 105/19 106/4 106/6 106/11 106/11 107/5 107/8 107/22 108/3 108/5 108/12 108/22 109/19 109/19 114/11 114/11 114/11 114/12 114/12 114/22 115/2 115/4 116/10 116/21 117/3 120/6 123/4 127/12
**Oracle [2]** 111/15 111/24
**order [9]** 16/22 18/13 19/3 27/14 29/2 43/6 73/9 75/16 113/6
**original [3]** 40/19 41/2 41/5
**other [48]** 8/7 9/1 10/15 17/15 20/4 25/25 30/20 45/19 52/2 52/4 52/8 57/7 57/9 60/16 63/17 63/18 66/10 70/5 76/9 77/22 79/11 80/1 80/3 80/10 84/6 85/18 85/22 97/21 97/25 101/24 102/10 102/16 105/1 108/16 109/25 113/5 113/9 113/17 114/6 114/14 119/21 124/11 124/11 128/22 129/23 130/2 131/6 133/11
**otherwise [2]** 10/5 24/2
**our [6]** 7/9 7/13 10/18 15/23 91/6 134/19
**out [40]** 5/7 9/14 10/14 10/20 11/17 12/3 12/4 12/5 12/14 12/17 25/21 26/1 49/17 61/17 62/18 65/8 65/9 77/1 77/7 83/23 87/7 91/1 91/2 98/21 100/10 102/10 105/25 106/16 106/21 107/22 107/25 108/2 108/5 112/13 112/18 115/18 120/15 127/7 133/3 133/23
**outage [1]** 54/22
**outside [5]** 9/4 31/15 90/12 90/15 90/16
**over [22]** 8/11 19/5

24/17 26/10 26/23 33/6 41/22 55/16 58/9 70/11 70/12 74/22 84/4 85/16 86/12 107/2 107/20 110/13 110/23 115/10 115/13 133/22
**Overbroad [1]** 121/25
**overruled [2]** 18/16 123/11
**Overtalking [1]** 86/21
**own [1]** 75/22

**P**

**p.m [1]** 135/9
**pack [1]** 134/1
**Packard [1]** 72/16
**pad [1]** 81/15
**page [13]** 3/2 21/16 24/23 26/9 37/16 38/7 39/6 48/4 49/21 117/15 120/18 130/11 136/7
**pages [3]** 45/18 111/12 120/15
**pair [1]** 116/17
**pandemic [17]** 84/4 84/9 84/10 84/11 84/13 84/22 84/23 85/22 86/9 88/12 102/16 104/23 105/2 108/23 109/13 109/19 110/13
**paper [3]** 81/15 119/18 121/16
**paragraph [7]** 38/8 42/25 98/10 98/19 100/17 100/22 100/22
**pardon [3]** 7/12 29/23 49/5
**Park [1]** 114/11
**parking [4]** 67/10 67/13 67/17 67/19 118/23 122/7 123/8 127/3
**part [10]** 18/4 32/3 50/5 90/12 91/3 112/8 114/16 122/14 122/22 122/25
**part-time [1]** 90/12
**participant [1]** 24/9
**particular [8]** 43/13 49/20 54/8 68/11 68/12 102/14 106/7 132/21
**particularized [1]** 132/22
**particularly [1]** 108/14
**parties [1]** 119/22
**parts [1]** 121/21
**Pasadena [4]** 113/18 113/18 114/11 115/2
**passenger [1]** 120/7
**PAT [4]** 1/20 134/16 136/3 136/16
**patcuneo1600 [1]** 1/24
**pause [23]** 10/7 10/10 10/12 11/1 11/13 12/7

12/16 13/8 13/19 13/22 24/7 24/12 24/24 44/14 45/6 45/10 52/21 55/1 55/21 74/9 115/22 125/23 127/25
**paused [1]** 37/14
**pauses [1]** 37/15
**pay [2]** 19/19 19/22
**paying [3]** 20/1 50/16 90/21
**Payless [4]** 100/16 100/16 109/6 132/4
**Payless's [1]** 100/17
**payment [2]** 19/17 19/17
**PC [9]** 16/24 16/24 17/11 17/18 21/11 22/14 23/21 28/2 39/9
**PCs [1]** 38/21
**pdf [2]** 24/17 48/4
**people [13]** 8/10 29/25 53/20 53/22 53/25 54/1 76/19 76/19 85/15 86/12 102/12 124/11 127/20
**perceived [1]** 84/22
**percent [2]** 41/2 42/3
**perception [1]** 32/18
**Perfect [2]** 44/24 135/3
**perform [4]** 16/19 16/20 19/3 119/5
**performed [1]** 25/14
**performing [1]** 19/2
**Perhaps [2]** 8/21 8/22
**period [2]** 58/8 61/22
**permission [3]** 37/7 96/24 121/19
**person [20]** 6/3 8/20 21/24 23/13 27/9 27/10 28/4 32/21 39/24 47/16 48/23 50/22 52/1 52/14 52/23 53/11 76/20 118/13 118/21 123/8
**person's [1]** 53/17
**personal [1]** 36/21
**personally [1]** 80/24
**persons [1]** 6/20
**perspective [1]** 16/23
**pertinent [1]** 34/3
**phone [8]** 6/13 9/10 11/9 11/18 23/17 23/22 74/11 78/19
**photograph [1]** 96/16
**phrase [1]** 21/23
**physically [2]** 81/22 81/23
**pick [3]** 19/12 19/25 112/10
**picked [1]** 103/14
**picking [1]** 70/24
**pickup [13]** 21/16 26/12 26/15 26/20 26/23 27/2 27/3 27/4 27/5 27/6 28/8 28/11

64/21
**pieces [1]** 116/10
**Pintos [1]** 102/3
**pixel [1]** 33/14
**placard [15]** 67/10 67/13 67/17 67/19 67/22 117/10 118/23 119/19 120/6 120/8 122/8 123/8 124/8 127/3 127/12
**placards [1]** 127/20
**place [4]** 98/9 112/9 114/10 115/13
**placed [3]** 120/6 123/4 123/4
**places [2]** 85/2 101/24
**plaintiff [34]** 1/7 2/2 5/19 6/16 7/6 7/7 8/1 8/5 8/14 8/18 8/24 9/2 9/7 14/15 15/22 21/1 30/18 30/20 30/22 50/23 55/5 56/8 56/8 56/9 58/20 94/4 122/3 122/7 123/7 128/25 129/1 129/18 129/21 132/20
**plaintiff's [17]** 3/5 3/9 4/2 4/12 7/23 14/22 15/1 24/14 25/13 37/6 46/24 48/19 93/15 96/22 114/2 130/10 131/25
**plan [2]** 69/16 106/8
**planet [1]** 54/1
**planned [3]** 107/5 107/7 108/16
**planning [10]** 65/20 65/21 68/22 69/5 69/6 104/7 107/3 109/20 109/21 128/10
**plans [4]** 55/12 103/6 103/13 104/5
**plastic [1]** 116/10
**play [1]** 40/22
**played [1]** 55/12
**playing [1]** 106/24
**please [25]** 5/17 7/14 13/14 15/2 15/7 25/23 30/11 30/19 35/13 36/19 40/9 44/6 52/17 56/6 56/12 56/17 63/3 66/4 70/3 88/2 101/15 103/15 112/2 121/8 127/7
**plenty [1]** 133/11
**plug [1]** 134/4
**plus [1]** 42/2
**pocket [1]** 127/6
**point [8]** 8/17 25/21 34/17 40/16 46/5 102/15 102/19 131/19
**pointing [1]** 27/1
**popped [2]** 68/14 68/16

**portion [4]** 9/13 38/12 70/11 112/8
**pose [1]** 121/22
**position [1]** 21/11
**possibly [1]** 53/16
**potentiality [1]** 12/10
**pouring [1]** 55/19
**power [9]** 11/25 44/7 44/16 45/1 54/22 105/21 116/2 131/18 133/22
**practiced [1]** 16/2
**predicate [1]** 132/24
**prefiling [1]** 25/14
**premarked [1]** 37/3
**prepare [1]** 43/17
**prescription [7]** 116/13 116/14 116/18 117/24 118/5 118/9 120/3
**presence [1]** 31/4
**present [10]** 21/9 21/20 27/8 33/25 62/22 81/3 81/8 95/18 129/11 129/12
**presenting [1]** 129/13
**presently [1]** 131/12
**PRESIDING [1]** 1/4
**press [1]** 25/3
**pressure [2]** 86/5 133/11
**presumably [3]** 8/2 94/11 113/4
**pretty [1]** 113/11
**prevail [9]** 9/2 129/22
**prevented [2]** 86/9 105/2
**previous [1]** 84/8
**previously [4]** 58/5 104/21 111/8 114/1
**prices [1]** 98/22
**primary [1]** 88/7
**principal [3]** 88/10 88/11 88/21
**prior [8]** 68/9 68/10 129/13
**privacy [7]** 10/4 122/4 122/5 122/15 123/1 124/2 124/19
**private [4]** 124/1 124/5 124/13 124/23
**probably [5]** 12/20 76/18 108/12 108/13 109/25
**problem [7]** 9/16 17/7 54/2 60/23 77/20 77/23 121/9
**problems [1]** 86/5
**proceed [8]** 15/11 17/4 56/5 56/21 117/18 129/22 134/23 134/24
**proceedings [26]** 1/14 3/2 10/7 10/10 10/12 11/1 11/13 12/7 12/16 13/8 13/19 13/22 24/7

**P**

proceedings... [13] 24/12 24/24 44/14 45/6 45/10 52/21 55/1 55/21 74/9 125/23 127/25 135/9 136/6
process [1] 13/1
procured [1] 95/2
produce [11] 90/5 90/7 92/10 92/13 93/24 120/23 122/7 123/7 124/6 124/9 125/16
produced [1] 124/8
producing [1] 25/15
production [10] 4/9 4/11 92/16 93/16 94/2 94/9 94/11 121/2 131/24 131/25
profession [3] 15/24 16/3 16/4
program [4] 40/3 40/12 41/8 42/16
programmer [1] 40/12
progressively [2] 62/6 118/16
promotions [4] 64/18 76/16 102/7 102/11
promulgated [1] 18/6
promulgator [1] 18/7
proof [1] 127/14
proper [1] 28/6
properly [3] 32/25 63/12 64/24
property [1] 30/4
proposed [3] 133/5 134/19 134/20
proposition [1] 29/7
prosecute [2] 8/24 9/7
prospect [1] 16/25
protected [1] 122/4
prove [2] 67/18 121/15
provide [7] 8/10 29/2 50/2 70/5 72/13 95/22 116/6
provided [5] 6/17 7/4 26/17 33/15 43/2
proxy [1] 8/23
public [2] 6/18 7/5
publication [1] 36/8
pupils [1] 119/7
purchase [1] 8/12
purpose [4] 8/7 91/22 101/2 130/17
purposes [4] 8/9 32/22 40/23 97/9
pursuant [1] 136/4
put [8] 9/25 12/14 24/6 60/7 68/21 87/10 91/8 93/23

**Q**

qualified [1] 118/22
qualify [3] 61/14 61/16 67/19

quality [1] 8/12
question [61] 35/9 35/11 35/12 36/18 37/21 46/25 47/13 50/19 50/19 50/20 51/6 51/7 52/13 52/17 68/6 69/2 69/23 69/23 73/15 73/21 78/20 79/20 79/22 79/23 80/12 82/24 87/1 87/15 88/2 88/8 90/6 90/9 91/3 91/25 94/13 94/14 94/15 97/18 100/8 101/15 102/19 102/23 103/25 104/3 108/1 112/6 112/12 114/14 117/13 117/20 117/23 118/4 122/17 122/18 123/14 123/18 123/23 124/10 125/1 127/24 128/12
questioned [2] 47/12 126/4
questioning [1] 47/17
questions [17] 30/9 45/18 49/17 52/8 52/18 81/12 83/6 90/10 93/19 97/3 107/1 120/22 120/24 121/23 124/19 128/16 129/24
quickly [2] 97/13 115/20
quite [2] 59/16 97/11

**R**

rack [1] 133/21
rain [3] 5/7 10/14 55/16
rainbow [1] 61/18
rainbows [3] 59/15 60/14 62/19
rained [1] 10/16
rains [1] 133/24
raise [2] 15/2 56/12
range [1] 85/23
rank [2] 88/12 114/23
ranking [2] 86/9 86/16
rather [1] 97/17
ratio [1] 20/9
Ray [1] 5/18
Ray Ballister [1] 5/18
RAYMOND [1] 2/2
re [1] 11/6
re-sign [1] 11/6
reach [1] 129/20
reaching [1] 32/17
read [37] 6/10 6/14 6/21 7/2 20/10 20/13 27/4 32/24 36/23 36/24 38/10 42/12 42/19 43/15 52/2 59/16 59/25 61/17 62/17 64/18 64/21 64/24 66/17 67/4 70/17 73/8 73/13 75/25 76/6 78/18 78/22 79/18

80/5 118/2 121/19 121/23 122/11
readability [2] 27/23 29/13
readable [6] 6/22 42/15 50/15 63/12 78/8 79/4
reader [49] 16/24 17/10 17/21 19/19 19/10 19/24 20/23 20/24 20/24 22/2 22/4 22/12 22/19 26/16 26/22 27/23 29/13 32/21 32/24 33/2 33/5 33/9 33/13 33/24 34/1 43/12 43/15 47/16 48/23 50/14 50/15 50/23 50/24 51/19 53/5 63/8 63/8 63/13 64/17 64/17 65/4 66/13 67/4 67/4 72/25 73/25 126/9 126/18 126/19
readers [2] 20/21 20/21
reading [47] 6/8 6/10 6/14 6/19 6/21 6/23 6/25 7/2 18/12 19/24 20/13 21/20 21/23 21/25 22/7 22/16 22/23 23/14 23/23 23/25 27/9 27/11 28/10 29/16 63/21 65/4 65/15 70/24 72/25 73/3 73/7 73/13 73/25 75/16 75/19 75/25 76/6 78/8 78/17 78/22 79/4 79/17 80/5 117/15 118/1 118/7 126/14
reads [3] 65/8 65/9 74/1
ready [4] 5/11 5/12 24/10 134/3
realized [1] 96/20
really [6] 33/2 35/2 55/19 87/20 108/13 135/1
reask [1] 94/15
reason [13] 7/3 10/2 45/9 70/14 81/9 87/6 87/7 88/7 88/10 88/13 88/20 88/21 123/11
reasonable [1] 114/24
reasons [5] 78/7 79/17 88/11 110/11 130/8
recall [15] 32/4 32/9 80/15 83/4 83/5 93/18 93/25 99/6 117/12 119/11 120/22 120/24 121/11 126/4 130/5
receive [2] 67/16 118/23
received [10] 31/25 129/9 132/8 132/9 132/10 132/11 132/12 132/13 132/14 132/15
receiving [1] 59/11
recently [3] 10/15 75/4

83/1
recess [4] 44/18 44/22 55/8 91/14
recommend [1] 28/4
record [14] 15/8 15/19 38/10 38/12 56/18 87/12 93/1 93/3 97/1 97/9 119/16 121/19 130/17 134/17
records [4] 31/6 31/10 124/13 125/16
recross [6] 3/10 3/16 52/10 52/11 128/18 128/19
RECROSS-EXAMINATION [1] 52/11
red [4] 26/2 26/11 26/12 26/13
redirect [8] 3/10 3/16 43/22 44/1 45/15 54/15 125/25 126/2
refer [1] 32/15
reference [2] 7/11 120/18
referred [1] 131/5
referring [8] 21/1 36/8 38/5 98/1 99/22 106/25 112/2 112/3
refers [1] 35/10
reflect [1] 96/7
refractive [1] 59/13
refresh [1] 92/3
refusing [1] 124/22
regard [5] 47/1 65/14 66/9 78/17 133/8
regarding [20] 7/24 23/16 29/12 32/1 47/4 69/17 70/6 74/18 74/21 75/9 78/21 79/1 79/2 79/3 94/6 125/3 126/5 127/11 132/18 134/10
regardless [2] 40/12 58/6
regular [1] 91/6
regulations [2] 36/14 136/8
rehab [1] 49/12
rehabilitating [1] 46/17
rehabilitation [2] 16/8 29/19
relate [4] 34/20 34/22 121/3 124/7
related [2] 21/15 122/5
relating [5] 43/9 94/3 94/18 117/7 124/13
relation [1] 69/3
relationship [1] 57/16
relative [1] 106/15
relatives [4] 106/10 106/12 106/13 107/21
relegated [1] 74/11
relevance [1] 34/18
relevant [5] 33/18 33/19 34/11 34/12

94/13
relief [2] 98/7 129/16
relink [1] 13/12
relying [1] 38/11
remaining [1] 90/22
remember [10] 31/25 45/20 82/25 89/7 96/2 98/14 99/4 108/13 115/25 121/1
remembered [1] 130/1
remove [1] 29/3
Renee [2] 12/12 13/16
renew [1] 47/2
rent [57] 8/7 8/15 16/17 19/4 19/12 33/20 57/13 63/1 65/18 65/25 66/7 66/13 66/15 66/25 69/4 70/16 71/2 71/6 88/5 88/16 88/21 88/23 90/21 94/22 94/24 94/25 95/1 95/10 96/1 98/17 98/24 98/25 99/9 99/17 99/20 99/21 99/22 100/2 100/4 100/12 100/12 100/18 100/21 100/23 100/24 101/4 101/18 102/9 103/13 108/15 110/15 112/4 112/8 112/19 113/6 114/17 132/4
rental [51] 6/6 16/17 19/19 20/1 36/22 59/5 63/6 63/8 65/2 66/12 66/14 69/8 70/17 71/1 71/2 73/17 77/8 77/11 77/13 78/11 78/16 78/21 79/3 79/16 80/1 80/13 80/19 83/21 85/2 87/25 95/3 97/22 98/9 98/22 100/16 101/1 101/24 108/25 112/9 113/9 114/25 115/8 115/10 126/6 126/10 126/15 126/19 126/20 126/24 126/24 130/25
rental's [2] 98/9 98/20
rentals [6] 68/21 79/2 79/11 98/4 100/1
rented [12] 57/12 57/13 58/2 83/22 89/16 91/22 91/23 92/3 92/5 92/11 95/6 114/10
renting [7] 7/24 66/10 77/21 101/2 101/3 101/13 101/20
repeat [3] 88/2 101/15 103/15
rephrase [7] 30/19 35/13 36/18 52/17 76/4 108/1 121/8
report [2] 25/14 43/17
reported [1] 136/6
reporter [7] 1/21 7/10 7/14 91/7 133/3 134/12

**R**

**reporter...** [1] 136/16
**REPORTER'S** [1] 1/14
**represent** [10] 24/13
25/13 48/18 93/14
97/21 98/5 98/17 109/4
111/19 119/20
**represents** [1] 28/9
**request** [13] 4/9 92/16
93/8 94/1 94/9 94/11
97/5 121/2 121/14
121/14 122/4 130/7
131/24
**requests** [6] 4/10 93/6
93/16 93/18 121/2
131/24
**require** [2] 43/6 75/9
**required** [1] 67/16
**research** [1] 59/22
**reservation** [7] 65/2
77/10 77/25 80/23 84/5
87/24 105/7
**reservations** [2] 105/5
106/1
**reserve** [3] 77/24 78/6
130/4
**reserved** [1] 129/14
**reserving** [1] 77/20
**reside** [1] 57/5
**residence** [4] 57/7
57/10 82/3 112/8
**respect** [2] 27/23 80/3
**respectively** [1] 132/3
**response** [15] 4/8 4/10
45/18 90/10 92/11
92/16 93/7 94/4 94/10
94/10 120/21 121/19
123/7 131/23 131/24
**responses** [4] 93/4
93/15 96/22 97/4
**responsive** [1] 94/5
**rest** [3] 128/25 130/21
132/16
**restart** [1] 54/21
**rested** [1] 10/18
**restrictions** [1] 39/23
**rests** [1] 129/1
**result** [4] 24/25 25/1
67/2 76/10
**resulted** [1] 68/17
**results** [1] 27/21
**resume** [1] 37/14
**return** [1] 103/21
**returned** [2] 89/24
89/25
**returning** [3] 63/7
80/16 80/17
**review** [1] 25/16
**reviewed** [1] 31/6
**Rich** [1] 26/3
**right** [72] 5/13 9/9
10/25 13/15 13/18
14/12 14/23 15/2 16/11

17/19 18/20 21/2 22/13
23/3 24/11 26/12 27/19
29/9 44/12 44/19 45/13
46/1 47/10 47/21 48/18
49/19 50/6 51/20 52/7
54/25 55/6 55/23 56/1
56/4 56/12 59/4 61/4
62/17 67/20 68/22
73/24 74/24 79/3 81/11
84/12 85/9 86/14 91/10
91/19 93/12 93/23
96/25 97/7 103/2 108/8
108/10 111/15 112/6
115/24 116/3 123/1
124/2 124/5 124/18
124/19 126/17 127/24
131/16 132/7 132/25
134/21 135/5
**righty** [2] 14/3 91/16
**risk** [1] 86/14
**road** [11] 2/3 69/1 69/2
83/17 89/13 105/12
105/15 109/20 109/21
109/25 110/2
**room** [8] 1/22 57/12
57/14 58/2 58/2 89/16
89/17 95/21
**Rosemead** [1] 114/11
**rule** [1] 46/20
**rulings** [2] 129/23
130/2
**run** [2] 25/20 134/3
**running** [5] 40/4 89/4
89/5 89/6 89/8

**S**

**S-a-n-d-o-m** [1] 57/22
**S-i-l-v-i-a** [1] 58/14
**S-y-l-v-i-a** [1] 58/13
**safe** [2] 131/19 134/5
**said** [31] 10/17 10/19
13/5 17/5 17/16 28/12
35/19 59/17 74/24 75/6
84/19 85/11 85/18
86/11 87/5 92/2 94/22
99/7 99/10 99/10 102/6
106/22 107/3 112/20
113/13 118/12 119/11
121/20 127/21 128/2
135/1
**Salazar** [2] 65/24 128/8
**same** [23] 9/2 10/17
10/23 18/9 23/16 23/19
24/25 25/1 27/6 39/13
41/10 42/1 51/11 62/20
62/21 62/22 64/8 65/14
80/12 97/23 99/3 99/5
100/8
**Samsung** [5] 6/13
23/17 63/19 63/19 64/7
**San** [1] 2/4
**Sandom** [2] 57/20
57/22
**Santa** [1] 98/25

**Santa Monica** [1]
98/25
**satisfaction** [3] 67/21
101/3 101/13
**save** [1] 85/19
**saw** [1] 117/10
**say** [35] 20/12 28/13
32/13 32/22 33/12
33/13 33/15 33/24 34/4
38/19 39/12 39/21
57/13 58/24 60/8 62/1
68/16 70/22 72/11 79/6
79/7 80/6 86/15 87/9
87/16 110/13 114/9
114/20 116/16 116/25
121/5 123/20 124/4
124/22 131/1
**saying** [7] 19/23 29/1
47/7 85/6 86/17 86/17
110/2
**says** [13] 11/16 11/23
11/24 12/2 13/4 13/5
24/17 43/1 64/19 64/20
65/9 74/3 124/1
**schedule** [4] 91/6
133/10 134/20 135/2
**school** [1] 16/9
**scope** [3] 46/14 46/15
121/25
**screen** [155]
**screen-read** [1] 66/17
**screen-reader** [42]
16/24 17/10 17/21 19/9
19/10 19/24 20/23
20/24 20/24 22/2 22/4
22/12 22/19 26/16
26/22 27/23 29/13
32/21 32/24 33/2 33/5
33/9 33/13 33/24 34/1
43/12 43/15 47/16
48/23 50/14 50/15
50/23 50/24 51/19 53/5
63/13 65/4 66/13 72/25
126/9 126/18 126/19
**screen-reader-reader**
[3] 63/8 64/17 67/4
**screen-reader-reading**
[1] 73/25
**screen-readers** [1]
20/21
**screen-reading** [40]
6/8 6/10 6/14 6/19 6/21
6/23 6/25 7/2 19/24
20/13 21/20 21/23
21/25 22/7 22/16 22/23
23/14 23/23 23/25 27/9
27/11 28/10 29/16
63/21 65/4 65/15 70/24
73/7 73/13 75/16 75/19
75/25 76/6 78/8 78/17
78/22 79/4 79/17 80/5
126/14
**screen-sharing** [1]
24/9

**screen-shot** [1] 49/20
**screen-shots** [3] 96/6
96/9 96/11
**screens** [1] 44/4
**scroll** [4] 38/7 39/5
40/16 98/8
**Scrolling** [1] 97/14
**search** [3] 68/17 68/20
114/17
**second** [8] 14/4 70/14
102/1 115/23 125/22
127/6 129/16 129/16
**Section** [3] 18/4 19/5
136/4
**Section 508** [2] 18/4
19/5
**Security** [4] 36/5 36/6
36/9 36/13
**see** [70] 9/14 9/19 11/2
11/5 13/6 13/24 14/6
21/10 21/11 21/17 22/1
22/18 24/6 24/18 25/7
25/15 26/7 26/15 35/6
36/4 37/13 37/16 37/21
38/1 38/8 38/12 38/17
39/6 40/1 40/17 41/1
41/18 41/25 43/3 43/10
44/8 44/20 47/24 47/25
48/2 48/5 48/7 48/8
48/13 52/14 52/24
53/11 53/14 61/2 61/11
69/18 85/8 91/16 92/21
92/24 93/6 93/9 93/11
93/12 95/20 98/5
102/14 106/24 110/7
116/3 116/7 116/21
119/24 127/8 127/8
**seeing** [3] 24/15 24/16
24/21
**seems** [3] 9/9 20/22
24/8
**seen** [7] 31/9 31/13
51/17 51/21 116/21
116/22 117/6
**Select** [1] 25/9
**separate** [1] 133/7
**separating** [1] 8/2
**September** [17] 104/10
104/12 104/13 104/18
104/24 105/3 105/6
105/8 105/12 106/6
106/11 106/16 107/4
107/5 107/22 108/3
108/6
**serious** [2] 85/24 85/25
**served** [1] 94/11
**servers** [1] 133/22
**services** [8] 6/17 7/4
8/3 8/11 8/21 76/22
102/13 132/23
**set** [4] 35/16 35/18
35/19 78/7
**settings** [1] 10/4
**several** [5] 17/15 22/6

61/24 61/25 111/4
**severely** [2] 60/15
61/12
**shall** [6] 13/15 15/3
15/4 56/5 56/13 56/14
**share** [18] 24/23 25/3
25/3 25/10 30/12 37/7
37/14 41/17 41/19 48/4
48/10 48/10 92/17
96/23 124/14 125/3
125/11 125/13
**share-screen** [1] 25/3
**sharing** [7] 24/9 24/22
41/11 52/19 92/23
96/20 119/21
**sharper** [1] 116/8
**she** [30] 13/12 66/1
82/19 82/20 82/22
82/23 82/24 83/15
83/17 83/17 83/20
83/22 83/22 83/23
89/10 94/23 95/7 95/8
95/19 95/20 95/21
105/11 106/19 112/16
112/17 112/20 112/21
112/22 133/3 134/15
**She'll** [1] 134/13
**she's** [2] 77/25 96/3
**sheets** [1] 120/15
**shop** [2] 25/3 117/3
**shortcuts** [1] 41/24
**shortly** [1] 10/17
**shot** [1] 49/20
**shots** [3] 96/6 96/9
96/11
**should** [9] 26/6 33/24
49/3 49/6 54/22 58/24
101/23 129/14 133/7
**show** [8] 7/25 8/15 9/6
96/24 97/2 121/15
124/3 127/5
**showed** [1] 47/19
**showing** [6] 24/1 24/1
28/7 42/17 96/17
120/17
**shown** [2] 25/22 25/24
**shows** [2] 124/5
124/23
**shrank** [1] 96/19
**shrink** [1] 40/20
**shut** [3] 11/18 84/25
89/7
**shutting** [1] 85/16
**side** [2] 113/5 113/6
**sight** [6] 6/3 8/19 18/12
21/7 21/24 31/19
**sight-impaired** [1]
21/24
**sight-reading** [1] 18/12
**sighted** [3] 22/1 24/2
76/19
**sign** [10] 10/3 10/3
10/8 10/8 10/11 11/6
11/10 12/21 45/8

**S**

**sign...** [1] 119/18
**signed** [4] 11/4 11/5 45/9 68/1
**signs** [1] 11/8
**SILVERMAN** [26] 3/11 3/18 7/7 7/9 9/17 14/15 15/1 15/10 15/15 20/18 25/17 30/16 31/1 37/19 45/3 45/17 47/1 47/13 47/18 47/24 48/21 49/21 50/22 51/8 52/8 54/17
**Silverman's** [1] 46/24
**Silvia** [2] 58/12 106/18
**similar** [3] 80/4 98/19 129/23
**simple** [1] 118/13
**simply** [6] 8/10 46/6 52/3 78/11 116/9 131/1
**since** [14] 27/24 58/2 58/10 70/10 80/24 81/3 81/7 89/24 92/5 92/8 93/7 97/11 113/13 118/4
**single** [1] 22/1
**sir** [96] 9/25 15/16 15/21 16/1 16/5 16/14 16/18 18/19 18/25 20/20 21/22 22/9 22/18 23/8 23/15 23/18 25/18 26/25 27/3 27/18 28/25 29/5 29/8 29/20 30/4 30/7 30/17 31/2 31/5 31/8 31/11 31/14 31/17 31/20 32/10 32/14 32/20 33/1 33/4 33/11 34/6 35/4 36/2 36/17 36/23 38/2 38/6 38/18 39/7 39/10 39/16 40/8 40/15 40/21 41/3 41/6 41/16 42/1 42/5 42/16 42/21 43/4 43/18 43/20 45/21 45/25 46/4 46/9 48/7 48/14 48/24 50/2 51/14 51/24 52/6 53/1 53/10 54/6 54/11 81/21 82/2 82/5 85/10 93/10 94/14 100/6 101/15 104/22 111/9 112/2 116/5 119/15 122/12 123/14 126/7 127/4
**site** [1] 33/25
**sitting** [1] 108/3
**situation** [1] 76/10
**six** [2] 101/1 108/9
**size** [17] 38/14 38/23 39/3 39/6 39/18 40/6 40/14 40/19 41/2 41/5 42/3 42/14 42/19 46/6 51/17 51/25 114/7
**sized** [2] 115/6 115/7
**small** [1] 113/14

**smaller** [1] 49/9
**SMITH** [1] 2/6
**so** [179]
**society** [1] 77/1
**software** [60] 6/8 6/10 6/14 6/19 6/21 6/23 6/25 7/2 18/13 19/24 19/25 20/13 21/20 21/23 21/25 22/7 22/16 22/23 23/14 23/24 23/25 27/9 27/11 27/23 28/10 29/13 29/16 47/16 48/23 50/14 50/15 50/23 50/24 53/6 63/13 63/22 65/4 65/4 65/15 66/13 70/24 73/7 73/8 73/13 73/25 75/16 75/18 75/19 75/25 76/6 78/8 78/18 78/22 79/5 79/18 80/5 126/9 126/14 126/18 126/19
**sole** [1] 130/17
**solemnly** [2] 15/3 56/13
**some** [22] 10/2 19/16 25/25 26/19 34/19 34/22 34/25 38/12 39/22 45/9 52/24 68/16 74/13 74/20 79/11 80/10 84/23 85/25 102/15 102/19 116/6 121/21
**somebody** [12] 32/11 32/15 34/5 34/20 34/23 35/1 35/5 112/15 113/4 117/7 122/24 124/3
**somebody's** [1] 35/3
**somehow** [1] 112/24
**someone** [3] 8/22 19/20 77/21
**something** [12] 21/8 21/19 33/19 44/10 59/17 60/10 71/16 73/23 75/6 86/1 93/12 127/14
**sometime** [4] 16/11 94/9 128/9 128/10
**sometimes** [6] 20/20 53/13 86/1 107/19 110/24 115/14
**Somewhat** [1] 110/20
**somewhere** [2] 71/2 84/15
**sorry** [32] 14/4 27/4 29/24 30/25 34/9 35/19 40/8 70/4 76/3 76/4 78/19 78/19 79/21 79/21 84/8 86/20 87/18 88/2 90/15 93/13 96/19 100/8 102/25 103/15 103/24 104/15 107/1 112/7 113/20 125/8 126/12 128/3
**sort** [2] 8/12 91/6

**sorts** [1] 65/10
**sound** [2] 13/21 100/9
**source** [3] 19/13 26/10 39/23
**South** [1] 113/18
**Southern** [13] 69/6 69/17 70/1 70/6 71/2 71/6 71/10 126/6 126/15 126/20 128/8 128/13 130/25
**speak** [7] 6/24 6/25 33/9 65/5 65/5 65/10 124/12
**speaking** [3] 34/5 58/23 112/1
**speaks** [2] 6/22 22/16
**special** [1] 102/2
**specialist** [3] 7/7 118/19 118/20
**specialists** [1] 118/10
**specials** [2] 76/17 102/7
**specific** [3] 87/20 111/25 120/15
**specifically** [2] 35/16 88/22
**speculation** [5] 34/8 34/10 51/2 114/23 123/15
**speech** [2] 17/10 65/7
**spell** [6] 7/11 7/13 17/5 17/8 17/16 57/21
**spelled** [1] 58/17
**spelling** [2] 15/7 56/17
**spend** [2] 71/20 71/24
**spoke** [4] 11/16 12/25 13/10 110/9
**spoken** [7] 23/1 23/2 31/3 31/9 31/12 31/15 31/18
**spots** [4] 59/14 60/13 61/18 62/18
**standard** [2] 17/23 35/25
**standards** [3] 35/17 35/18 35/20
**standing** [5] 8/24 9/7 132/21 132/24 133/8
**start** [8] 11/19 14/8 21/4 59/16 71/23 86/3 106/13 107/2
**started** [3] 18/23 85/2 109/20
**starts** [3] 72/25 73/3 123/7
**state** [20] 5/17 9/4 9/8 15/7 56/17 67/16 67/17 67/21 67/22 79/11 80/2 80/3 80/3 80/10 93/3 122/5 122/8 125/17 127/17 127/19
**stated** [1] 92/11
**statement** [11] 3/3 3/4 5/24 6/1 7/18 7/19 7/21

7/23 50/17 90/11 110/21
**statements** [4] 68/4 94/2 94/6 94/17
**states** [7] 1/1 42/11 71/15 84/18 84/19 136/4 136/9
**status** [1] 11/3
**stay** [4] 105/18 106/4 106/5 134/5
**stayed** [5] 58/5 58/8 82/16 89/13 90/13
**staying** [2] 82/20 106/10
**stenographically** [1] 136/6
**step** [3] 40/3 44/25 133/2
**STEPHEN** [2] 2/6 5/21
**Stephen Abraham** [1] 5/21
**stephen.abraham** [1] 2/9
**steps** [2] 16/15 16/19
**stick** [1] 118/14
**still** [9] 11/4 11/5 12/15 34/14 40/1 81/16 104/22 104/23 115/18
**stipulate** [2] 97/6 130/24
**stipulated** [2] 130/20 131/15
**stipulation** [1] 131/14
**stomach** [3] 86/5 87/6 104/20
**stop** [13] 21/1 24/22 41/4 41/11 48/10 52/19 62/12 77/4 86/22 86/24 91/5 96/20 119/20
**stopped** [1] 10/17
**stopping** [2] 78/14 105/22
**stores** [10] 70/17 71/1 71/2 71/7 126/15 126/20 126/20 126/24 130/25 131/11
**strange** [1] 14/9
**street** [3] 1/21 1/22 57/21
**streets** [1] 110/25
**strictly** [1] 30/7
**strike** [1] 70/15
**structure** [1] 26/8
**structured** [1] 26/8
**stuff** [8] 62/15 64/20 75/22 75/23 86/1 86/6 102/11 110/14
**subject** [12] 9/2 15/25 49/1 49/15 51/11 51/16 122/6 123/1 130/5 131/8 132/17 134/22
**submission** [2] 130/13 133/1
**submitted** [1] 130/22

**subset** [1] 54/8
**succeed** [3] 99/17 101/3 101/20
**successfully** [1] 34/15
**such** [9] 24/2 50/23 52/23 67/21 75/24 76/5 77/13 129/14 132/18
**suddenly** [1] 108/20
**sue** [1] 8/10
**sued** [12] 78/16 78/21 78/24 78/25 79/1 79/3 79/11 79/16 80/1 80/2 80/9 80/13
**suffer** [2] 104/20 104/22
**sugar** [1] 86/6
**suit** [2] 80/25 81/1
**Suite** [2] 2/4 2/7
**sum** [2] 29/10 29/12
**summary** [4] 37/6 46/25 111/9 114/2
**summer** [5] 85/6 89/8 128/9 128/11 128/13
**support** [2] 37/5 46/24
**supposed** [1] 120/14
**sure** [11] 10/4 12/6 17/9 17/17 37/20 74/13 86/23 87/4 105/11 113/11 119/18
**surprise** [3] 107/19 108/4 111/23
**surprised** [1] 133/25
**survey** [3] 18/20 23/4 23/5
**sustained** [4] 20/15 51/3 51/7 60/1
**SVGs** [1] 39/22
**swear** [4] 14/23 15/3 56/10 56/13
**switch** [2] 44/10 105/24
**switched** [1] 26/9
**switching** [1] 44/11
**SWORN** [2] 15/1 56/9
**system** [4] 38/22 39/15 40/4 40/13

**T**

**tab** [1] 22/13
**take** [25] 16/15 16/19 35/21 39/4 40/3 40/11 44/17 54/23 62/20 62/21 67/15 68/25 71/12 71/13 71/14 71/14 85/2 91/10 96/6 96/9 96/11 96/16 105/16 112/15 133/1
**taken** [3] 83/2 83/3 83/11
**takes** [1] 133/22
**talk** [4] 21/24 36/12 102/1 122/14
**talked** [2] 32/6 35/15
**talking** [8] 29/3 35/5

{PLAINTIFF} v.                                                                 {WITNESSNAME}
{DEFENDANT}                                                                    {DATE}

**T**

talking... [6]  35/15
38/20 54/8 75/5 93/10
109/23
tank [1]  105/12
tap [2]  22/12 22/12
Technical [2]  9/16 14/4
technology [3]  40/22
51/19 53/5
telephoned [1]  12/25
tell [24]  11/3 23/25
50/7 50/10 53/15 72/9
103/23 105/11 106/15
106/15 106/21 107/7
107/9 107/18 108/5
108/8 110/15 126/9
126/14 126/19
telling [2]  19/10 87/12
tells [1]  28/23
ten [2]  44/17 44/20
ten-minute [1]  44/17
tenant [2]  57/16 58/6
tend [1]  115/12
term [1]  60/8
terminology [1]  37/1
terms [3]  49/12 76/1
76/10
territory [1]  9/4
Tesla [2]  134/1 134/1
test [2]  25/20 27/21
testified [6]  29/18
73/18 82/7 97/19
104/21 121/13
testify [5]  20/16 59/25
111/19 111/19 130/21
testimony [28]  8/15
15/3 29/10 32/1 32/9
45/17 45/20 46/5 46/5
49/7 51/20 53/25 73/16
74/18 74/20 74/22 75/1
81/25 83/10 87/22 88/1
88/3 88/24 92/2 95/8
123/5 127/11 129/17
testing [2]  27/15 27/16
tests [1]  119/5
text [25]  9/14 19/16
20/7 20/9 20/10 20/13
22/3 32/22 32/24 33/6
33/15 38/13 42/11
42/16 42/19 43/6 43/13
43/15 52/15 52/15
52/18 53/3 64/18 65/7
70/25
than [14]  12/20 30/21
57/7 57/9 63/18 70/12
77/22 78/25 79/12 80/6
88/12 113/21 114/12
114/18
thank [52]  7/16 7/20
13/18 15/12 15/18
20/17 23/3 24/11 25/12
27/19 30/11 30/13

37/10 43/23 44/13
44/21 45/11 45/16
46/10 48/17 49/19 52/7
54/16 54/17 54/19 56/7
57/25 58/15 58/19 68/7
69/15 75/9 75/14 87/17
91/12 91/13 91/21
92/25 117/19 122/21
126/1 127/2 128/20
128/21 130/15 133/13
133/14 134/8 135/4
135/5 135/6 135/7
that [597]
that's [87]  11/21 11/25
12/18 13/13 16/14
16/18 20/3 21/3 21/19
21/22 24/3 24/5 33/8
33/18 33/19 34/11
34/21 34/24 37/1 39/8
39/8 40/3 41/9 41/18
42/4 43/16 45/13 46/9
47/16 47/19 50/18
51/24 53/19 53/21
53/24 54/4 54/13 57/16
57/22 58/18 58/22
60/23 62/24 63/2 65/16
67/5 69/23 73/1 73/15
75/8 76/25 77/12 77/23
79/19 82/2 82/5 82/24
84/24 86/7 88/8 88/25
89/15 94/13 95/12
95/17 96/15 97/2
100/14 101/19 104/8
105/20 109/5 112/12
113/3 116/24 117/10
120/9 121/12 123/18
123/25 123/25 124/4
124/4 126/25 127/13
128/15 133/18
their [22]  22/3 22/3
22/3 22/3 49/25 59/5
66/22 67/3 67/4 70/17
73/18 79/4 79/18 80/5
100/11 100/17 101/12
101/19 109/8 109/11
109/15 124/4
them [24]  25/6 85/19
89/7 98/2 106/10
106/11 106/14 107/19
107/24 108/4 108/5
108/7 108/8 108/17
109/10 110/5 110/8
110/9 110/9 110/12
110/15 120/16 122/7
122/12
themselves [3]  8/13
93/7 93/18
then [34]  8/19 10/18
11/6 12/14 13/16 17/14
17/23 24/22 25/3 25/4
25/9 29/14 34/12 53/14
67/6 67/6 73/3 73/4
74/24 75/4 81/3 85/11
85/13 85/14 89/24 92/5

98/15 112/17 121/23
130/3 130/20 130/21
134/22 134/23
there [90]  5/10 7/23
9/23 12/15 13/3 14/3
14/10 17/6 19/15 19/16
19/16 20/24 21/13
21/15 22/6 23/11 25/7
25/10 25/25 26/12
26/18 27/2 27/5 27/24
28/1 33/20 33/22 33/23
34/2 34/14 39/22 39/25
40/1 40/5 40/21 41/4
49/2 49/11 53/4 53/11
58/6 59/17 64/25 68/14
69/19 70/11 70/12
74/20 74/21 76/14
76/14 76/18 79/8 79/10
84/4 84/13 85/16 86/13
89/18 89/19 89/20
89/21 89/22 89/23
91/15 99/21 100/2
100/5 100/23 100/24
102/14 104/13 105/1
107/20 108/7 108/18
109/24 110/13 110/23
111/3 111/20 112/11
113/4 113/9 113/11
114/10 114/14 114/17
114/24 117/17
there's [16]  19/20
19/21 19/21 20/20 21/7
25/25 25/25 27/3 33/13
35/18 43/9 53/7 60/7
78/14 101/24 123/11
thereby [1]  8/24
these [28]  17/24 27/13
28/3 28/5 28/6 33/24
36/12 46/14 47/14 61/1
61/17 61/19 61/22
62/17 62/19 71/1 87/10
92/17 93/4 97/13 107/1
109/7 115/6 116/14
116/16 118/14 120/9
126/5
they [52]  8/12 8/13
19/12 20/8 32/12 32/18
33/23 35/2 37/13 38/24
53/14 61/7 61/8 62/19
62/20 62/21 62/22
64/24 66/18 66/21
66/22 66/23 67/2 67/21
67/24 72/10 72/13
73/18 76/16 76/18
76/19 85/6 85/15 86/11
87/19 89/5 89/7 89/8
100/21 101/11 102/3
102/6 110/13 113/22
115/8 115/10 115/12
116/6 118/14 120/9
131/2 131/3
they're [11]  19/11
33/22 52/15 61/21
64/22 98/24 108/3

111/15 113/21 116/9
116/9
thing [4]  8/1 10/17 73/1
106/8
things [19]  17/5 17/8
17/15 26/1 32/7 59/17
60/12 62/19 64/13 65/9
85/16 92/17 99/8 105/1
110/13 119/22 120/14
123/17 133/11
think [29]  14/13 45/7
71/13 75/7 81/25 86/19
87/14 90/4 92/2 95/19
96/2 101/23 108/19
108/25 109/2 109/24
110/10 110/21 113/22
114/7 114/22 114/24
117/13 124/22 125/5
127/8 127/22 129/8
133/7
thinking [1]  123/17
thinks [1]  111/24
third [2]  38/7 98/25
this [142]
those [41]  17/5 17/8
21/14 23/12 23/12
23/23 34/19 34/22
34/25 36/14 38/11
38/21 51/11 66/17
66/21 67/7 69/1 69/1
76/22 77/18 79/11
85/23 85/23 85/24
97/23 99/3 101/5 101/8
102/12 106/24 109/3
111/3 113/20 116/13
117/20 127/20 131/11
131/22 132/7 133/8
134/23
though [3]  12/15 34/2
88/22
thought [1]  108/18
three [7]  69/1 71/17
98/22 99/3 105/17
105/17 133/21
through [11]  13/2 17/1
32/6 77/21 88/5 97/13
97/14 98/8 115/17
117/16 132/2
throwing [1]  44/10
thrown [1]  77/1
thru [1]  132/15
ticket [1]  105/8
Tim [1]  18/7
time [60]  21/17 27/2
27/3 27/5 30/9 30/18
30/20 36/11 52/9 58/8
61/22 62/20 62/21
62/22 63/24 64/3 66/10
71/9 71/20 71/23 81/12
82/12 82/14 86/24 87/8
88/3 89/13 90/12 90/22
91/7 91/8 91/21 91/23
95/5 97/16 101/7
101/11 103/5 105/18

106/7 108/20 109/1
116/12 116/14 116/17
117/6 117/20 118/18
121/25 125/18 126/22
128/6 129/13 130/8
130/9 130/13 130/19
131/1 132/17 132/22
times [8]  20/23 40/19
41/2 41/4 64/22 73/11
111/4 129/18
timing [1]  133/5
title [5]  18/5 19/6 37/25
58/7
Title III [2]  18/5 19/6
today [5]  30/21 31/3
57/3 81/8 117/24
together [1]  60/7
told [14]  13/2 60/7
61/19 67/24 91/1 107/8
107/13 107/15 107/18
107/21 108/7 110/9
110/12 118/20
too [3]  41/18 81/17
110/12
took [6]  69/2 83/7
83/14 105/15 118/12
119/3
tool [9]  25/20 51/16
72/15 72/18 72/20
72/25 73/9 74/2 74/25
tools [1]  46/7
top [2]  39/1 41/1
total [2]  23/5 23/9
totally [1]  20/3
touch [1]  134/9
town [2]  2/7 113/14
track [1]  135/1
train [6]  68/25 71/13
71/14 74/19 105/8
110/1
training [1]  117/7
trains [2]  89/4 89/5
transaction [1]  9/13
transcript [9]  1/14
75/10 115/21 117/16
133/3 134/11 134/18
136/5 136/7
translated [1]  26/21
transmitted [1]  32/18
transport [1]  113/5
transportation [2]
71/11 108/16
travel [1]  108/21
traveled [3]  8/6 106/5
112/9
trial [4]  1/19 10/15 47/5
130/10
TRIBECCA [18]  1/9
5/16 5/22 15/20 58/21
59/5 63/5 63/8 85/17
94/24 95/15 98/12
100/4 102/2 112/3
112/4 114/13 130/18
tried [4]  63/25 64/3

## T

tried... [2] 64/14 84/5
trip [27] 63/6 69/1 69/2 69/6 69/17 70/1 70/6 83/14 83/17 85/2 89/13 105/6 105/12 105/15 105/21 106/9 107/4 107/5 107/7 107/8 109/20 109/21 110/2 110/3 128/8 128/10 128/13
trips [1] 109/25
true [4] 123/10 126/23 126/25 136/5
truth [9] 15/4 15/5 15/5 56/14 56/15 56/15 83/8 83/8 83/8
truthful [1] 83/11
try [5] 11/12 13/7 13/13 63/17 72/3
trying [13] 27/11 49/12 49/18 50/8 63/4 63/6 63/10 64/10 71/20 71/24 73/21 77/2 77/3
Tuesday [2] 1/17 5/1
turn [9] 9/21 11/18 13/20 13/21 14/2 44/18 45/5 51/8 127/9
turned [2] 10/1 10/5
turns [1] 62/20
TV [2] 124/3 124/23
two [24] 7/6 20/25 27/13 55/16 71/16 71/16 89/22 90/12 90/13 90/16 90/17 98/11 102/8 107/21 109/19 109/19 111/1 111/11 111/20 118/2 130/19 130/25 131/11 133/20
type [8] 23/17 26/19 27/20 53/4 53/6 53/23 63/14 64/15
types [4] 19/7 64/13 102/5 102/6
typewritten [1] 46/3
Typically [1] 73/7

## U

Uh [4] 72/18 84/21 91/25 103/17
Uh-huh [2] 84/21 103/17
ultimately [1] 8/20
umm [23] 59/12 68/14 70/19 73/15 78/19 82/11 84/4 86/11 86/19 87/19 90/19 94/21 94/24 96/2 102/18 105/4 105/10 108/1 108/22 112/15 113/22 114/20 125/5
unable [4] 6/11 6/14 35/5 96/1

uncles [1] 70/13
uncontroverted [1] 129/17
under [7] 26/12 28/21 80/17 83/6 130/7 130/13 133/1
underneath [1] 28/22
underscore [1] 8/17
understand [26] 19/25 21/5 25/19 27/14 28/11 32/13 35/12 35/22 50/5 53/4 59/21 60/3 60/23 73/9 74/2 79/24 79/25 121/5 121/6 121/14 121/16 121/17 122/9 122/10 122/10 123/22
understanding [19] 15/20 18/11 18/14 18/18 21/4 32/16 33/22 60/22 69/5 70/15 71/1 71/3 71/4 123/12 123/16 123/19 124/10 124/15 124/16
understood [2] 93/18 107/4
Unduly [1] 122/1
unfortunately [1] 64/12
UNITED [6] 1/1 71/14 84/18 84/19 136/4 136/9
University [1] 16/10
unless [1] 129/13
unpersuasive [1] 69/14
Unruh [5] 9/2 9/4 129/19 130/11 133/9
until [3] 8/15 109/4 122/18
up [21] 12/22 19/25 24/6 26/11 39/5 39/11 41/12 55/16 62/1 68/12 68/15 68/16 70/24 80/18 93/5 96/20 103/14 108/23 111/10 112/10 113/1
updated [2] 118/4 118/9
upon [1] 74/22
upper [1] 33/14
us [13] 9/22 12/4 12/17 28/23 47/19 48/3 49/21 50/7 50/10 50/22 112/15 125/6 134/13
USA [1] 105/21
use [37] 6/7 6/11 11/8 20/20 20/23 20/24 21/23 22/13 47/4 47/14 47/19 48/21 51/18 61/4 62/25 63/4 64/14 71/5 72/20 73/2 73/3 73/6 73/8 74/1 74/4 74/6 75/4 75/6 75/20 75/20 77/13 80/19 82/23

82/24 83/20 120/14 134/1
used [8] 16/24 17/10 17/18 26/4 33/6 42/16 52/13 119/9
useful [1] 37/25
user [19] 6/22 16/23 19/4 19/18 21/20 21/24 22/5 22/12 22/24 22/25 23/24 26/5 33/5 34/2 34/4 49/24 51/19 53/4 53/14
users [6] 18/9 18/9 20/20 22/1 22/17 29/15
uses [2] 18/12 20/23
using [41] 11/9 11/9 13/1 16/23 17/6 19/10 19/24 23/14 27/9 27/10 28/10 29/15 32/21 34/15 38/21 39/1 39/14 43/12 46/6 47/16 48/23 50/9 50/14 50/22 50/24 51/19 53/5 61/7 63/14 63/16 64/4 64/7 64/15 64/22 65/3 65/14 66/13 71/24 72/2 72/3 73/7
usually [1] 107/19

## V

v-o-i-c-e-o-v-e-r [1] 17/21
vague [1] 94/8
Van [5] 113/25 114/13 114/19 131/5 131/6
Van Nuys [3] 114/13 114/19 131/5
various [4] 25/25 35/6 35/10 97/9
vehicle [7] 61/13 82/23 82/24 98/21 103/13 114/17 120/7
verified [1] 67/25
verifies [2] 117/11 118/21
versed [1] 39/24
very [21] 7/19 15/18 15/19 20/10 20/10 20/12 25/12 35/16 43/2 48/17 54/17 58/23 59/16 61/12 69/14 87/23 88/5 97/13 115/19 115/20 118/13
via [1] 50/25
Victory [6] 4/14 114/13 114/19 130/19 131/6 132/2
video [7] 9/13 9/21 13/20 13/21 14/2 14/9 45/5
view [4] 6/8 43/13 124/12 132/17
violated [1] 20/8
violation [6] 20/6 20/19 27/6 27/8 32/8 35/15

violations [40] 19/5 19/7 19/8 19/15 20/4 20/25 23/6 23/9 23/11 23/12 23/13 23/20 23/21 23/22 25/25 26/2 26/2 27/2 27/3 28/3 28/5 28/6 29/3 34/14 34/18 34/19 34/22 34/25 36/13 45/23 45/23 49/11 49/13 51/9 51/11 51/15 51/18 51/22 52/4 52/25
virtue [1] 50/14
VISA [1] 19/21
vision [25] 6/20 18/12 19/20 23/14 35/2 35/3 59/9 59/14 59/15 60/5 60/6 60/13 60/13 61/18 62/9 62/12 62/18 116/19 118/16 124/13 124/20 125/4 125/11 125/14 125/17
visions [1] 59/14
visit [8] 69/20 85/11 85/19 87/22 87/23 88/4 88/5 98/13
visited [6] 8/8 73/12 98/9 98/14 98/20 109/8
visiting [1] 106/11
Vista [1] 2/3
visual [5] 28/21 28/22 28/23 30/4 30/5 30/7 31/18 31/21 32/2 32/4 33/11 33/12 50/12 59/9 59/11
visualization [1] 52/16
visualized [1] 93/17
visually [24] 6/3 8/18 8/19 9/20 22/2 22/18 25/24 26/15 32/12 33/23 33/23 59/3 60/15 67/18 67/23 68/1 76/21 77/3 99/12 118/22 121/11 122/23 122/25 124/7
vitreous [1] 60/9
voice [2] 65/10 65/11
voiceover [2] 16/25 17/20
VOIR [2] 3/9 3/15
VOL [4] 3/10 3/16 4/3 4/6

## W

wait [11] 73/20 73/20 73/20 86/25 87/1 104/11 106/22 108/15 108/17 122/18 134/6
waiting [1] 108/4
walk [1] 12/3
want [21] 7/17 8/10 26/1 40/2 41/17 47/17 50/18 77/6 77/7 78/15 79/6 79/20 84/23 86/23

87/4 99/11 118/14 122/16 122/22 127/9 133/20
wanted [20] 18/8 65/17 69/8 69/18 85/8 87/10 87/23 88/4 99/9 99/10 99/17 101/20 102/12 102/14 103/21 104/7 104/8 115/17 116/1 116/23
wants [1] 134/16
was [224]
wasn't [20] 19/18 26/6 37/20 63/12 65/21 70/21 70/22 70/24 71/8 72/9 73/5 75/3 87/10 88/7 89/18 100/14 102/22 103/3 108/10 127/12
watched [2] 124/3 124/23
watching [1] 124/5
watt [1] 116/1
WAVE [2] 25/21 43/17
way [16] 10/11 12/14 14/17 28/10 41/10 46/17 50/2 50/21 66/13 74/14 84/23 93/23 102/20 110/2 112/18 120/13
WC [1] 17/24
WCAG [5] 17/3 17/25 18/6 18/7 20/8
we [69] 7/8 9/17 10/2 10/17 10/18 12/3 12/21 13/13 13/14 13/15 22/1 22/18 24/4 26/15 35/22 37/25 39/11 39/12 39/13 40/24 41/1 41/4 41/10 41/19 41/22 42/3 42/6 42/25 44/7 44/15 44/17 55/9 56/1 56/5 71/13 74/7 87/4 91/18 93/8 94/1 97/20 98/11 98/11 98/12 98/15 98/22 98/23 98/23 100/7 100/15 100/16 100/20 100/21 100/22 101/1 110/9 111/17 113/12 113/17 114/4 114/4 116/3 120/15 121/22 128/10 129/2 130/16 130/21 134/9
we'd [1] 13/12
we'll [6] 44/20 86/15 91/10 97/6 106/13 134/18
we're [24] 5/6 12/20 14/3 14/13 15/19 24/15 24/16 32/6 34/4 35/5 38/19 38/25 41/23 45/1 50/6 54/23 109/23 111/11 111/17 115/21 120/14 120/21 122/13

**W**

**we're... [1]** 122/13
**we've [3]** 55/16 91/5
113/17
**wear [4]** 35/1 61/1 61/4
116/3
**wearing [7]** 60/18
60/19 60/19 61/20
61/21 116/4 117/23
**weather [1]** 10/19
**web [5]** 17/3 17/25
18/1 18/3 39/11
**webpage [7]** 8/4 38/13
39/13 39/15 39/19 43/2
43/7
**website [185]**
**websites [21]** 6/21
44/4 66/17 67/4 75/5
75/15 75/17 77/7 79/1
79/3 79/16 80/2 97/20
97/23 98/11 101/9
106/3 108/9 109/1
109/11 111/18
**week [2]** 108/12 108/13
**week's [1]** 108/20
**weeks [4]** 108/17 109/8
109/19 109/20
**weight [1]** 129/8
**welcome [2]** 58/1
58/16
**well [68]** 9/25 10/13
12/8 13/24 15/18 20/21
21/12 26/6 28/2 29/16
33/12 34/17 35/1 36/17
40/24 47/7 47/13 47/19
48/25 49/16 50/10
52/18 53/8 55/18 59/11
59/11 61/11 61/12
66/21 69/2 72/13 73/22
78/3 83/1 84/7 84/19
86/5 86/18 87/9 89/1
89/11 89/16 92/1 92/8
94/1 95/1 97/17 98/5
101/11 102/5 102/19
102/25 103/3 103/23
105/25 106/13 109/9
110/24 112/10 112/21
115/8 116/16 118/14
123/4 123/4 134/6
134/15 134/24
**well-placed [2]** 123/4
123/4
**went [34]** 8/14 19/2
19/3 36/15 63/7 67/24
71/9 81/4 82/1 82/4
82/7 91/21 91/23 95/5
95/13 97/19 97/22 99/2
99/20 100/1 100/4
100/11 100/17 100/23
116/19 117/3 117/9
118/10 118/18 118/24
126/8 126/13 126/17
128/6

**were [101]** 10/15 17/6
18/3 19/23 20/8 21/14
21/15 22/6 23/11 23/12
32/21 38/5 39/4 40/24
41/10 41/17 42/17
43/12 52/18 56/1 63/14
65/17 65/20 65/25 66/7
66/12 66/18 66/23 67/6
67/23 68/22 68/23 69/5
69/6 70/16 70/17 71/2
71/5 71/7 71/10 71/12
71/13 72/2 74/14 81/24
82/3 82/6 82/12 82/20
83/6 83/23 84/15 85/6
85/15 85/15 86/12
87/19 88/15 89/4 89/5
89/6 89/8 89/17 89/19
89/22 90/16 90/21
90/22 92/10 93/24
94/14 95/1 95/13 96/1
100/7 100/13 103/9
103/18 105/1 106/21
107/3 107/21 108/19
109/1 110/11 112/13
116/21 116/22 117/6
121/10 124/6 125/13
126/10 126/15 126/20
126/22 126/24 126/25
128/10 128/13 135/9
**weren't [12]** 66/22
90/20 100/12 100/18
100/24 101/4 102/21
103/2 107/24 108/5
109/3 110/7
**West [2]** 1/22 113/5
**WESTERN [1]** 1/3
**what [180]**
**what's [14]** 9/14 16/6
25/22 25/24 40/23 49/8
51/17 52/3 53/15
111/10 121/20 130/10
131/5 131/18
**whatever [5]** 11/8
33/15 72/17 72/21
133/6
**when [98]** 6/22 11/8
13/5 18/20 19/23 20/5
20/24 21/5 23/6 23/20
26/16 30/18 30/20
32/13 33/12 34/4 35/15
36/12 36/15 37/15
38/14 42/11 53/3 58/2
61/4 63/24 64/6 64/14
65/3 65/9 68/16 69/9
70/22 72/2 72/11 72/24
73/5 73/7 73/25 75/24
76/5 76/12 76/23 77/8
77/13 77/23 78/2 78/6
80/9 80/12 80/22 82/3
82/12 84/9 84/9 84/15
84/23 84/25 86/3 86/5
89/12 90/3 91/21 92/3
94/9 94/24 95/1 95/13
104/8 106/21 107/9

107/19 107/24 108/2
108/4 108/11 109/20
109/21 116/12 116/16
116/25 117/6 117/9
117/9 117/10 117/12
117/20 118/18 118/24
120/15 120/24 121/5
123/15 126/8 126/13
126/16 126/17 133/3
**Whenever [1]** 109/13
**where [34]** 8/11 9/3
14/13 21/11 23/23
26/19 27/5 39/25 40/21
40/21 56/1 57/5 57/19
60/9 70/17 71/6 75/5
81/22 86/8 86/11 87/13
105/21 107/15 112/8
112/17 116/14 126/10
126/14 126/19 126/23
126/24 126/25 129/24
131/1
**Whereas [1]** 19/20
**whereby [1]** 6/21
**whether [8]** 9/7 27/21
27/22 42/15 44/4 50/14
123/12 123/19
**which [49]** 6/9 8/7 8/13
8/17 17/11 17/18 17/20
17/23 18/4 19/8 19/16
20/6 22/5 26/3 27/6
28/8 40/21 42/16 50/5
53/23 60/8 68/17 75/25
76/6 78/17 81/15 85/22
85/23 85/23 86/18 94/2
95/15 97/3 97/4 98/12
98/14 99/1 99/2 101/24
104/12 106/9 106/15
107/11 113/6 114/10
120/7 121/3 129/8
132/24
**while [10]** 6/4 42/10
54/23 82/20 83/23 86/7
89/7 101/1 127/10
133/23
**white [2]** 32/22 32/23
**who [36]** 7/7 8/10 18/1
18/6 19/4 19/20 20/20
21/7 29/25 31/9 31/13
34/5 34/23 35/1 35/5
38/11 51/19 54/1 55/2
66/6 67/12 76/19 77/15
77/17 77/25 85/8 87/10
106/15 107/7 107/8
107/9 107/17 117/7
118/21 118/21 119/3
**who's [2]** 34/20 76/20
**whole [3]** 15/5 56/15
83/8
**whose [2]** 35/3 54/9
**why [28]** 39/21 53/2
60/18 68/12 70/20
72/23 73/2 73/22 75/21
84/3 85/5 85/11 86/14
90/7 90/25 92/12

101/21 108/15 108/16
108/19 112/9 118/8
119/25 120/3 120/7
120/9 120/10 125/16
**will [42]** 7/6 7/25 8/6
8/13 8/15 9/6 10/5 10/9
14/23 22/2 22/19 25/4
25/6 25/10 26/17 34/14
37/23 37/25 40/13
49/24 54/2 55/4 55/10
62/13 74/16 77/15
81/17 93/14 97/1 97/20
98/5 109/4 111/19
119/20 120/17 121/22
122/7 123/7 130/3
130/17 133/10 134/25
**willing [3]** 125/3
125/11 125/13
**window [4]** 12/9 37/15
41/13 46/1
**Windows [1]** 40/5
**wise [1]** 108/22
**wish [1]** 104/22
**withdraw [6]** 29/11
50/20 90/6 91/3 97/18
102/19
**Withdrawn [1]** 79/22
**within [2]** 46/7 85/18
**without [6]** 33/22 39/1
47/4 52/2 53/15 105/22
**witness [27]** 3/10 3/16
7/9 14/14 14/24 15/1
15/23 37/8 46/18 48/18
49/12 55/2 55/4 56/3
56/10 94/2 94/3 94/6
94/17 96/3 96/24
125/24 129/10 129/12
130/14 130/16 130/21
**witnesses [5]** 3/8 3/14
7/6 54/23 128/22
**won't [5]** 11/14 12/14
74/21 75/8 130/20
**Wonderful [1]** 38/3
**word [1]** 52/13
**words [6]** 17/6 23/1
23/2 65/12 76/9 122/11
**work [6]** 10/9 12/19
22/10 26/6 105/25
116/19
**working [1]** 10/1
**works [3]** 38/3 75/5
76/2
**world [1]** 54/9
**worse [12]** 55/25 62/5
62/9 62/11 62/15 84/4
84/20 110/13 118/11
118/12 118/12 118/16
**worsening [1]** 62/6
**would [101]** 5/14 5/23
7/8 7/10 12/19 13/6
19/19 20/18 23/13
25/21 26/9 27/9 27/10
27/13 28/3 28/4 28/4
32/16 32/24 33/17 34/5

34/19 35/21 39/12
42/15 46/10 46/13
46/23 46/25 50/1 50/14
50/24 51/8 51/22 53/20
53/22 56/10 59/4 59/8
66/1 66/8 70/3 71/18
72/16 74/18 74/18
74/21 86/8 86/15 87/9
88/12 88/15 91/1 92/2
92/14 101/12 101/18
102/7 102/10 103/14
105/18 106/4 106/16
108/18 108/20 109/18
109/18 109/25 111/23
112/6 112/9 112/10
112/15 112/17 113/12
114/9 114/9 114/10
114/12 114/16 114/18
114/24 115/9 119/25
120/6 127/6 127/13
127/15 129/1 129/13
130/2 130/8 130/21
130/24 131/1 131/13
131/14 131/20 132/16
133/2 133/17
**wouldn't [6]** 34/22
34/25 35/2 43/15
105/25 109/7
**writing [2]** 90/10
123/17
**written [7]** 35/16 35/18
35/19 46/3 90/1 90/3
119/16
**www.patcuneo.com**
**[1]** 1/24

**Y**

**yeah [30]** 49/12 55/18
61/16 68/19 70/9 73/15
75/20 76/5 76/12 78/19
80/23 84/24 85/4 92/4
102/24 102/24 103/20
104/14 106/13 107/23
109/24 110/23 110/23
111/15 112/15 113/16
115/10 115/14 115/14
128/12
**year [32]** 8/7 16/11
18/24 27/17 58/4 62/2
64/1 82/15 84/2 84/8
84/8 84/10 84/17 85/20
88/17 88/18 90/4 90/11
90/19 101/11 102/23
103/2 109/22 109/24
110/22 110/23 111/1
112/8 116/20 117/12
125/14 134/1
**Year's [2]** 103/1 103/3
**years [11]** 16/2 16/5
57/4 58/9 61/24 61/25
62/4 90/12 90/17 95/2
111/3
**yes [233]**
**Yesaway [5]** 100/8

**Y**

**Yesaway... [4]** 100/8
100/13 109/5 132/4
**yesterday [1]** 124/3
**yet [2]** 14/8 85/1
**yielded [2]** 23/21 23/22
**you [841]**
**you'd [1]** 106/10
**you'll [6]** 25/5 39/1
41/1 75/10 97/12
120/22
**you're [48]** 5/9 12/12
14/13 17/4 19/23 21/1
26/24 28/7 29/1 29/3
35/15 44/25 47/7 47/8
49/18 54/8 54/10 54/18
57/16 58/1 58/16 58/20
60/18 61/9 65/3 69/22
78/6 79/23 86/17 87/14
98/1 99/22 106/24
110/2 111/12 112/23
113/1 113/13 116/4
117/23 120/7 122/19
122/23 124/7 124/18
124/18 124/22 124/25
**you've [3]** 7/22 16/7
61/23
**young [1]** 77/6
**your [281]**
**yourself [5]** 15/17 24/2
76/11 77/22 80/24

**Z**

**zebra [1]** 56/20
**zero [4]** 64/19 64/19
64/19 64/19
**zoom [3]** 5/7 42/16
53/14
**zooming [1]** 42/2