JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>TRIBECCA, INC., a California Corporation; and Does 1-10,<br>　　　　Defendant. | CV 20-06894 DSF (AFMx)<br><br>JUDGMENT |

　　The Court having found in favor of Defendant and against Plaintiff after a Court Trial,

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: May 10, 2022

　　　　　　　　　　　　　　　　　　*Dale S. Fischer*
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge